CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Security Archive,   )
                              )
                              )
                              )
              Plaintiff       )   Civil Action No. _____
        vs                    )
                              )
Central Intelligence Agency, et al.,  )
                              )
                              )
              Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Security Archive__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __National Security Archive__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ David Mendel_
Signature

D.C. Bar No. 470796
BAR IDENTIFICATION NO.

David S. Mendel
Print Name

1875 Pennsylvania Avenue, N.W.
Address

Washington, D.C. 20006
City          State          Zip Code

202-663-6000
Phone Number