AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL SECURITY ARCHIVE

**SUMMONS IN A CIVIL CASE**

V.

CENTRAL INTELLIGENCE AGENCY,
GENERAL MICHAEL V. HAYDEN, in his official capacity as Director of the Central Intelligence Agency, and
SCOTT A. KOCH, in his official capacity as Information and Privacy Coordinator of the Central Intelligence Agency

CASE

CASE NUMBER   1:06CV01080

JUDGE: Gladys Kessler

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/14/2006

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
    Civil Division
Attention: Civil Processing Clerk
501 Third Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David S. Mendel, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 14 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  June 16, 2006 |
| NAME OF SERVER *(PRINT)*  Mary Beth Caswell | TITLE  Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Served by Certified Mail, return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 23, 2006          *[signature]* Mary Beth Caswell
              Date                    *Signature of Server*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>JUN 1 6 2006 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney for the District of Columbia<br>    Civil Division<br>Attn.: Civil Processing Clerk<br>501 Third Street, N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | |
| 2. Article Number<br>(Transfer from service label) | 7099 3400 0018 3684 6 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | |