AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

NATIONAL SECURITY ARCHIVE

**SUMMONS IN A CIVIL CASE**

V.

CENTRAL INTELLIGENCE AGENCY,
GENERAL MICHAEL V. HAYDEN, in his official capacity as
Director of the Central Intelligence Agency, and
SCOTT A. KOCH, in his official capacity as Information and
Privacy Coordinator of the Central Intelligence Agency

CASE NUMBER:   1:06CV01080 GK

TO: (Name and address of Defendant)

General Michael V. Hayden, Director
c/o Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Mendel, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                             6/26/2006

CLERK                                                                                              DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The National Security Archive

vs.

Central Intelligence Agency, et al.

No. 1:06CV01080 GK

AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DAVID S. FELTER, having been duly authorized to make service of the Summons, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint for Declaratory and Injunctive Relief and Exhibits 1-20 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-01-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:06 am on June 27, 2006, I served General Michael V. Hayden, in his official capacity as Director of the Central Intelligence Agency at 1000 Colonial Farm Road, Langley, Virginia by serving Melissa Mott, Representative of the Office of General Counsel, authorized to accept. Described herein:

SEX- FEMALE
AGE- 27
HEIGHT- 5'6"
HAIR- BROWN
WEIGHT- 128
RACE- WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06/27/06
            Date

DAVID S. FELTER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172801