# ATTACHMENT 2

Central Intelligence Agency



Washington, D.C. 20505

11 June 2002

RECEIVED JUN 1 3 2002

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H. Street, N.W.
Washington, D.C.  20037

Reference:  F-2002-00486

Dear Ms. Doyle:

The office of the Information and Privacy Coordinator recently received your 21 March 2002 letter (Archive No. 20020163CIA027) requesting records under the provisions of the Freedom of Information Act (FOIA). Specifically, your request is for records pertaining to:

> "The emergence of the Zapatista Army of National Liberation
> (EZLN) in the Mexican state of Chiapas, and the EZLN's
> clashes with the Mexican Army from January 1 to 12, 1994."

For identification purposes we have assigned your request the number referenced above. Please refer to this number in future correspondence.

As you may know, the discovery of anthrax in a letter mailed to the United States Senate on 15 October 2001 led to a series of escalating safety concerns about opening, handling, and even being in the proximity of mail, especially in government offices in Washington, D.C. These concerns, in turn, led to disruptions in, and then total curtailment of, mail delivery service, to include Freedom of Information Act-related correspondence, at many federal agencies, including the Central Intelligence Agency.

Under such extraordinary circumstances, the administration of the Freedom of Information Act has inevitably been delayed at all affected federal agencies. As a matter of both common sense and legal precedent, when mail delivery is delayed, so is the commencement of the process of FOIA

administration, regardless of the time at which a FOIA request is placed into the mail by the requester or postmarked thereafter. Simply put, the FOIA process cannot begin until the personnel of an agency FOIA office are able to open any belatedly delivered item of mail.

Concerning your request, based on the National Security Archive's agreement to pay copying costs as a requester in the "representative of the news media" fee category, we have accepted your request; it will be processed in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431. Our search will be for documents in existence as of and through the date of this acceptance letter.

The heavy volume of FOIA requests received by the Agency has created delays in processing. Since we cannot respond within the 20 working days stipulated by the FOIA, you have the right to consider this a denial and may appeal to the Agency Release Panel. It would seem more reasonable, however, to have us continue processing your request and respond to you as soon as we can. You can appeal any denial of records at that time. Unless we hear from you otherwise, we will assume that you agree, and we will proceed on this basis.

Sincerely,

Kathryn I. Dyer
Information and Privacy Coordinator

# ATTACHMENT 3

*The National Security Archive v. Central Intelligence Agency, et al.*, No. 1:06-CV-01080 (GK)

Selected Requests Submitted by the National Security Archive to the CIA Between August 10, 2005 to March 7, 2006[1]

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 8/10/2005 | F-2005-01773 | 20051224CIA157 | Denied 11/25/05 | All biographical documents created between 01/01/85 and 07/01/05 including reports, intelligence summaries, photos, biographic sketches, profiles, and all other biographical summaries, reports and materials related in whole or in part to the following members of the Taliban in Afghanistan: Mullah Mohammad Omar (Mullah Omar); Mullah Mohammad Rabbani. |
| 8/15/2005 | F-2005-01811 | 20051294CIA165 | Denied 11/25/05 | All biographical documents created between 01/01/85 and 07/01/05 including reports, intelligence summaries, photos, biographic sketches, profiles, and all other biographical summaries, reports and materials related in whole or in part to the following members of the Taliban in Afghanistan: Maulawi Wakil Mutawakil (Abdul Wakil Motawakil) (Maulawi Wakil Ahmed Muttawakil); Mullah Abdul Jalil. |
| 10/11/2005 | F-2006-00039 | 20051114CIA141 | Denied 11/25/05 | All documents including but not limited to cables, memoranda, letters, reports, intelligence reports, meeting minutes and briefing materials relating in whole or in part to the May 12-14, 1973 meeting between U.S. Secretary of State William Rogers and Mexican Foreign Minister Emilio Rabasa and Mexican President Luis Echeverría in Mexico. |
| 10/12/2005 | F-2006-00051 | 20051502CIA190 | Denied 2/8/06 | Any and all documents related in whole or in part to the assassination of José Francisco Ruiz Massieu, secretary-general of the Institutional Revolutionary Party (PRI), on September 23, 1994 in downtown Mexico City. Ruiz Massieu was a prominent political figure in Mexico. He was governor of the state of Guerrero between 1987 and 1993 before serving as PRI Secretary General and was about to become PRI majority leader in the Chamber of Deputies. He was brother-in-law of Mexican president Carlos Salinas de Gortari. Ruiz Massieu's brother Mario Ruiz Massieu and president Salinas's brother Raul Salinas de Gortari were later arrested in connection to his assassination. Mario Ruiz Massieu committed suicide on September 15, 1999 while under house arrest in New Jersey. Raul Salinas was acquitted of murder earlier this year. |
| 10/11/2005 | F-2006-00052 | 20051500CIA189 | Denied 11/25/05 | All documents issued between October 1 and December 31, 1994 relating in whole or in part to: - the APEC summit (APEC Economic Leaders' Meeting) held in Bogor, Indonesia, on November 15, 1994, including, but not limited to, briefing books and other materials prepared for President Bill Clinton, Secretary of State Warren Christopher, and all other U.S. government officials who attended the summit; - all the official meetings held by Clinton and Christopher during their visit to Indonesia in November 1994 with Indonesian government |

---

[1] In addition, by letter dated March 9, 2006, the CIA informed the National Security Archive that, with respect to a FOIA request first submitted by the Archive on March 30, 1999 (Nos. F-1999-00850, 990130CIA036), it was a requester in the "all other" category and the Archive was subject to search fees for the request. The CIA had earlier treated the Archive as a representative of the news media with respect to this same request. *See* Letter from CIA dated October 27, 1999.

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 10/12/2005 | F-2006-00057 | 20051507CIA192 | Denied 11/25/05 | All documents issued between October 1976 and June 1977 relating in whole or in part to Muslim extremist activities in Indonesia and the actions taken by the Indonesian government in relation to those activities. Please include, but do not limit your search to the following: - Ali Murtopo's role in the resurgence of Muslim extremist activities; - The Indonesian government's announcement in February 1977 that it uncovered an antigovernment conspiracy calling itself the Komando Jihad. Documents pertaining to this request include, but are not limited to cables, reports, memoranda, and finished intelligence. |
| 10/12/2005 | F-2006-00058 | 20051505CIA191 | Denied 2/8/06 | Any and all documents related in whole or in part to the assassination of Mexican presidential candidate from the ruling Institutional Revolutionary Party (PRI), Luis Donaldo Colosio Murrieta. The shooter, Mario Aburto, was arrested immediately after the killing and Mexico's attorney general has officially closed the case. Colosio Murrieta was a prominent Mexican politician. He worked at the Ministry of Budget and Planning under future president Carlos Salinas, and was later elected to Congress in 1985. In 1987 he served on the PRI's National Executive Committee and then worked as campaign manager for Carlos Salinas in the 1988 elections. Colosio served as chairman of the PRI in the early years of Salinas's presidency and later as Social Development Secretary until November 1993 when the PRI announced Colosio's candidacy for president. |
| 10/18/2005 | F-2006-00081 | 20051532CIA193 | Denied 2/8/06 | All documents issued between July 1, 1977, and May 31, 1978, relating in whole or in part to students' political activities in Indonesia and the Indonesian government's actions in relation to those activities. Please include, but not limit your search to the following incidents: - The talks held in August 1977 between Indonesian government officials led by Dr. Sumitro Djojoha-dikusumo and university students at various university campuses; - The student parades in Jakarta and other cities in Indonesia on Heroes' Day, November 10, 1977; - The mid-December 1977 emergency meetings of senior military officers in Indonesia and the December 15 statement of the Indonesian military read by Defense Minister Maraden Panggabean; - The arrest of students and the banning of student councils from January to March, 1978; - The NKK (campus life normalization) policy started by Indonesia's Department of Education in April 1978. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 10/19/2005 | F-2006-00083 | 20051545CIA195 | Denied 2/8/06 | Any and all documents related in whole or in part to the joint police-military operation in the municipality of El Bosque in the Mexican state of Chiapas on June 10, 1998. The purpose of this operation was to recover a building controlled by independent Zapatista authorities which housed the offices of the autonomous municipal council of San Juan de la Libertad and serve 15 arrest warrants. The mobilization of over a thousand soldiers |

2

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 10/19/2005 | F-2006-00084 | 20051541CIA194 | Denied 2/8/06 | and policemen led to the death of seven peasants and one policeman. Nine people were wounded and 57 indigenous people were arrested. This was the first armed conflict between the state and the Zapatista National Liberation Army (EZLN) since the cease-fire agreed by both parties in March 1994. These events led to several reports issued by various organizations, including the United Nations Office of the High Commissioner for Human Rights. |
| 10/21/2005 | F-2006-00087 | 20051562CIA199 | Denied 2/8/06 | Any and all documents related in whole or in part to the massacre by paramilitary forces of 45 people (including a baby, children and women) in the village of Acteal (part of the municipality of Chenalhó) in the Mexican state of Chiapas on December 22, 1997. Reports stated that the paramilitary forces that indiscriminately machine-gunned the victims were connected to local members of the PRI (Institutional Revolutionary Party) and to the President of the Municipal Council of Chenalhó. |
| 10/21/2005 | F-2006-00088 | 20051564CIA200 | Denied 2/8/06 | Any and all documents related in whole or in part to Ecologist Green Party of Mexico or Partido Verde Ecologista de México (PVEM) and the Martínez Torres family that controls it. The party got its official registration in February 1991 and has since been controlled by founder Jorge González Torres and his family. Currently the PVEM is headed by his son Jorge Emilio González Martínez (nicknamed the "greenboy") who is currently a senator. I am interested also in any documents that discuss the corruption scandals that the PVEM has faced included: - the ruling of Mexico's electoral court that dictated that the party's statues violated the Constitution because they allowed an inner circle of members to select the party's candidates and officials. (September 3rd, 2003); - the fine imposed by the Federal Electoral Institute for campaign finance offences (October 10th, 2003); - the video in which Jorge Emilio González Martínez is being offered 2 million dollars for his assistance in facilitation land use permits for real estate development in Cancun, a city governed by a PVEM mayor. (February 2004). |
| 10/20/2005 | F-2006-00098 | 20051548CIA196 | Denied 2/8/06 | The reaction to the July 1997 mid-term elections in Mexico including: - the ruling Institutional Revolutionary Party losing its majority in the lower house of Congress after 68 years of controlling it; - the landslide victory of leftist Cuauhtémoc Cárdenas, son of former President Lázaro Cárdenas del Río and two-time presidential loser, from the Democratic Revolution Party (PRD) in Mexico's City mayoral race; - the victory of Fernando Canales Clariond of the National Action Party in the governor race in the state of Nuevo León. |
| 10/20/2005 | F-2006-00099 | 20051551CIA197 | Denied 2/8/06 | Any and all documents related in whole or in part to the visit of President George H. Bush to the state of Nuevo León, México in November 1990 where he met the Mexican President Carlos Salinas. During this visit President Bush: - visited the Salinas family home in the town of Agualeguas in the northern state of Nuevo León where the discussion between both Presidents focused on the free-trade agreement, the war against drug trafficking and the situation in El Salvador. (November 26, 1990); - met with President Salinas, members of the |

3

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 10/20/2005 | F-2006-00100 | 20051559CIA198 | Denied 2/8/06 | cabinets of both countries, U.S. Ambassador to Mexico John D. Negroponte, and Mexican Ambassador to the United States Gustavo Petricioli in Monterrey. (November 27, 1990). Documents should include but not be limited to talking points and briefing papers produced in preparation for the meetings, meeting minutes and notes taken during the meetings, and reports analyzing the meetings afterwards. |
| 10/25/2005 | F-2006-00104 | 20051576CIA204 | Denied 2/8/06 | All documents issued between February 1 and April 30, 1978, relating in whole or in part to the session of Indonesia's MPR (Majelis Permusyawaratan Rakyat; People's Consultative Assembly) in March 1978. Please include, but not limit your search to the following: - The March 1978 reelection of President Suharto as president of Indonesia. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 10/25/2005 | F-2006-00105 | 20051574CIA203 | Denied 2/8/06 | Any and all documents related in whole or in part to the announcement of the candidacy of Ernesto Zedillo as Mexico's Institutional Revolutionary Party (PRI) candidate after the assassination of Luis Donaldo Colosio in March 1994, including the U.S. Assessment on why Zedillo was selected by President Carlos Salinas as the PRI presidential candidate. |
| 10/25/2005 | F-2006-00106 | 20051573CIA202 | Denied 2/8/06 | Any and all documents related in whole or in part to the 1995 unsuccessful candidacy of former Mexican President Carlos Salinas de Gortari to head the World Trade Organization and U.S. support of his candidacy. Salinas withdrew his candidacy in March 1995 during Mexico's economic crisis, which was largely blamed on his administration, and after his brother Raul was arrested in charges of masterminding the assassination of the Institutional Revolutionary Party's (PRI) Secretary General, Francisco Ruiz Massieu. |
| 10/25/2005 | F-2006-00107 | 20051568CIA201 | Denied 2/8/06 | All documents issued between November 1, 1980 and January 31, 1981, relating in whole or in part to the anti-Chinese riots in Indonesia which started in November 1980 and the actions taken by the Indonesian government in response to them. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 10/25/2005 | F-2006-00114 | 20051582CIA207 | Denied 2/8/06 | All documents pertaining in whole or in part to March 5, 1979 action memoranda sent from the CIA to the SCC regarding Afghanistan referenced in the attached page from Robert M. Gates, *From the Shadows*, New York: Simon & Schuster Inc., 1996, p. 144. |
| 10/26/2005 | F-2006-00116 | 20051580CIA206 | Denied 2/8/06 | Any and all documents related in whole or in part to the June 7th, 1998 shooting of 11 persons by members of the Mexican army in an incident which occurred in and around the "Caritino Maldonado Perez" school in the village of El Charco in the State of Guerrero. The Mexican Federal Attorney General stated that an army unit patrolling the area discovered a group of persons belonging to the EPR in the school, and ordered them to surrender. Some of the people inside started shooting at the army while trying to escape. 11 people were killed and 5 were wounded. The remaining 27 people inside the school surrendered and were later transferred to police custody. At the scene the authorities recovered 14 automatic rifles, 1 pistol and 39 ammunition clips. |
| 10/26/2005 | | | | Any and all documents related in whole or in part to the May 1984 visit of Mexican President Miguel de la Madrid to Washington. During this visit de la Madrid met with President Reagan, among topics discussed were the Contadora negotiation process in Central America and Mexico's economic crisis. |

-4-

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 10/27/2005 | F-2006-00118 | 20051586CIA208 | Denied 2/8/06 | All documents pertaining in whole or in part to September 14, 1979 and December 19, 1979 "Alert" memoranda authored by CIA Director Admiral Stansfield Turner relating to Afghanistan referenced in the attached pages from Robert M. Gates, *From the Shadows*, New York: Simon & Schuster Inc., 1996, pp. 132-133. |
| 10/27/2005 | F-2006-00121 | 20051593CIA210 | Denied 2/8/06 | Any and all documents related in whole or in part to the tenure of Joaquín Hernández Galicia ("La Quina") as head of the Mexican Oil Workers' Union. Hernández Galicia was a powerful and untouchable labor leader closely allied with the Institutional Revolutionary Party (PRI) until President Carlos Salinas took power in 1988. In January 10, 1989, La Quina was arrested at his house in the state of Tamaulipas under charges of assassination of rivals, selling jobs, and defrauding the union and PEMEX, the nation's state-owned oil company. Although La Quina's corruption practices were widely known, his arrest was seen as revenge by Salinas since the labor leader had quietly endorsed opposition presidential candidate Cuauhtémoc Cárdenas and had publicly criticized Salinas's economic programs. In 1992 he was sentenced to 35 years in prison but was freed in November 1997. |
| 10/27/2005 | F-2006-00122 | 20051591CIA209 | Denied 2/8/06 | Any and all documents related in whole or in part to the 36-hour hunger strike that former Mexican President Carlos Salinas began on February 28, 1995 to protest the arrest of his brother Raul Salinas in connection with the assassination of Jose Francisco Ruiz Massieu, rumors that his administration was involved with the assassination of presidential candidate Luis Donaldo Colosio, and accusations that he was directly responsible for the 1994 peso crisis. |
| 10/28/2005 | F-2006-00126 | 20051595CIA211 | Denied 2/8/06 | Any and all documents related in whole or in part to Mario Villanueva Madrid's tenure as governor of the Mexican State of Quintana Roo (1993-1999). Villanueva Madrid is currently imprisoned in the high-security facility of "La Palma" in the state of Mexico. Villanueva Madrid was arrested on May 24, 2001. He is accused of 28 charges related to organized crime, drug trafficking, money laundering and using his authority as governor to protect and promote drug trafficking activities of the Juarez Drug Cartel. |
| 10/28/2005 | F-2006-00127 | 20051598CIA212 | Denied 2/8/06 | Any and all documents related in whole or in part to the Popular Revolutionary Army or Ejército Popular Revolucionario (EPR), a leftist guerrilla movement that operates in the Mexican states of Guerrero and Oaxaca. The EPR surfaced on June 29th, 1996 in an act commemorating the first anniversary of the Aguas Blancas massacre (in which 17 peasants were killed). The EPR adheres to a Marxist-Leninist ideology and advocates revolution; it has conducted small-scale attacks, mostly against military and police outposts, public buildings and power stations. The administration of President Ernesto Zedillo categorized it as a terrorist group. The group founded a militarized political party, the Popular Revolutionary Democratic Party, which is not a registered party and thus does not contend in elections. |
| 10/31/2005 | F-2006-00129 | 20051601CIA213 | Denied 2/8/06 | All documents issued between April 1 and August 31, 1982, relating in whole or in part or in whole to the visit of Indonesian Defense Minister Mohammed Jusuf (also spelled as Yusuf) to the United States in July 1982 and any official meetings or appearances made by him during the visit, including but not limited to his meeting with President Reagan and Secretary of Defense Caspar Weinberger. Documents pertaining to this request |

5

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 11/2/2005 | F-2006-00173 | 20051612CIA214 | Denied 2/8/06[2] | include but are not limited to cables, reports, memoranda, and finished intelligence. A. Copies of the Central Intelligence Agency, "Daily Summary", as prepared for President Harry Truman, for the following days: 1) February 22-26, 1948; 2) June 21-25, 1948; 3) January 3-7, 1949; 4) August 29-September 4, 1949; 5) June 22-26, 1950; 6) October 22-26, 1950. B. Any previously declassified issues of the daily intelligence summaries for President Truman. |
| 11/4/2005 | F-2006-00186 | 20051619CIA215 | Denied 2/8/06 | All documents issued between August 1, 1983, and March 31, 1985 relating in part or in whole to the Indonesian government's policy to make pancasila the sole ideological basis of political parties and social organizations in the country. Please include, but not limit your search to, the following: - The December 1983 decision of the NA (Nahdatul Ulama), a major Islamic organization in Indonesia, to accept pancasila as the sole ideological basis; - The August 1984 decision of the PPP (Partai Persatuan Pembangunan; United Development Party) of Indonesia to accept pancasila as the sole ideological basis; - The February 1985 enactment of a new law on political parties, Law No. 3/1985, requiring that all political parties adhere to pancasila as their sole ideological basis. For your reference, an excerpt of the original text of the 1985 political party law is attached to this letter. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 11/4/2005 | F-2006-00187 | 20051622CIA216 | Denied 2/8/06 | All documents issued between June 1 and November 30, 1983, relating in part or in whole to the planned visit of President Ronald Reagan to Indonesia, which was canceled in October 1983. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 11/8/2005 | F-2006-00190 | 20051645CIA220 | Denied 2/8/06 | All documents issued between August 1 and December 31, 1984, relating in whole or in part to the "Petition of 50" group in Indonesia and its members including but not limited to Ali Sadikin, A.M. Fatwa, H. M. Sanusi, and H.R. Dharsono. Please include, but not limit your search to the following incidents: - The September 1984 arrest of A.M. Fatwa; - The October 1984 arrest of H.M. Sanusi; - The November 1984 arrest of H.R. Dharsono. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 11/8/2005 | F-2006-00191 | 20051637CIA219 | Denied 2/8/06 | All documents issued between February 1, 1984, and May 31, 1984, relating in part or in whole to the visit of U.S. Vice President George H.W. Bush to Indonesia in May 1984 and any official meetings or appearances made by him during the visit, including but not limited to his meeting with Indonesian President Suharto (also spelled as Soeharto). Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 11/8/2005 | F-2006-00194 | 20051632CIA218 | Denied 2/8/06 | Any and all documents related in whole or in part to police and military harassment of indigenous communities in the state of Chiapas in 1993, including: - the May 24, 1993 occupation of the village of Patate Viejo, |

---

[2] The Archive withdrew this request on June 1st, 2006.

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 11/8/2005 | F-2006-00195 | 20051629CIA217 | Denied 2/8/06 | municipio of Ocosingo, state of Chiapas, by hundreds of soldiers, who searched residents' houses and accused them of harboring guerrillas; - the Spring 1993 repeated harassment of residents of San Isidro el Ocotal after the presumed murder of two soldiers in the area. |
| 11/10/2005 | F-2006-00198 | 20051655CIA223 | Denied 2/8/06 | Any and all documents related in whole or in part to the killing of 17 peasants at the Aguas Blancas ford in the Mexican state of Guerrero on June 28, 1995. The peasants, members of the Peasant Organization Sierra del Sur (OCSS), were on their way to attend a demonstration demanding the release of their leader Gilberto Romero Vásquez who had been forcibly disappeared. The peasants had boarded 2 trucks that were stopped by members of the motorized police of the state of Guerrero, at Aguas Blancas. There all passengers were ordered to leave the vehicles. Afterwards the police opened fire. This event sparked several confrontations in the following months between the indigenous communities in the area and state officials. More than three dozen people (political activists, peasants, and police officers) were killed in the aftermath of the Aguas Blancas massacre. |
| 11/10/2005 | F-2006-00199 | 20051658CIA224 | Denied 2/8/06 | Any and all documents related in whole or in part to accusations that the Mexican ruling Institutional Revolutionary Party (PRI) committed electoral fraud in November 1990 municipal elections in the state of Mexico, and responses by both civil society and government in both Mexico and the United States to these charges. After the PRI announced that it had won 116 out of 121 municipalities in an area known to be a center of opposition politics, not only Mexican but U.S. journalists and academics protested to the U.S. government that political reform should be one of the issues addressed in negotiations for the proposed North American Free Trade Agreement. I am interested in the Bush administration's internal discussions in response to the vote and the allegations of fraud. We do not seek publicly-released material such as congressional hearings, news clippings, public statements or documents, or FBIS reports on this matter. |
| 11/9/2005 | F-2006-00202 | 20051652CIA222 | Denied 2/8/06 | Any and all documents related in whole or in part to reforms to Mexico's electoral system made by Mexican President Carlos Salinas de Gortari in August 1990. These reforms, negotiated by the ruling Institutional Revolutionary Party (PRI) with the opposition Party for National Action (PAN) produced a new Federal Code of Electoral Practices (COFIPE). The COFIPE instituted a new, more efficient Federal Electoral Institute with non-PRI members on its governing board, but also prohibited two parties from fielding the same presidential candidate, thereby preventing opposition electoral alliances, and, in a so-called "governability clause," guaranteed the PRI a 50% majority in Congress as long as the party won 35% of the vote. I am interested in U.S. agency documents discussing this move by Salinas and its implication for Mexico's political future and US-Mexican relations. We do not seek publicly-released material such as congressional hearings, new clippings, public statements or documents, or FBIS reports on this matter. |
| | | | | Any and all documents related in whole or in part to the crackdown on the Zapatista National Liberation Army (EZLN) ordered by Mexican president Ernesto Zedillo Ponce de León on 9 February 1995. Declaring that the government possessed new intelligence regarding the identity of the Zapatista leaders and the nature of their plans and logistic capacity, Zedillo broke the ceasefire in the region and launched a military campaign to retake |

7

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| 11/9/2005 | F-2006-00203 | 20051649CIA221 | Accepted 12/15/2005 | areas of Chiapas then under Zapatista control. Over the next five days, the Mexican army carried out widespread arrests of civilians and blocked journalists' and human rights workers' access to the war zone. On 14 February 1995, Zedillo called a new ceasefire after bringing much of the Zapatistas' territory back under government control. |
| 12/1/2005 | F-2006-00286 | 20051686CIA225 | Denied 2/8/06 | All documents in any medium relating in whole or in part to the potential impact of the North American Free Trade Agreement (NAFTA) on the illegal migration of Mexican citizens to the United States, actions by coyotes, or smugglers of illegal migrants, to take advantage of the future agreement, and U.S. and Mexican government attempts to control NAFTA's impact on migration. This includes but is not limited to any documents in any medium that discuss any aspect of NAFTA with regard to illegal migration from Mexico into the United States. Your search should cover the period 1990 to the present. |
| 12/1/2005 | F-2006-00293 | 20051693CIA226 | Denied 2/8/06 | All documents issued between June 1, 1974 and May 31, 1976, relating in whole or in part to Pertamina, Indonesia's state-owned oil company, and/or Ibnu Sutowo, Pertamina's president-director from 1967 to 1976. Please include but not limit your search to the following: - Pertamina's failure in February 1975 to repay a short-term loan from a group of U.S. banks led by Republic National Bank of Dallas; - Pertamina's failure in March 1975 to repay a short-term loan from a group of Canadian banks led by Toronto Dominion Bank; - The March 1975 decision by the Indonesian government that Bank Indonesia would guarantee future payment of Pertamina's foreign debts; - The May 1975 meetings of Philip Habib, the then U.S. Assistant Secretary of State for East Asian and Pacific Affairs, in Indonesia with Ibnu Sutowo and other Indonesian officials regarding the Pertamina crisis; - The June 1975 agreement by international bankers to extend new loans to Bank Indonesia to help it deal with the Pertamina crisis; - Suharto's decision in March 1976 to replace Ibnu Sutowo as Pertamina's president-director with Piet Harjono. Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 12/5/2005 | F-2006-00296 | 20051700CIA227 | Denied 2/8/06 | All documents issued between November 1, 1987, and March 31, 1998, relating in part or in whole to the visit of U.S. President Ronald Reagan and Secretary of State Shultz to Indonesia in April and May 1986 and any official meetings or appearances made by them and other American officials accompanying them during the visit, including but not limited to Reagan's meeting with Indonesian President Suharto (also spelled as Soeharto). Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence. |
| 2/3/2006 | F-2006- | 20060134CIA012 | Denied 5/31/06 | All records - including but not limited to cables, intelligence reports, memoranda, letters, talking points, following: - The November outbreak of a riot in Ujung Pandang in protest against a new law making safety helmets for motorcycle riders mandatory; - The November protests by Indonesian students in Jakarta and elsewhere in Indonesia over the Indonesian military's handling of the riot. Documents pertain to this request |

8

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| | 00622 | | | summaries, transcripts, memoranda of conversation and electronic mail messages - pertaining in whole or in part to the recent peace negotiations on or about December 16, 2005, between the government of Colombia and the Ejercito de Liberacion Nacional, (National Liberation Army) or ELN. The talks were held in Cuba and were mediated by facilitators from Spain, Norway and Switzerland. The purpose of the talks was to primarily establish procedures for future peace negotiations, as well as to discuss other matters pertaining to the ongoing demobilization process of the ELN. |
| 2/3/2006 | F-2006-00623 | 20060132CIA011 | Denied 5/31/06 | All records - including but not limited to cables, intelligence reports, memoranda, letters, talking points, summaries, transcripts, memoranda of conversation and electronic mail messages - pertaining in whole or in part to the agreement between President Alvaro Uribe of Colombia and President Hugo Chavez of Venezuela, authorizing the construction of a 215 kilometer gas pipeline between the Paraguana Refinery Complex in Venezuela, and Punta Ballenas, in Colombia. The agreement was signed on or about November 24, 2005. The agreement was also one of several topics of an important meeting between the two leaders regarding key regional issues. Thus, I further request any records - including but not limited to talking points, summaries, transcripts, memoranda of conversation, briefing papers, and intelligence reports - pertaining to further discussions concerning possible extension of the pipeline to other Andean countries, and of the agreement to create a Binational Border Development Fund to improve living conditions along the Colombian-Venezuelan border. |
| 2/14/2006 | F-2006-00667 | 20060203CIA016 | Accepted 3/14/2006 | The following documents concerned with Iraq's weapons of mass destruction programs: 1) Senior Publish When Ready, Iraq's Expanding BW Capability (July 13, 2002); 2) Senior Executive Memorandum, Key Milestones in Our Assessments of Iraq's Nuclear Program (September 14, 2002); 3) Senior Executive Memorandum (September 15, 2002); 4) Senior Executive Memo, In Response to an Inquiry About What the Iraqis are Likely to Disclose if They Use the U.S. and British "White Papers," as a Guide (November 27, 2002); 5) Senior Executive Memorandum, What We Think of the IAEA's Analysis of Iraq's Attempt to Purchase Aluminum Tubes (December 26, 2002). |
| 3/7/2006 | F-2006-00728 | 20060339CIA032 | Accepted 3/22/2006 | All assessments, intelligence memoranda, intelligence reports, national intelligence estimates, special analyses, and special national intelligence estimates concerned in whole or in part with 1) the Ayatollah Ali Sistani's July 1, 2003 fatwa (interpretation and declaration) stating that an election in Iraq was necessary to choose representatives to write a new constitution; 2) U.S. policy in response to the fatwa. This request qualified for a news media waiver because: - The Ayatollah's fatwa was a crucial turning point in post-conflict Iraqi history, leading to the elections, new constitution, and officially sovereign government that define that country's present political reality. Ongoing political developments in Iraq are, few would deny, among the most significant "current events" of the time, preoccupying the American public and determining, to a significant degree, the U.S.'s international image and status; - Recent Gallop, Harris, and Zogby polls indicate that developments in Iraq are of primary interest to the public. The public identifies Iraq as the most important or second most important issue facing the nation and one that determines, to a significant degree, the public's |

9

| Date of Initial FOIA Request | CIA FOIA Number | Archive FOIA Number | CIA's Determination of Preferential Fee Treatment | Records Requested |
|---|---|---|---|---|
| | | | | assessment of the success or failure of American governance; - The Sistani fatwa led to a reversal of U.S. policy, which had until then assumed direct U.S. administration of Iraq for the foreseeable future, delayed and indirect elections, and the drafting of a constitution by unelected advisors. Records concerned with the information and assessment that led to this reversal of policy will significantly enhance public understanding of the mechanisms of decision-making, the operations, and the activities of the U.S. government; - Documents released in response to this request will be included in published document collections on U.S. policy toward Iraq, updating the national Security Archives' already published "Iraqgate: U.S. Policy, Saddam Hussein, and the Prelude to the Persian Gulf War," which can be viewed for free in many academic and public libraries on microfiche or online. Selected significant docs released in response to this request are also likely to be displayed and made accessible for free, for viewing and copying, on the Archive's website, along with hundreds of other already available documents on U.S. policy toward Iraq. |

10