# ATTACHMENT 4



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## FAX COVER SHEET

Date: August 10, 2005

To: **Scott A. Koch -- FOIA and Privacy Coordinator**

Organization: Central Intelligence Agency

From: The National Security Archive

Number of pages (including cover sheet) - 2

If there is a problem with this transmission, please call us at 202-994-7000 as soon as possible.

---

Message: Freedom of Information Act Request
National Security Archive Number 20051224CIA157

---

20051224CIA157           CIA
RECNO:31804        SEQCOR:115875
FOISG: Eliss, Barbara
Taliban Members (Omar, Rabbani)

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

August 10, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply please refer to Archive # 20051224CIA157

Dear Mr. Koch,

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of all documents pertaining in whole or in part to the following:

All biographical documents created between January 1, 1985 and July 1, 2005 including reports, intelligence summaries, photos, biographic sketches, profiles, and all other biographical summaries, reports and materials related in whole or in part to the following members of the Taliban in Afghanistan.

- Mullah Mohammad Omar (Mullah Omar)
- Mullah Mohammad Rabbani

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable nonexempt portions of these documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld portions and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

If you have any questions regarding the identity of these records, their location, the scope of the request or any other matters, please call (202) 994-7045 or e-mail me at belias@gwu.edu. I look forward to receiving your response, thank you.

Sincerely,

Barbara Elias
Freedom of Information Coordinator

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

```
08/10/05  10:44 FAX 202 994 7005           NAT'L SECURITY ARCHIVE                    ☒001

                        ************************
                        ***    TX REPORT    ***
                        ************************

            TRANSMISSION OK

            TX/RX NO                  4920
            CONNECTION TEL                        97036133007
            SUBADDRESS
            CONNECTION ID
            ST. TIME                  08/10 10:44
            USAGE T                   00'24
            PGS. SENT                 2
            RESULT                    OK
```



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## FAX COVER SHEET

Date: August 10, 2005

To: Scott A. Koch -- FOIA and Privacy Coordinator

Organization: Central Intelligence Agency

From: The National Security Archive

Number of pages (including cover sheet) - 2

If there is a problem with this transmission, please call us at 202-994-7000 as soon as possible.

Message: Freedom of Information Act Request
National Security Archive Number 20051224CIA157

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

August 15, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply please refer to Archive # 20051294CIA165

Dear Mr. Koch,

Pursuant to the Freedom of Information Act (FOIA), I hereby request:

All biographical documents created between January 1, 1985 and July 1, 2005 including reports, intelligence summaries, photos, biographic sketches, profiles, and all other biographical summaries, reports and materials related in whole or in part to the following members of the Taliban in Afghanistan.

- Maulawi Wakil Mutawakil (Abdul Wakil Motawakil) (Maulawi Wakil Ahmed Muttawakil)
- Mullah Abdul Jalil

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable nonexempt portions of these documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld portions and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

If you have any questions regarding the identity of these records, their location, the scope of the request or any other matters, please call **(202) 994-7000** or e-mail me at jamihn@his.com. I look forward to receiving your response, thank you.

Sincerely,

Jamie Noguchi
Research Assistant

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, October 11, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#    20051114CIA141

Dear Mr. Koch:

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents including but not limited to cables, memoranda, letters, reports, intelligence reports, meeting minutes and briefing materials relating in whole or in part to the May 12-14, 1973 meeting between US Secretary of State William Rogers and Mexican Foreign Minister Emilio Rabasa and Mexican President Luis Echeverria in Mexico.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez Morales
Emilene Martinez

An independent non-governmental research institute and library located at the George Washington and publishes declassified documents obtained through the Freedom of Information Act. Public contributions through The National Security Archive Fund, Inc. underwrite the Ar

20051114CIA141      CIA
RECNO:31663      SEQCOR:117379
FOISG: Martinez, Emilene
Echeverria-Rogers-Rabasa Meeting in Mexico

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 12, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#    20051502CIA190

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the assassination of José Francisco Ruiz Massieu, secretary-general of the Institutional Revolutionary Party (PRI), on September 28, 1994 in downtown Mexico City. Ruiz Massieu was a prominent political figure in Mexico. He was governor of the state of Guerrero between 1987 and 1993 before serving as PRI Secretary General and was about to become PRI majority leader in the Chamber of Deputies. He was the brother-in-law of Mexican president Carlos Salinas de Gortari. Ruiz Massieu's brother Mario Ruiz Massieu and president Salinas's brother Raul Salinas de Gortari were later arrested in connection to his assassination. Mario Ruiz Massieu committed suicide on September 15, 1999 while under house arrest in New Jersey. Raul Salinas was acquitted of the murder earlier this year.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Emilene Martinez Morales*
Emilene Martinez Morales

An Independent non-governmental research Institute and library located at the George Washingt[on University] and publishes declassified documents obtained through the Freedom of Information Act. Public[ations and] contributions through The National Security Archive Fund, Inc. underwrite the Ar[chive]

20051502CIA190    CIA
RECNO:32189    SEQCOR:117390
FOISG: Martinez, Emilene
Assassination of Francisco Ruiz Massieu

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, October 11, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051500CIA189

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between October 1 and December 31, 1994, relating in whole or in part to:*

*- the APEC summit (APEC Economic Leaders' Meeting) held in Bogor, Indonesia, on November 15, 1994, including, but not limited to, briefing books and other materials prepared for President Bill Clinton, Secretary of State Warren Christopher, and all other U.S. government officials who attended the summit*

*- all the official meetings held by Clinton and Christopher during their visit to Indonesia in November 1994 with Indonesian government officials, including, but not limited to, Indonesian President Suharto*

*- the occupation of U.S. Embassy in Jakarta by East Timorese students in November 1994 and the reaction to the incident by both the U.S. and Indonesian governments*

*- popular protests in East Timor from November to December, 1994, and Indonesian authorities' reaction to them*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Brad Simpson by MECurry*

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 12, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051507CIA192

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between October 1976 and June 1977 relating in whole or in part to Muslim extremist activities in Indonesia and the actions taken by the Indonesian government in relation to those activities. Please include, but do not limit your search to the following:*

*- Ali Murtopo's role in the resurgence of Muslim extremist activities*

*- The Indonesian government's announcement in February 1977 that it uncovered an antigovernment conspiracy calling itself the Komando Jihad*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 12, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051505CIA191

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the assassination of Mexican presidential candidate from the ruling Institutional Revolutionary Party (PRI), Luis Donaldo Colosio Murrieta, on March 23rd 1994 at a campaign rally in Lomas Taurinas, a poor neighborhood in Tijuana. The shooter, Mario Aburto, was arrested immediately after the killing and Mexico's attorney general has officially closed the case.*

*Colosio Murrieta was a prominent Mexican politician. He worked at the Ministry of Budget and Planning under future president Carlos Salinas, and was later elected to Congress in 1985. In 1987 he served on the PRI's National Executive Committee and then worked as campaign manager for Carlos Salinas in the 1988 elections. Colosio served as chairman of the PRI in the early years of Salinas's presidency and later as Social Development Secretary until November 1993 when the PRI announced Colosio's candidacy for president.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington and publishes declassified documents obtained through the Freedom of Information Act. Publicat contributions through The National Security Archive Fund, Inc. underwrite the Arc

20051505CIA191        CIA
RECNO:32192      SEQCOR:117392
FOISG: Doyle, Kate
Assassination of Colosio

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

                                    Sincerely yours,

                                    Kate Doyle

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, October 18, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#    20051532CIA193

Dear Mr. Koch:

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between July 1, 1977, and May 31, 1978, relating in whole or in part to students' political activities in Indonesia and the Indonesian government's actions in relation to those activities. Please include, but not limit your search to the following incidents:*

*- The talks held in August 1977 between Indonesian government officials led by Dr Sumitro Djojoha-dikusumo and university students at various university campuses*

*- The student parades in Jakarta and other cities in Indonesia on Heroes' Day, November 10, 1977*

*- The mid-December 1977 emergency meetings of senior military officers in Indonesia and the December 15 statement of the Indonesian military read by Defense Minister Maraden Panggabean*

*- The arrest of students and the banning of student councils from January to March, 1978*

*- The occupation of university campuses by Indonesian armed forces from January to March, 1978*

*- The NKK (campus life normalization) policy started by Indonesia's Department of Education in April 1978*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

An Independent non-governmental research Institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson *Brad Simpson* by *MHL*
Brad Simpson

An Independent non-governmental research Institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 19, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051545CIA195

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the joint police-military operation in the municipality of El Bosque in the Mexican state of Chiapas on June 10, 1998. The purpose of this operation was to recover a building controlled by independent Zapatista authorities which housed the offices of the autonomous municipal council of San Juan de la Libertad and serve 15 arrest warrants. The mobilization of over a thousand soldiers and policemen led to the death of seven peasants and one policeman. Nine people were wounded and 57 indigenous people were arrested.*

*This was the first armed conflict between the state and the Zapatista National Liberation Army (EZLN) since the cease-fire agreed by both parties in March 1994. These events led to several reports issued by various organizations, including the United Nations Office of the High Commissioner for Human Rights.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washing and publishes declassified documents obtained through the Freedom of Information Act. Public contributions through The National Security Archive Fund, Inc. underwrite the A

20051545CIA195        CIA
RECNO:32238           SEQCOR:117433
FOISG: Doyle, Kate
El Bosque

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Marly Morde
Kate Doyle    for

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.