# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 19, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#    20051541CIA194

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the massacre by paramilitary forces of 45 people (including a baby, children and women) in the village of Acteal (part of the municipality of Chenalhó) in the Mexican state of Chiapas on December 22, 1997. Reports stated that the paramilitary forces that indiscriminately machine-gunned the victims were connected to local members of the PRI (Institutional Revolutionary Party) and to the President of the Municipal Council of Chenalhó.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington and publishes declassified documents obtained through the Freedom of Information Act. Publica contributions through The National Security Archive Fund, Inc. underwrite the Arc

20051541CIA194          CIA
RECNO:32234          SEQCOR:117431
FOISG: Martinez, Emilene
Acteal Massacre

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Friday, October 21, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051562CIA199

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part the Ecologist Green Party of Mexico or Partido Verde Ecologista de México (PVEM) and the Martínez Torres family that controls it. The party got its official registration in February 1991 and has since been controlled by founder Jorge González Torres and his family. Currently the PVEM is headed by his son Jorge Emilio González Martínez (nicknamed the "greenboy") who is currently a senator. I am interested also in any documents that discuss the corruption scandals that the PVEM has faced included:*

*— the ruling of Mexico's top electoral court that dictated that the party's statues violated the Constitution because they allowed an inner circle of members to select the party's candidates and officials. (September 3rd, 2003).*
*— the fine imposed by the Federal Electoral Institute for campaign finance offences during the 2000 presidential race. (October 10th, 2003)*
*— the video in which Jorge Emilio González Martínez is being offered 2 million dollars for his assistance in facilitating land use permits for real estate development in Cancun, a city governed by a PVEM mayor. (February 2004)*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Friday, October 21, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#          20051564CIA200

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following
documents for inspection and possible copying:

*The reaction to the July 1997 mid-term elections in Mexico including:*

*— the ruling Institutional Revolutionary Party losing its majority in the lower house of Congress after
68 years of controlling it.*

*— the landslide victory of leftist Cuauhtémoc Cárdenas, son of former President Lázaro Cárdenas del
Río and two-time presidential loser, from the Democratic Revolution Party (PRD) in Mexico's City
mayoral race*

*— the victory of Fernando Canales Clariond of the National Action Party in the governor race in the
state of Nuevo León*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I
request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please
release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent
and informed decision whether or not to file an administrative appeal of any denied material, please
describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a
representative of the news media.  This request is made as part of a scholarly and news research project
and not for commercial use.  For details on the Archive's research and publication activities, please see
our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects
and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible
contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Kate Doyle   for

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, October 20, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#        20051548CIA196

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the January 8th, 1993 meeting between President Clinton and Mexican President Carlos Salinas de Gortari in Austin Texas in which NAFTA was discussed. Documents should include but not be limited to talking points and briefing papers produced in preparation for the meeting, meeting minutes and notes taken during the meeting, and reports analyzing the meeting afterwards.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Emelene Martinez Morales* for

Kate Doyle

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, October 20, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#      20051551CIA197

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the visit of President George H. Bush to the state of Nuevo Leon, México in November, 1990 where he met with Mexican President Carlos Salinas. During this visit President Bush:*

*- visited the Salinas family home in the town of Agualeguas in the northern state of Nuevo León where the discussion between both Presidents focused on the free-trade agreement, the war against drug trafficking and the situation in El Salvador. (November 26, 1990).*

*- met with President Salinas, members of the cabinets of both countries,  US Ambassador to Mexico John D. Negroponte, and Mexican Ambassador the United States Gustavo Petricioli in Monterrey. (November 27, 1990).*

*Documents should include but not be limited to talking points and briefing papers produced in preparation for the meetings, meeting minutes and notes taken during the meetings, and reports analyzing the meetings afterwards.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Thursday, October 20, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to Archive#    20051559CIA198**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between February 1 and April 30, 1978, relating in whole or in part to the session of Indonesia's MPR (Majelis Permusyawaratan Rakyat; People's Consultative Assembly) in March 1978. Please include, but not limit your search to the following:*

*- The March 1978 reelection of President Suharto as president of Indonesia*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Sincerely yours,

Brad Simpson

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, October 25, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#      20051576CIA204

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following
documents for inspection and possible copying:

*Any and all documents related in whole or in part to the announcement of the candidacy of Ernesto
Zedillo as Mexico's Institutional Revolutionary Party (PRI) candidate after the assassination of Luis
Donaldo Colosio in March 1994, including the US assessment on why Zedillo was selected by
President Carlos Salinas as the PRI presidential candidate.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I
request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please
release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent
and informed decision whether or not to file an administrative appeal of any denied material, please
describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a
representative of the news media. This request is made as part of a scholarly and news research project
and not for commercial use. For details on the Archive's research and publication activities, please see
our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they
become available to you, without waiting until all the documents have been processed. If you have any
questions regarding the identity of the records, their location, the scope of the request or any other
matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty
day statutory time period.

Sincerely yours,,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects
and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible
contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Tuesday, October 25, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     **20051573CIA202**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between November 1, 1980, and January 31, 1981, relating in part or in whole to the anti-Chinese riots in Indonesia which started in November 1980 and the actions taken by the Indonesian government in response to them.*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Sincerely yours,

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, October 25, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#          20051574CIA203

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the 1995 unsuccessful candidacy of former Mexican President Carlos Salinas de Gortari to head the World Trade Organization and US support to his candidacy.*

*Salinas withdrew his candidacy in March 1995 during Mexico's economic crisis, which was largely blamed on his administration, and after his brother Raul was arrested in charges of masterminding the assassination of the Institutional Revolutionary Party's (PRI) Secretary General, Francisco Ruiz Massieu.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emelene Marilyn Marola
for
Kate Doyle

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

**Phone: 202/994-7000**
**Fax: 202/994-7005**
**nsarchiv@gwu.edu**
**www.nsarchive.org**

October 25, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply please refer to Archive # 20051568CIA201**

Dear Mr. Koch,

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

**All documents pertaining in whole or in part to March 5, 1979 action memoranda sent from the CIA to the SCC regarding Afghanistan referenced in the attached page from Robert M. Gates, *From the Shadows*, New York: Simon & Schuster Inc., 1996, p. 144.**

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable nonexempt portions of these documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld portions and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

If you have any questions regarding the identity of these records, their location, the scope of the request or any other matters, please call **(202) 994-7045** or e-mail me at **foiamail@gwu.edu**. I look forward to receiving your response, thank you.

Sincerely,

Barbara Elias
Freedom of Information Coordinator

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.



# From
# the Shadows

ROBERT M. GATES





*The Ultimate Insider's Story
of Five Presidents and
How They Won the Cold War*

A TOUCHSTONE BOOK
Published by Simon & Schuster



ing the Afghan insurgency going, "sucking the Soviets into a Vietnamese quagmire?" Aaron concluded by asking the key question: "Is there interest in maintaining and assisting the insurgency, or is the risk that we will provoke the Soviets too great?" If the interest exists, he said, we need to consult with others and be prepared to make a limited commitment. The second question was what could be done to help the Pakistanis deal with the situation? State was directed to develop the articulation of U.S. policy, and CIA was directed to prepare a paper on possible Soviet reactions.

In anticipation of an April 6 SCC meeting on Afghanistan, all of the relevant bureaucracies were "papering their principals." I learned that at State, the Near East Bureau was telling Vance that, to publicize Soviet actions and intentions, both through diplomatic contacts and publicly. Further, the State bureaucracy was urging Vance to wait for the Pakistanis to react to a recent U.S. approach on their nuclear program before pursuing consultations with them on Afghanistan, and asserting that intelligence liaison contacts should be limited to exchanges of information on Soviet activities and insurgent capabilities.

The day before the SCC meeting on April 6 to consider Afghan covert action options, Soviet NIO Arnold Horelick sent Turner a paper on the possible Soviet reactions. Horelick said if the Soviets were determined to keep Taraki in power, covert action could not prevent it, and external assistance would be used to justify their own deepening involvement. But, he added, they would take this line anyway and were already making such charges. His bottom line: covert action would raise the costs to the Soviets and inflame Moslem opinion against them in many countries. The risk was that a substantial U.S. covert aid program could raise the stakes and induce the Soviets to intervene more directly and vigorously than otherwise intended.

The SCC met at 11:00 A.M. on Friday, April 6, to consider a wide range of options. These included:

- a small-scale propaganda campaign publicizing Soviet activities in Afghanistan;
- indirect financial assistance to the insurgents;
- direct financial assistance to Afghan émigré groups to support their anti-Soviet, antiregime activities;
- nonlethal material assistance;

March 5, 1979, CIA sent several covert action options relating to Afghanistan to the SCC. The covering memo noted that the insurgents had stepped up their activities against the government and had achieved surprising successes. It added that the Soviets were clearly concerned about the setbacks to the Afghan communist regime and that the Soviet media were accusing the United States, Pakistan, and Egypt of supporting the insurgents. The SCC met the next day and requested new options for covert action.

The DO informed DDCI Carlucci late in March that the government of Pakistan might be more forthcoming in terms of helping the insurgents than previously believed, citing an approach by a senior Pakistani official to an Agency officer to discuss assistance to the insurgents, including small arms and ammunition. The Pakistani had stated that without a firm commitment from the United States, Pakistan "could not risk Soviet wrath."

Meanwhile, in Saudi Arabia, a senior official also had raised the prospect of a Soviet setback in Afghanistan and said that his government was considering officially proposing that the United States aid the rebels. The DO memo reported that the Saudis could be expected to provide funds and encourage the Pakistanis, and that possibly other governments could be expected to provide at least tacit help. The memo conceded that the Soviets could easily step up their own resupply and military aid, although "we believe they are unlikely to introduce regular troops." Further, if they decided to occupy the country militarily there was no practical way to stop them, but such a move would cause them serious damage in the region.

On March 30, 1979, Aaron chaired a historic "mini-SCC" as a follow-up to the meeting some three weeks earlier. At the mini-SCC, Under Secretary of State for Political Affairs David Newsom stated that it was U.S. policy to reverse the current Soviet trend and presence in Afghanistan, to demonstrate to the Pakistanis our interest and concern about Soviet involvement, and to demonstrate to the Pakistanis, Saudis, and others our resolve to stop the extension of Soviet influence in the Third World. Newsom continued, however, that we didn't know enough about the real potential for reversing the current trend or the Soviet response to such an effort. He worried about an increased Soviet role in Afghanistan in the wake of an abortive U.S. intervention and the risk that they might stimulate the Baluchi tribes against the Pakistani government. Walt Slocombe, representing Defense, asked if there was value in keep-

## The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 26, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#      20051582CIA207

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the June 7th, 1998 shooting of 11 persons by members of the Mexican army in an incident which occurred in and around the "Caritino Maldonado Perez" school in the village of El Charco in the State of Guerrero.*

*The Mexican Federal Attorney General stated that an army unit patrolling the area discovered a group of persons belonging to the EPR in the school, and ordered them to surrender. Some of the people inside started shooting at the army while trying to escape. 11 people were killed and 5 were wounded. The remaining 27 people inside the school surrendered and were later transferred to police custody. At the scene the authorities recovered 14 automatic rifles, 1 pistol and 39 ammunition clips*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez Maral

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, October 26, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051580CIA206

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the May 1984 visit of Mexican President Miguel de la Madrid to Washington. During this visit de la Madrid met with President Reagan, among topics discussed were the Contadora negotiation process in Central America and Mexico's economic crisis.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Kate Doyle  For

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

October 27, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply please refer to Archive # 20051586CIA208**

Dear Mr. Koch,

Pursuant to the Freedom of Information Act (FOIA), I hereby request the following:

**All documents pertaining in whole or in part to September 14, 1979 and December 19, 1979 "Alert" memoranda authored by CIA Director Admiral Stansfield Turner relating to Afghanistan referenced in the attached pages from Robert M. Gates, *From the Shadows*, New York: Simon & Schuster Inc., 1996, pp. 132-133.**

If you regard these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.. As the FOIA requires, please release all reasonably segregable nonexempt portions of these documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld portions and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

If you have any questions regarding the identity of these records, their location, the scope of the request or any other matters, please call **(202) 994-7045** or e-mail me at **foiamail@gwu.edu**. I look forward to receiving your response, thank you.

Sincerely,

Barbara Elias
Freedom of Information Coordinator

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.



# From
## the Shadows

ROBERT M. GATES







*The Ultimate Insider's Story*
*of Five Presidents and*
*How They Won the Cold War*



A TOUCHSTONE BOOK
Published by Simon & Schuster



Case 1:06-cv-01080-GK    Document 13-3    Filed 09/08/2006    Page 22 of 23

nity to turn the tables on the Soviets for their actions in Africa and Southeast Asia, would encourage a polarization of Muslim and Arab sentiment against the USSR, and might offer an opportunity to establish relations with the Iranian government. While Horelick's forecast was not accurate in every detail, he was remarkably far-sighted.

Less than a month later, on April 24, Horelick again wrote Turner, advising that the entire intelligence community watching Afghanistan agreed that the Soviets were gradually increasing their involvement there. The intelligence experts saw more advisers and more matériel going in. Meanwhile, the Soviets were stepping up accusations that the United States and China were instigating the rebellion. (A fascinating demonstration of compartmentation was the fact that that very spring CIA surveyed Afghanistan as a possible replacement site for its Tacksman SIGINT collection facilities in Iran, just closed by Khomeini.)

As the weeks went by, the Soviet role grew. A classified CIA paper issued on August 20 stated that the Soviet involvement was by then so extensive that the Soviets might believe they had the assets to stage a successful coup—though it was not clear they would launch one soon. CIA concluded, "We see few signs the Soviets are so wedded to leftist rule in Afghanistan that they will undertake an operation of this magnitude." Another report to key policymakers on August 24 declared that the majority of analysts "continue to feel that the deteriorating situation does not presage an escalation of Soviet military involvement in the form of a direct combat role."

As the situation on the ground in Afghanistan worsened, strains in the Kabul government also mounted. On September 11, President Nur Mohammad Taraki stopped in Moscow on his way home from the nonaligned summit to discuss with Brezhnev the replacement of Prime Minister Hafizullah Amin. Two days later, Amin preempted Taraki's power play against him and on the 16th, Taraki's "resignation"—he was murdered by Amin—was announced. The Soviet congratulatory telegram to Amin was notably cool.

Turner again warned the President and other senior officials of a possible major Soviet move in an "Alert" memorandum on September 14. The memo said, forthrightly, "The Soviet leaders may be on the threshold of a decision to commit their own forces to prevent the collapse of the regime and to protect their sizable

stakes in Afghanistan." After stating a straightforward and rather bold position, however, the intelligence warning memorandum once again pulled back. It predicted only that the Soviets, well aware of the open-ended military and political difficulties that could flow from any expanded role against the Afghan rebels, were likely to increase their military role incrementally rather than dramatically—increasing the number of advisers, expanding combat activities, possibly bringing in special battalions or regiments to provide security in key cities.

However hedged, the "Alert" memorandum did galvanize action at the White House. On September 20, a week after the paper was issued, there was an interagency meeting at the Old Executive Office Building to discuss contingency planning against the possibility of Soviet military intervention in Afghanistan. The focus was on actions that might be taken—diplomatic, political, and propaganda—in advance of an intervention to sensitize the countries most concerned.

CIA regularly reported on the increasing Soviet presence and role in Afghanistan, including in the late fall evidence of a buildup of Soviet forces on the border. On December 19, Turner signed yet another "Alert" memorandum to the President and his senior advisers, warning that "The Soviets have crossed a significant threshold in their growing military involvement in Afghanistan." It informed the leadership that the Soviets were "building up . . . more substantial forces near the Soviet-Afghan border" and advised that preparations for much more substantial reinforcements might also be under way. Still, the clearest warning to policymakers came from the Director of the National Security Agency, Vice Admiral B. R. Inman, who telephoned Brzezinski and Brown on December 22 and told them there was no doubt the Soviets would intervene in a major way within seventy-two hours. He called again on December 24 to say the Soviet move would be within fifteen hours.

Starting on Christmas Eve and Christmas Day, 1979, Soviet troops poured into Afghanistan, some 85,000 of them in a period of weeks. A KGB special team dressed in Afghan uniforms attacked the presidential palace and shot Amin and his mistress in a bar on the top floor.

CIA had tracked the growing Soviet involvement with great precision and conveyed to policymakers in a timely way Moscow's growing presence and combat role in Afghanistan. And CIA provided good tactical warning to the President that the invasion was

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, October 27, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#    20051593CIA210

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the tenure of Joaquín Hernández Galicia ("La Quina") as head of the Mexican Oil Workers' Union. Hernández Galicia was a powerful and untouchable labor leader closely allied with the Institutional Revolutionary Party (PRI) until President Carlos Salinas took power in 1988.*

*In January 10, 1989, La Quina was arrested at his house in the state of Tamaulipas under charges of assassination of rivals, selling jobs, and defrauding the union and PEMEX, the nation's state-owned oil company. Although La Quina's corruption practices were widely known, his arrest was seen as revenge by Salinas since the labor leader had quietly endorsed opposition presidential candidate Cuauhtémoc Cárdenas and had publicly criticized Salinas's economic programs. In 1992 he was sentenced to 35 years in prison but was freed in November 1997.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.