To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, October 27, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051591CIA209

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the 36-hour hunger strike that former Mexican President Carlos Salinas began on February 28, 1995 to protest the arrest of his brother Raul Salinas in connection with the assassination of Jose Francisco Ruiz Massieu, rumors that his administration was involved with the assassination of presidential candidate Luis Donaldo Colosio, and accusations that he was directly responsible for the 1994 peso crisis.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Emidene Martinez Mazales*
Kate Doyle   for

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Friday, October 28, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051595CIA211

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to Mario Villanueva Madrid's tenure as governor of the Mexican State of Quintana Roo (1993-1999). Villanueva Madrid is currently imprisoned in the high-security facility of "La Palma" in the state of Mexico. Villanueva Madrid was arrested on May 24, 2001. He is accused of 28 charges related to organized crime, drug trafficking, money laundering and using his authority as governor to protect and promote drug trafficking activities of the Juarez Drug Cartel.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Kate Doyle

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Friday, October 28, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#        20051598CIA212

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the Popular Revolutionary Army or Ejército Popular Revolucionario (EPR), a leftist guerrilla movement that operates in the Mexican states of Guerrero and Oaxaca. The EPR surfaced on June 29th, 1996 in an act commemorating the first anniversary of the Aguas Blancas massacre (in which 17 peasants were killed). The EPR adheres to a Marxist-Leninist ideology and advocates revolution; it has conducted small-scale attacks, mostly against military and police outposts, public buildings and power stations. The administration of President Ernesto Zedillo categorized it as a terrorist group. The group founded a militarized political party, the Popular Revolutionary Democratic Party, which is not a registered party and thus does not contend in elections.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez Marael

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

~~Thursday~~, October 31, 2005
Monday

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#    20051601CIA213**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between April 1 and August 31, 1982, relating in part or in whole to the visit of Indonesian Defense Minister Mohammed Jusuf (also spelled as Yusuf) to the United States in July 1982 and any official meetings or appearances made by him during the visit, including but not limited to his meeting with President Reagan and Secretary of Defense Caspar Weinberger.*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Sincerely yours,

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

**Phone: 202/994-7000**
**Fax: 202/994-7005**
**nsarchive@gwu.edu**
**www.nsarchive.org**

November 2, 2005

Mr. Scott Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington DC 20505

Re: Request under the FOIA, in reply refer to Archive # 20051612CIA214

Dear Mr. Koch,

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of

A.  Copies of the Central Intelligence Agency, "Daily Summary", as prepared for President Harry Truman, for the following days:

1. February 22-26, 1948
2. June 21-25, 1948
3. January 3-7, 1949
4. August 29-September 4, 1949
5. June 22-26, 1950
6. October 22-26, 1950

B.  Any previously declassified issues of the daily intelligence summaries for President Truman

If you regard any of this material as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable nonexempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7032. I look forward to receiving your response within the twenty-day statutory time period.

Sincerely Yours,

*William Burr*

William Burr

An Independent non-governmental research institute and library located at th[...]
and publishes declassified documents obtained through the Freedom of Infor[...]
contributions through The National Security Archive Fund, I[...]

20051612CIA214          CIA
RECNO:32316          SEQCOR:117816
FOISG: Burr, William

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Friday, November 4, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#    20051619CIA215**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between August 1, 1983, and March 31, 1985, relating in part or in whole to the Indonesian government's policy to make pancasila the sole ideological basis of political parties and social organizations in the country.  Please include, but not limit your search to, the following:*

*- The December 1983 decision of the NU (Nahdatul Ulama), a major Islamic organization in Indonesia, to accept pancasila as the sole ideological basis.*

*- The August 1984 decision of the PPP (Partai Persatuan Pembangunan; United Development Party) of Indonesia to accept pancasila as the sole ideological basis.*

*- The February 1985 enactment of a new law on political parties, Law No.3/1985, requiring that all political parties adhere to pancasila as their sole ideological basis.*

*For your reference, an excerpt of the original text of the 1985 political party law is attached to this letter.*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# PERUBAHAN ATAS UNDANG UNDANG NOMOR 3 TAHUN 1975 TENTANG PARTAI POLITIK DAN GOLONGAN KARYA - UU 3/1985

UU 3/1985, PERUBAHAN ATAS UNDANG UNDANG NOMOR 3 TAHUN 1975 TENTANG PARTAI

POLITIK DAN GOLONGAN KARYA

Oleh:PRESIDEN REPUBLIK INDONESIA

Nomor:3 TAHUN 1985 (3/1985)

Tanggal:19 PEBRUARI 1985 (JAKARTA)

---

Tentang:PERUBAHAN ATAS UNDANG-UNDANG NOMOR 3 TAHUN 1975 TENTANG PARTAI
POLITIK DAN GOLONGAN KARYA

Nomor 3 Tahun 1975.

DENGAN RAHMAT TUHAN YANG MAHA ESA

Presiden Republik Indonesia,

Menimbang : bahwa untuk melaksanakan Ketetapan Majelis Permusyawaratan
Rakyat Nomor II/MPR/1983 tentang Garis-garis Besar Haluan Negara yang
antara lain menetapkan, bahwa peranan Partai Politik dan Golongan

Karya sangat penting dalam kehidupan berbangsa dan bernegara sebagai modal dasar pembangunan nasional, serta dengan memperhatikan perkembangan keadaan, dipandang perlu untuk mengadakan perubahan atas beberapa ketentuan Undang-undang Nomor 3 Tahun 1975 tentang Partai Politik dan Golongan Karya;

Mengingat :

1. Pasal 5 ayat (1), Pasal 20 ayat (1), dan Pasal 28 Undang-Undang Dasar 1945;

2. Undang-undang Nomor 3 Tahun 1975 tentang Partai Politik dan Golongan Karya (Lembaran Negara Tahun 1975 Nomor 32, Tambahan Lembaran Negara Nomor 3062);

Dengan persetujuan DEWAN PERWAKILAN RAKYAT REPUBLIK INDONESIA

MEMUTUSKAN :

Menetapkan : UNDANG-UNDANG TENTANG PERUBAHAN ATAS UNDANG-UNDANG NOMOR 3 TAHUN 1975 TENTANG PARTAI POLITIK DAN GOLONGAN KARYA.

Pasal I

Ketentuan-ketentuan dalam Undang-undang Nomor 3 Tahun 1975 tentang Partai Politik dan Golongan Karya, diubah sebagai berikut : 1. Judul BAB II diganti dengan judul yang berbunyi sebagai berikut "ASAS, TUJUAN, DAN PROGRAM"

2.Ketentuan Pasal 2 diganti dengan ketentuan yang berbunyi sebagai berikut : "(1)Partai Politik dan Golongan Karya berasaskan Pancasila sebagai satu-satunya asas. *5565 (2)Asas sebagaimana dimaksud dalam ayat (1) adalah asas dalam kehidupan bermasyarakat, berbangsa, dan bernegara."

3.Ketentuan Pasal 3 diganti dengan ketentuan yang berbunyi sebagai berikut : "Tujuan Partai Politik dan Golongan Karya adalah :

a.mewujudkan cita-cita Bangsa sebagaimana dimaksud dalam Undang-Undang Dasar 1945;

b.menciptakan masyarakat adil dan makmur yang merata spiritual dan materiil berdasarkan Pancasila dan Undang-Undang Dasar 1945 dalam wadah Negara Kesatuan Repubhk Indonesia;

c.mengembangkan kehidupan Demokrasi Pancasila."

4.Di antara Pasal 3 dan Pasal 4 disisipkan ketentuan yang dijadikan Pasal 3a yang berbunyi sebagai berikut : "Partai Politik dan Golongan Karya memperjuangkan tercapainya tujuan sebagaimana dimaksud dalam Pasal 3 melalui program-programnya dengan jiwa/semangat kekeluargaan, musyawarah, dan gotong royong."

5.Ketentuan Pasal 5 huruf b diganti dengan ketentuan yang berbunyi sebagai berikut : "b. membina anggota-anggotanya menjadi Warganegara Republik Indonesia yang bermoral Pancasila, setia terhadap Undang-Undang Dasar 1945 dan sebagai salah satu wadah untuk mendidik kesadaran politik rakyat."

6.Ketentuan Pasal 7 huruf f diganti dengan ketentuan yang berbunyi sebagai berikut : "f. ikut mensukseskan pelaksanaan Pemilihan Umum."

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Friday, November 4, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#   20051622CIA216**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between June 1 and November 30, 1983, relating in part or in whole to the planned visit of President Ronald Reagan to Indonesia, which was canceled in October 1983.*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Mary Curry

Mary Curry

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Tuesday, November 8, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to Archive#     20051645CIA220**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between August 1 and December 31, 1984, relating in whole or in part to the "Petition of 50" group in Indonesia and its members including but not limited to Ali Sadikin, A. M. Fatwa, H. M. Sanusi, and H. R. Dharsono.*

*Please include, but not limit your search to, the following incidents:*

*-The September 1984 publication by the group  the so-called "white paper," a document challenging the official account of the Tanjung Priok riots*
*-The September 1984 arrest of A. M. Fatwa*
*-The October 1984 arrest of H. M. Sanusi*
*-The November 1984 arrest of H. R. Dharsono*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Hikaru Tajima

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Tuesday, November 8, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#    20051637CIA219**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between February 1 and May 31, 1984, relating in part or in whole to the visit of U.S. Vice President George H. W. Bush to Indonesia in May 1984 and any official meetings or appearances made by him during the visit, including but not limited to his meeting with Indonesian President Suharto (also spelled as Soeharto).*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Sincerely yours,

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, November 08, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051632CIA218

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following
documents for inspection and possible copying:

*Any and all documents related in whole or in part to police and military harassment of indigenous
communities in the state of Chiapas in 1993, including:*
*- the May 24, 1993 occupation of the village of Patate Viejo, municipio of Ocosingo, state of Chiapas,
by hundreds of soldiers, who searched residents' houses and accused them of harboring guerrillas.*
*- the Spring 1993 repeated harassment of residents of San Isidro el Ocotal after the presumed murder
of two soldiers in the area.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I
request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please
release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent
and informed decision whether or not to file an administrative appeal of any denied material, please
describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a
representative of the news media.  This request is made as part of a scholarly and news research project
and not for commercial use.  For details on the Archive's research and publication activities, please see
our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they
become available to you, without waiting until all the documents have been processed.  If you have any
questions regarding the identity of the records, their location, the scope of the request or any other
matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty
day statutory time period.

Sincerely yours,

Emilene Martinez
Kate Doyle  for

An independent non-governmental research institute and library located at the George Washington University, the Archive collects
and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible
contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Tuesday, November 08, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#        20051629CIA217

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to the killing of 17 peasants at the Aguas Blancas ford in the Mexican state of Guerrero on June 28, 1995. The peasants, members of the Peasant Organization Sierra del Sur (OCSS), were on their way to attend a demonstration demanding the release of their leader Gilberto Romero Vásquez who had been forcibly disappeared. The peasants had boarded 2 trucks that were stopped by members of the motorized police of the state of Guerrero, at Aguas Blancas. There all passengers were ordered to leave the vehicles. Afterwards the police opened fire. This event sparked several confrontations in the following months between the indigenous communities in the area and state officials. More that three dozen people (political activists, peasants, and police officers) were killed in the aftermath of the Aguas Blancas massacre.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez Morales

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, November 10, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051655CIA223

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to accusations that the Mexican ruling Institutional Revolutionary Party (PRI) committed electoral fraud in November 1990 municipal elections in the state of Mexico, and responses by both civil society and government in both Mexico and the United States to these charges. After the PRI announced that it had won 116 out of 121 municipalities in an area known to be a center of opposition politics, not only Mexican but U.S. journalists and academics protested to the U.S. government that political reform should be one of the issues addressed in negotiations for the proposed North American Free Trade Agreement. I am interested in the Bush administration's internal discussions in response to the vote and the allegations of fraud.*

*We do not seek publicly-released material such as congressional hearings, news clippings, public statements or documents, or FBIS reports on this matter.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Emilene Martinez

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Thursday, November 10, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#        20051658CIA224

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*Any and all documents related in whole or in part to reforms to Mexico's electoral system made by Mexican President Carlos Salinas de Gortari in August 1990. These reforms, negotiated by the ruling Institutional Revolutionary Party (PRI) with the opposition Party for National Action (PAN), produced a new Federal Code of Electoral Practices (COFIPE). The COFIPE instituted a new, more efficient Federal Electoral Institute with non-PRI members on its governing board, but also prohibited two parties from fielding the same presidential candidate, thereby preventing opposition electoral alliances, and, in a so-called "governability clause," guaranteed the PRI a 50% majority in Congress as long as the party won 35% of the vote. I am interested in U.S. agency documents discussing this move by Salinas and its implications for Mexico's political future and US-Mexican relations.*

*We do not seek publicly-released material such as congressional hearings, news clippings, public statements or documents, or FBIS reports on this matter.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Emilene Martin marales*

Kate Doyle *for*

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
www.nsarchive.org

Wednesday, November 09, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

Re: Request under the FOIA, in reply refer to Archive#     20051652CIA222

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following
documents for inspection and possible copying:

*Any and all documents related in whole or in part to the crackdown on the Zapatista National
Liberation Army (EZLN) ordered by Mexican president Ernesto Zedillo Ponce de León on 9 February
1995. Declaring that the government possessed new intelligence regarding the identity of the Zapatista
leaders and the nature of their plans and logistic capacity, Zedillo broke the ceasefire in the region
and launched a military campaign to retake areas of Chiapas then under Zapatista control.*

*Over the next five days, the Mexican army carried out widespread arrests of civilians and blocked
journalists' and human rights workers' access to the war zone. On 14 February 1995, Zedillo called a
new ceasefire after bringing much of the Zapatistas' territory back under government control.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I
request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please
release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent
and informed decision whether or not to file an administrative appeal of any denied material, please
describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a
representative of the news media.  This request is made as part of a scholarly and news research project
and not for commercial use.  For details on the Archive's research and publication activities, please see
our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects
and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible
contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

*Emilene Martens*

Kate Doyle *for*

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Thursday, December 1, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#    20051686CIA225**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between June 1, 1974, and May 31, 1976, relating in whole or in part to Pertamina, Indonesia's state-owned oil company, and/or Ibnu Sutowo, Pertamina's president-director from 1967 to 1976.  Please include but not limit your search to the following:*

*- Pertamina's failure in February 1975 to repay a short-term loan from a group of U.S. banks led by Republic National Bank of Dallas*
*- Pertamina's failure in March 1975 to repay a short-term loan from a group of Canadian banks led by Toronto Dominion Bank*
*- The March 1975 decision by the Indonesian government that Bank Indonesia would guarantee future payment of Pertamina's foreign debts*
*- The May 1975 meetings of Philip Habib, the then U.S. Assistant Secretary of State for East Asian and Pacific Affairs, in Indonesia with Ibnu Sutowo and other Indonesian officials regarding the Pertamina crisis*
*- The June 1975 agreement by international bankers to extend new loans to Bank Indonesia to help it deal with the Pertamina crisis*
*- Suharto's decision in March 1976 to replace Ibnu Sutowo as Pertamina's president-director with Piet Harjono*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Thursday, December 1, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#     20051693CIA226**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between February 1 and May 31, 1986, relating in part or in whole to the visit of U.S. President Ronald Reagan and Secretary of State Shultz to Indonesia in April and May 1986 and any official meetings or appearances made by them and other American officials accompanying them during the visit, including but not limited to Reagan's meeting with Indonesian President Suharto (also spelled as Soeharto).*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

Sincerely yours,

Hikaru Tajima

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Phone: 202/994-7000
Fax: 202/994-7005
foiamail@gwu.edu
www.nsarchive.org

Monday, December 5, 2005

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

**Re: Request under the FOIA, in reply refer to  Archive#    20051700CIA227**

Dear Mr. Koch :

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents issued between November 1, 1987, and March 31, 1988, relating in part or in whole to the riot in Ujung Pandang, Sulawesi, Indonesia in November 1987.  Please include, but not limit your search to, the following:*

*- The November outbreak of a riot in Ujung Pandang in protest against a new law making safety helmets for motorcycle riders mandatory*

*- The November protests by Indonesian students in Jakarta and elsewhere in Indonesia over the Indonesian military's handling of the riot*

*Documents pertaining to this request include but are not limited to cables, reports, memoranda, and finished intelligence.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them.  As the FOIA requires, please release all reasonably segregable non exempt portions of documents.  To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  This request is made as part of a scholarly and news research project and not for commercial use.  For details on the Archive's research and publication activities, please see our Web site at the address above.  Please notify me before incurring any photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.  If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000.  I look forward to receiving your response within the twenty day statutory time period.

Sincerely yours,

Brad Simpson

Brad Simpson

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible contributions through the National Security Archive Fund, Inc. underwrite the Archive's Budget.

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

Phone: 202/994-7029
Fax: 202/994-7005
Email: mevans@gwu.edu
http://www.nsarchive.org

February 3, 2006

IN ALL CORRESPONDENCE PLEASE REFER
TO ARCHIVE FILE NO.  20060134CIA012

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Central Intelligence Agency
Washington, DC 20505

Re: Request under the Freedom of Information Act

Dear Mr. Koch:

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All records – including but not limited to cables, intelligence reports, memoranda, letters, talking points, summaries, transcripts, memoranda of conversation and electronic mail messages – pertaining in whole or in part to the recent peace negotiations on or about December 16, 2005, between the government of Colombia and the Ejercito de Liberacion Nacional, (National Liberation Army) or ELN. The talks were held in Cuba and were mediated by facilitators from Spain, Norway and Switzerland. The purpose of the talks was to primarily establish procedures for future peace negotiations, as well as to discuss other matters pertaining to the ongoing demobilization process of the ELN.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely,

Michael Evans
Analyst

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  A tax-exempt public charity, the Archive receives no U.S. government funding; its budget is supported by publication royalties and donations from foundations and individuals.

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

Phone: 202/994-7029
Fax: 202/994-7005
Email: mevans@gwu.edu
http://www.nsarchive.org

IN ALL CORRESPONDENCE PLEASE REFER
TO ARCHIVE FILE NO. 20060132CIA011

February 3, 2006

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Central Intelligence Agency
Washington, DC 20505

Re: Request under the Freedom of Information Act

Dear Mr. Koch:

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All records – including but not limited to cables, intelligence reports, memoranda, letters, talking points, summaries, transcripts, memoranda of conversation and electronic mail messages – pertaining in whole or in part to the agreement between President Alvaro Uribe of Colombia and President Hugo Chavez of Venezuela, authorizing the construction of a 215 kilometer gas pipeline between the Paraguana Refinery Complex in Venezuela, and Punta Ballenas, in Colombia. The agreement was signed on or about November 24, 2005. The agreement was also one of several topics of an important meeting between the two leaders regarding key regional issues. Thus, I further request any records – including but not limited to talking points, summaries, transcripts, memoranda of conversation, briefing papers, and intelligence reports – pertaining to further discussions concerning possible extension of the pipeline to other Andean countries, and of the agreement to create a Binational Border Development Fund to improve living conditions along the Colombian-Venezuelan border.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As you know, the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. This request is made as part of a scholarly and news research project and not for commercial use. For details on the Archive's research and publication activities, please see our Web site at the address above. Please notify me before incurring photocopying costs over $100.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7000. I look forward to receiving your response within the twenty day statutory time period.

Sincerely,

Michael Evans
Analyst

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. A tax-exempt public charity, the Archive receives no U.S. government funding; its budget is supported by publication royalties and donations from foundations and individuals.