# ATTACHMENT 5

Central Intelligence Agency



Washington, D.C. 20505

28 October 2005

Ms. Barbara Elias
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Reference:  F-2005-01773 (Archive # 20051224CIA157)

Dear Ms. Elias:

The office of the Information and Privacy Coordinator has received your 10 August 2005 Freedom of Information Act (FOIA) request for:

> "All biographical documents created between January 1, 1985 and July 1, 2005 ...related in whole or in part to the following members of the Taliban in Afghanistan:
> * **Mullah Mohammad Omar (Mullah Omar)**
> * **Mullah Mohammad Rabbani."**

We have assigned your request the number referenced above.  Please use this number when corresponding with us so that we can identify it easily.

Your letter states that "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media."  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

* concern current events;
* interest the general public;
* enhance the public understanding of the operations or activities of the U.S. Government; and
* how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

| | |
|---|---|
| 20051224CIA157 | CIA |
| RECNO:31804 | SEQCOR:117756 |
| 11/2/2005 | FOISG: Elias, Barbara |
| Taliban Members (Omar, Rabbani) | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

1 November 2005

Mr. Jamie Noguchi
Research Assistant
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2005-01811 / Archive 20051294CIA165

Dear Mr. Noguchi:

The office of the Information and Privacy Coordinator has received your 15 August 2005 Freedom of Information Act (FOIA) request for:

> **"All biographical documents created between January 1, 1985 and July 1, 2005 . . . related in whole or in part to the following members of the Taliban in Afghanistan.**
>
> - **Maulawi Wakil Mutawakil (Abdul Wakil Motawakil) (Maulawi Wakil Ahmed Muttawakil)**
>
> - **Mullah Abdul Jalil"**

We have assigned your request the number referenced above. Please use this number when corresponding with us so that we can identify it easily.

In your letter, you state that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch

Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

26 October 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Reference:  F-2006-00039 (Archive # 20051114CIA141)

Dear Ms. Martinez:

The office of the Information and Privacy Coordinator has received your 11 October 2005 Freedom of Information Act (FOIA) request for:

> "All documents...relating in whole or in part to the May 12-14, 1973 meeting between US Secretary of State William Rogers and Mexican Foreign Minister Emilio Rabasa and Mexican President Luis Echeverria in Mexico."

We have assigned your request the number referenced above.  Please use this number when corresponding with us so that we can identify it easily.

Your letter states "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media."  Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

20051114CIA141            CIA
RECNO:31663            SEQCOR:117674
10/28/2005            FOISG: Martinez, Emilene
Echeverria-Rogers-Rabasa Meeting in Mexico

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez Morales
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00051 / Archive 20051502CIA190

Dear Ms. Martinez Morales:

This is further to our letter of 7 November 2005 concerning your 12 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the assassination of José Francisco Ruiz Massieu, secretary-general of the Institutional Revolutionary Party (PRI), on September 28, 1994 in downtown Mexico City."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

20051502CIA190
RБCNO:32189
12/16/2005
Assassination of Francisco Ruiz Massieu

CIA
SEQCOR:118336
FOISG: Martinez, Emilene
Assassination of Francisco Ruiz Massieu

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

26 October 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Reference:  F-2006-00052 (Archive # 20051500CIA189)

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator has received your 11 October 2005 Freedom of Information Act (FOIA) request for "**all documents issued between October 1 and December 31, 1994 relating in whole or in part to:**

- the APEC summit (APEC Economic Leaders' Meeting) held in Bogor, Indonesia, on November 15, 1994, including, but not limited to, briefing books and other materials prepared for President Bill Clinton, Secretary of State Warren Christopher, and all other U.S. governments officials who attended the summit
- all the official meetings held by Clinton and Christopher during their visit to Indonesia in November 1994 with Indonesian government officials, including, but not limited to, Indonesian President Suharto
- the occupation of U.S. Embassy in Jakarta by East Timorese students in November 1994 and the reaction to the incident by both the U.S. and Indonesian governments
- popular protests in East Timor from November to December, 1994, and Indonesian authorities' reaction to them."

We have assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

20051500CIA189              CIA
RECNO:32182             SEQCOR:117677
10/28/2005             FOISG: Simpson, Brad
US Embassy Occupation by Timorese Students - 1994

Your letter states that "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media." Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

28 October 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Reference:  F-2006-00057 (Archive # 20051507CIA192)

Dear Mr. Simpson:

      The office of the Information and Privacy Coordinator has received your 12 October 2005 Freedom of Information Act (FOIA) request for:

> **"All documents issued between October 1976 and June 1977 relating in whole or in part to Muslin extremist activities in Indonesia and the actions taken by the Indonesian government in relation to those activities."**

We have assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

      Your letter states that "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media."  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

CIA
SEQCOR:117755
FOISG: Simpson, Brad

20051507CIA192
REC.NO:32194
11/2/2005

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00058 / Archive 20051505CIA191

Dear Ms. Doyle:

This is further to our letter of 7 November 2005 concerning your 12 October 2005 Freedom of Information Act (FOIA) request for:

> **"all documents related in whole or in part to the assassination of Mexican presidential candidate from the ruling Institutional Revolutionary Party (PRI), Luis Donaldo Colosio Murrieta, on March 23rd 1994."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

20051505CIA191
RECNO:32192
12/16/2005
Assassination of Colosio

CIA
SECCOR:118347
FOISG: Doyle, Kate

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

8 November 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00081 / Archive # 20051532CIA193

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your 18 October 2005 Freedom of Information Act (FOIA) request for:

> **"All documents issued between July 1, 1977, and May 31, 1978, relating in whole or in part to students' political activities in Indonesia and the Indonesian government's actions in relation to those activities."**

We assigned your request the number referenced above.  Please use the number when corresponding with us so we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

20051532CIA193            CIA
RECNO:32221          SEQCOR:117870
11/10/2005          FOISG: Simpson, Brad
student protests in Indonesia - 1977-78

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information and close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00083 / Archive 20051545CIA195

Dear Ms. Doyle:

This is further to our 7 November 2005 letter concerning your 19 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the joint police-military operation in the municipality of El Bosque in the Mexican state of Chiapas on June 10, 1998."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

20051545CIA195          CIA
RECNO:32238          SEQCOR:118346
12/16/2005          FOISG: Doyle, Kate
El Bosque

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00084 / Archive 20051541CIA194

Dear Ms. Martinez:

This is further to our letter of 7 November 2005 concerning your 19 October 2005 Freedom of Information Act (FOIA) request for:

**All documents related in whole or in part to the massacre by paramilitary forces of 45 people in the village of Acteal in the Mexican state of Chiapas on December 22, 1997.**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

| 20051541CIA194 | CIA |
|---|---|
| RECNO:32234 | SEQCOR:118337 |
| 12/16/2005 | FOISG: Martinez, Emilene |
| Acteal Massacre | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00087 / Archive 20051562CIA199

Dear Ms. Martinez:

This is further to our 7 November 2005 letter concerning your 21 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the Ecologist Green Party of Mexico or Partido Verde Ecologista de México (PVEM) and the Martinez Torres family that controls it."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

CIA
SECCOR:118338
FOBG: Martinez, Emilene

20051562CIA199
RECNO:32258
12/16/2005
Partido Verde

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00088 / Archive 20051564CIA200

Dear Ms. Doyle:

This is further to our letter of 7 November 2005 concerning your 21 October 2005 Freedom of Information Act (FOIA) request for:

> **"The reaction to the July 1997 mid-term elections in Mexico including:**
> - **the ruling Institutional Revolutionary Party losing its majority in the lower house of Congress after 68 years of controlling it;**
> - **the landslide victory of leftist Cuauhtémoc Cárdenas, son of former President Lázaro Cardenas del Rio and two-time presidential loser, from the Democratic Revolution Party (PRD) in Mexico's City mayoral race, and**
> - **the victory of Fernando Canales Clariond of the National Action Party in the governor race in the state of Nuevo León."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

20051564CIA200          CIA
RECNO:32260          SEQCOR:118345
12/16/2005          FOISG: Doyle, Kate
1997 Elections

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

7 November 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00098 / Archive 20051548CIA196

Dear Ms. Doyle:

The office of the Information and Privacy Coordinator has received your 20 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents pertaining in whole or in part to the January 8th, 1993 meeting between President Clinton and Mexican President Carlos Salinas de Gortari in Austin Texas in which NAFTA was discussed."**

We have assigned your request the number referenced above. Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

20051548CIA196          CIA
RECNO:32241          SEQCOR:117871
11/10/2005          FOISG: Doyle, Kate

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

7 November 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00099 / Archive 20051551CIA197

Dear Ms. Martinez:

The office of the Information and Privacy Coordinator received your
20 October 2005 Freedom of Information Act (FOIA) request for:

> **"all documents related in whole or in part to the visit of
> President George H. Bush to the state of Nuevo Leon,
> Mexico in November, 1990 where he met with Mexican
> President Carlos Salinas."**

We have assigned your request the number referenced above.  Please use
this number when corresponding with us so that we can identify it easily.

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media.  Your
request does not appear to satisfy the criteria our published regulations
require to receive preferential fee treatment as a representative of the news
media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we
can determine the proper fee category for your request, please provide,
pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how
the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations
  or activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

17 November 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Reference:  F-2006-00100 (Archive # 20051559CIA198)

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator has received your
20 October 2005 Freedom of Information Act (FOIA) request for:

> **"All documents issued between February 1 and April 30, 1978,
> relating in whole or in part to the session of Indonesia's MPR
> (Majelis Permusyawaratan Rakyat; People's Consultative
> Assembly) in March 1978."**

We have assigned your request the number referenced above.  Please use the
number when corresponding with us so that we can easily identify the request.

Your letter states that "...the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media."  Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or
  activities of the U.S. Government; and
- how you plan to disseminate the information to a significant
  element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch

Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC  20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00104 / Archive 20051576CIA204

Dear Ms. Martinez:

This is further to our 7 November 2005 letter concerning your
25 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the
announcement of the candidacy of Ernesto Zedillo as
Mexico's Institutional Revolutionary Party (PRI)
candidate after the assassination of Luis Donaldo Colosio
in March 1994."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media.  Your
request does not appear to satisfy the criteria our published regulations
require to receive preferential fee treatment as a representative of the news
media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we
can determine the proper fee category for your request, please provide,
pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how
the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations
  or activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

20051576CIA204              CIA
RECNO:32274             SEQCOR:118335
12/16/2005           FOISG: Martinez, Emilene
Announcement of Zedillo as PRI Candidate

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

16 November 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00106/Archive # 20051573CIA202

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your
25 October 2005 Freedom of Information Act (FOIA) request for:

> **"All documents issued between November 1, 1980,
> and January 31, 1981, relating in part or in whole to
> the anti-Chinese riots in Indonesia, which started
> in November 1980, and the actions taken by the
> Indonesian government in response to them."**

We assigned your request the number referenced above.  Please use the
number when corresponding with us so we can easily identify the request.

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media.  Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations
  or activities of the U.S. Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

CIA
SEQCOR:118059
FOISO: Simpson, Brad
Anti-Chinese Riots in Indonesia - 1980

20051573CIA202
RECNO:32270
11/21/2005

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information and close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00105 / Archive 20051574CIA203

Dear Ms. Doyle:

This is further to our letter of 7 November 2005 concerning your 25 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the 1995 unsuccessful candidacy of former Mexican President Carlos Salinas de Gortari to head the World Trade Organization and US support to his candidacy."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

20051574CIA203
RECNO:32272
12/16/2005
Salinas WTO Candidacy

CIA
SEQCOR:118344
FOIS3: Doyle, Kate

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

17 November 2005

Ms. Barbara Elias
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Reference:  F-2006-00107 (Archive # 20051568CIA201)

Dear Ms. Elias:

The office of the Information and Privacy Coordinator has received your 25 October 2005 Freedom of Information Act (FOIA) request for:

> "**all documents pertaining in whole or in part to March 5, 1979 memoranda sent from the CIA to the SCC regarding Afghanistan referenced in...***From the Shadows.***"**

We have assigned your request the number referenced above. Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media." Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

20051568CIA201              CIA
RECNO:32264              SEQCOR:118054
11/21/2005              FOISG: Elias, Barbara
CIA covert aid to the Mujaheddin

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00114 / Archive 20051582CIA207

Dear Ms. Martinez:

This is further to our letter of 7 November 2005 concerning your
26 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the June 7th,
1998 shooting of 11 persons by members of the Mexican
army in an incident which occurred in and around the
'Caritino Maldonado Perez' school in the village of El
Charco in the State of Guerrero."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media.  Your
request does not appear to satisfy the criteria our published regulations
require to receive preferential fee treatment as a representative of the news
media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we
can determine the proper fee category for your request, please provide,
pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how
the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations
  or activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

20051582CIA207          CIA
RECNO:32281             SEQCOR:118339
12/16/2005              FOISG: Martinez, Emilene
El Charco

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

    We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

                Sincerely,

                Scott Koch
        Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00116 / Archive 20051580CIA206

Dear Ms. Doyle:

This is further to our letter of 7 November 2005 concerning your
26 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the May 1984
visit of Mexican President Miguel de la Madrid to
Washington."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media. Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or
  activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will
help ensure that we place your request in the most appropriate and favorable
fee category possible.

20051580CIA206          CIA
RECNO:32279          SEQCOR:118349
12/16/2005          FOISG: Doyle, Kate
De la Madrid (Washington 1984)

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

8 November 2005

Ms. Barbara Elias
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00118 / Archive # 20051586CIA208

Dear Ms. Elias:

The office of the Information and Privacy Coordinator received your 27 October 2005 Freedom of Information Act (FOIA) request for:

> **"all documents pertaining in whole or in part to September 14, 1979 and December 19, 1979 'Alert' memoranda authored by CIA Director Admiral Stansfield Turner relating to Afghanistan referenced in...*From the Shadows*."**

We assigned your request the number referenced above. Please use the number when corresponding with us so we can easily identify the request.

Regarding the 14 September 1979 memorandum, a search of our database of previously released records located the one-page document, which is enclosed. Because copying costs were minimal, there is no charge.

Regarding the 19 December 1979 memorandum, your request, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;

| 20051586CIA208 | CIA |
|---|---|
| RECNO:32284 | SEQCOR:117868 |
| 11/10/2005 | FOISG: Elias, Barbara |
| CIA covert aid to Mujaheddin in Afghanistan | |