- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek, and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosure

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00121 / Archive 20051593CIA210

Dear Ms. Martinez:

This is further to our 7 November 2005 letter concerning your 27 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the tenure of Joaquin Hernández Galicia ('La Quina') as head of the Mexican Oil Workers' Union."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

| 20051593CIA210 | CIA |
|---|---|
| RECNO:32292 | SEQCOR:118332 |
| FOISG: Martinez, Emilene | |
| La Quina | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00122 / Archive 20051591CIA209

Dear Ms. Doyle:

This is further to our 7 November 2005 letter concerning your 27 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the 36-hour hunger strike that former Mexican President Carlos Salinas began on February 28, 1995."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

| 20051591CIA209 | CIA |
| RECNO:32290 | SEQCOR:113340 |
| 12/16/2005 | FOISG: Doyle, Kate |
| Salinas Hunger Strike | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00126 / Archive 20051595CIA211

Dear Ms. Doyle:

This is further to our 7 November 2005 letter concerning your 28 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to Mario Villanueva Madrid's tenure as governor of the Mexican State of Quintana Roo (1993-1999)."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points.  Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

| | |
|---|---|
| 20051595CIA211 | CIA |
| RECNO:32296 | SEQCOR:118341 |
| 12/16/2005 | FOISG: Doyle, Kate |
| Mario Villanueva | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00127 / Archive 20051598CIA212

Dear Ms. Martinez:

This is further to our letter of 7 November 2005 concerning your 28 October 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the Popular Revolutionary Army or Ejército Popular Revolucionario (EPR), a leftist guerrilla movement that operates in the Mexican states of Guerrero and Oaxaca."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

CIA
SEQCOR:118333
FOISO: Martinez, Emilene

20051598CIA212
RECQNO:32299
12/16/2005
EPR

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

8 November 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00129 / Archive # 20051601CIA213

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your 31 October 2005 Freedom of Information Act (FOIA) request for:

> "all documents issued between April 1 and August 31, 1982, relating in whole or in part to the visit of Indonesian Defense Minister Mohammed Jusuf (also spelled Yusuf) to the United States in July 1982 and any official meeting or appearances made by him during the visit, including but not limited to his meeting with President Reagan and Secretary of Defense Caspar Weinberger."

We assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;

20051601CIA213          CIA
RECNO:32305          SEQCOR:117869
11/10/2005          FOISG: Simpson, Brad
Indonesian Def. Min Jusuf's visit to the US - 1982

- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, D.C. 20505

16 November 2005

Mr. William Burr
The National Security Archive
The Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C.  20037

Reference:  F-2006-00173/Archive # 20051612CIA214

Dear Mr. Burr:

The office of the Information and Privacy Coordinator has received your 2 November 2005 Freedom of Information Act (FOIA) request for:

> "A. Copies of the Central Intelligence Agency, 'Daily Summary,' as prepared for President Harry Truman, for the following days:
> 1. February 22-26, 1948
> 2. June 21-25, 1948
> 3. January 3-7, 1949
> 4. August 29-September 4, 1949
> 5. June 22-26, 1950
> 6. October 22-26, 1950
>
> B. Any previously declassified issues of the daily intelligence summaries for President Truman."

We have assigned your request the number referenced above.  Please use this number when corresponding with us so that we can identify it easily.

Regarding item B, "previously declassified issues" can be found in *Assessing the Soviet Threat: The Early Cold War Years*.  This study is available for sale from the National Technical Information Service (NTIS), and we have enclosed instructions for ordering it if you wish to do so.  The study is also available on the Internet at www.cia.gov/csi.  In addition, we have enclosed a copy of the first "Daily Summary," dated 15 February 1946, delivered to President Truman.  This report is printed in *CIA Cold War Records: The CIA under Harry Truman*, which also can be ordered from the NTIS.

CIA
SEQ:COR:118061
FOISO: Burr, William

20051612CIACIA214
REQ:NO:53316
11/21/2005

With regard to item A, your letter states "...the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media." Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosures

Center for Studies of Intelligence: How to Obtain Publications                    Page 1 of 1

| CIA Museum | CIA Home Page | Search |

# Publications

CSI Home

[Return to Publications Page]

About CSI

## How to Obtain CSI Publications

Publications

**EXTERNAL:**

Studies in Intelligence

Our documents are prepared for the use of US Government officials.
The format, coverage, and content are designed primarily to meet
their requirements. Publications are not generally available to the
public directly from the Central Intelligence Agency. Requesters
outside the US Government can purchase copies from:

Bulletin

Conferences

Exhibits

**Government Printing Office (GPO)**
Superintendent of Documents
P.O. Box 391954
Pittsburgh, PA 15250-7954
Phone: 202 512-1800
Fax: 202 512-2250
E-mail: orders@gpo.gov

Educational Outreach

**National Technical Information Service**
285 Port Royal Road
Springfield, VA 22161
Phone: (703) 605-6000 or (800)-553-NTIS
Fax: (202) 605-6900
E-mail: orders@ntis.fedworld.gov

**Library of Congress**
Documents Expediting Project (DOCEX)
(A subscription service)
ANA Division/Government Documents
101 Independence Avenue, S. E.
Washington, D. C. 20540-4172
Phone: (202) 707-9527
Fax: (202) 707-0380

Central Intelligence Group, "Daily Summary," 15 February
1946 (Ditto copy)

~~TOP SECRET~~                                    # 1
                                              15 Feb. 1946
~~CONFIDENTIAL~~

GENERAL

1.  Secret Yalta and Tehran Agreements for Sale in Paris--The Paris Embassy
reports that alleged secret agreements between the US and the USSR at
Yalta and Tehran have been offered for sale in Paris by agents of "some
Russians" in Switzerland, and that a French and a Swiss newspaper are con-
sidering their publication. Ambassador Caffery has secured some of these
"agreements" (there are said to be eleven of them), about which he reports
the following:

    a.  In one Tehran "agreement" the US promised to supply the USSR with
a $10 billion credit in return for a Soviet commitment to support our pro-
posals for facilitating world trade, fair distribution of raw materials, and the
regulation of international currency.

    b.  In one Yalta "agreement", allegedly signed by Hopkins and Molotov,
the US recognized a Soviet claim of free access to the Mediterranean in
return for a Soviet agreement (1) to recognize the absolute independence of
Austria, Hungary, Czechoslovakia, Rumania, Bulgaria and Yugoslavia and
(2) to renounce any agreements with those countries giving the Soviets a pre-
ferred position.

    c.  Another Yalta "agreement" covered the Soviet use of German
prisoners and Soviet acquisition of German industrial machinery for recon-
struction in the USSR.

    In addition, the Embassy reports that these agents are also said to
be offering (a) secret Soviet agreements with Syria and Lebanon and (b) a
treaty between Iraq and Transjordan.

Document No. **004**
NO CHANGE in Class. ☐
    DECLASSIFIED
Class. CHANGED TO:    TS    S
    DDA Memo, 4 Apr 77
Auth: DDA REG. 77/1763
Date: **10 MAR 1978**  BY: **011**

-1-

~~TOP SECRET~~
~~CONFIDENTIAL~~

ORE Daily Summary
#1
029434
@ TSC #1

39

10.   (*Continued*)



TOP SECRET
CONFIDENTIAL

EUROPE-AFRICA

2. GERMANY: Discontinuance of relief for displaced persons in US Zone--The War Department has authorized Gen. McNarney to announce by 1 March the discontinuance of relief by 1 July for all displaced persons in the US Zone in Germany.  An exception will be made, however, for those persons who are unwilling to be repatriated because of possible persecution on the grounds of race, religion, etc.  Those desiring repatriation will be moved out by 1 July.

3. TURKEY: USSR willing to wait for solution of Turkish "problem"--In conversation with the Turkish Acting Foreign Minister, as reported by Embassy Ankara, Soviet Ambassador Vinogradov has stated that "we waited a long time regarding the arrangement we wanted with Poland and finally got it; we can wait regarding Turkey."  He said that for a reestablishment of friendly relations between the two countries, a solution of the USSR's claims regarding the eastern provinces of Turkey was important, but the question of the Straits was "vital".  Asked what the Soviet requirements regarding the Straits were, Vinogradov replied that the USSR  (a) must have an adequate guarantee    ) that the security of the Soviet Union will not be endangered, (b) that a sovereign and friendly Turkey at the Straits would not be adequate for the defense of the Straits, and (c) that Soviet use of bases in the Straits when the need arose would be essential.

4. YUGOSLAVIA: Anti-AMG propaganda in Venezia Giulia--Military authorities in Venezia Giulia report that Communist press attacks on the Allied Military Government are mounting, probably in an effort to obtain UNO examination of Allied actions in Venezia Giulia.  The authorities also report reinforcements of Yugoslav troops in the Yugoslav zone of the province, apparently in order to apply pressure on the local population during the visit of the Council of Foreign Ministers' Commission.

FAR EAST

5. CHINA: US moves Chinese armies--CG, Chinese Theatre reports that five Chinese armies and 18,000 service troops are being moved north by him for occupation of Manchuria.  In addition to moving this force, he is supplying them with 250,000 sets of US winter clothing.

6. FRENCH INDOCHINA: Proposed Sino-French agreement--The Chinese Foreign Office has informed Embassy Chungking that negotiations with France concerning Indochina are in the final stage.  Principal provisions of the proposed agreement include: (a) withdrawal of Chinese troops, (b) upholding of prewar Chinese rights, (c) freedom of transportation on the Yunnan-Indochina Railway, and elimination of duties through Haiphong.

CONFIDENTIAL

TOP SECRET

40

Central Intelligence Agency



Washington, DC 20505

8 December 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00186 / Archive # 20051619CIA215

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your 4 November 2005 Freedom of Information Act (FOIA) request for copies of:

> "All documents issued between August 1, 1983, and March 31, 1985, relating in part or in whole to the Indonesian government's policy to make pancasila the sole ideological basis of political parties and social organizations in the country." You write that you want us to include, but not limit our search to, the following:
> —The December 1983 decision of the NU (Nahdatul Ulama), a major Islamic organization in Indonesia, to accept pancasila as the sole ideological basis.
> —The August 1984 decision of the PPP (Partai Persatuan – Pembangunan; United Development Party) of Indonesia to accept pancasila as the sole ideological basis.
> —The February 1985 enactment of a new law on political parties, Law No. 3/1985, requiring that all political parties adhere to pancasila as the sole ideological basis.

We assigned your request the number referenced above. Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

20051619CIA215              CIA
RECNO:32324            SEQCOR:118292
12/15/2005             FOISG: Simpson, Brad
Indonesian Institutionalization of Pancasila - 1983-85

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

9 December 2005

Ms. Mary Curry
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00187 / Archive # 20051622CIA216

Dear Ms. Curry:

The office of the Information and Privacy Coordinator received your 4 November 2005 Freedom of Information Act (FOIA) request for copies of:

> "All documents issued between June 1 and November 30, 1983, relating in part or in whole to the planned visit of President Ronald Reagan to Indonesia, which was canceled in October 1983."

We assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

CIA
SRQC0R:118302
FOISG: Curry, Mary
Reagan's Canceled Trip to Indonesia - 1983

20051622CIA216
R3BCNO23238
12/15/2005

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

9 December 2005

Mr. Hikaru Tajima
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00190 / Archive # 20051645CIA220

Dear Mr. Tajima:

The office of the Information and Privacy Coordinator received your 8 November 2005 Freedom of Information Act (FOIA) request for:

> "All documents issued between August 1 and December 31, 1984, relating in whole or in part to the 'Petition of 50' group in Indonesia and its members including but not limited to Ali Sadikin, A.M. Fatwa, H. M. Sanusi, and H.R. Dharsono." You ask us to include the following incidents:
> —The September 1984 publication by the group [of] the so-called 'white paper,' a document challenging the official account of the Tanjung Priok riots;
> —The September 1984 arrest of A. M. Fatwa;
> —The October 1984 arrest of H. M. Sanusi;
> —The November 1984 arrest of H. R. Dharsono.

We assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

20051645CIA220          CIA
RECNO:32356             SEQCOR:118294
12/15/2005              FOISG: Tajima, Hikaru
Arrests of Petition 50 Members in Indonesia - 1984

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

9 December 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00191 / Archive # 20051637CIA219

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your 8 November 2005 Freedom of Information Act (FOIA) request for copies of:

> "All documents issued between February 1 and May 31, 1984, relating in part or in whole to the visit of U.S. Vice President George H. W. Bush to Indonesia in May 1984 and any official meetings or appearances made by him during the visit, including but not limited to his meeting with Indonesian President Suharto (also spelled Soeharto)."

We assigned your request the number referenced above. Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

CIA
SEQCOOR:118239
FOIS9: Simpson, Brad

20051637CIA219
RESCNO:33248
12/15/2005
VP Bush's visit to Indonesia - 1984

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00194 / Archive 20051632CIA218

Dear Ms. Doyle:

This is further to our 2 December 2005 letter concerning your
8 November 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to police and
military harassment of indigenous communities in the
state of Chiapas [Mexico] in 1993."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media. Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or
  activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will
help ensure that we place your request in the most appropriate and favorable
fee category possible.

20051632CIA218          CIA
RECNO:32343             SEQCOR:118348
12/16/2005              FOISG: Doyle, Kate
Harassment Chiapas 1993

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator