Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00195 / Archive 20051629CIA217

Dear Ms. Martinez:

This is further to our 2 December 2005 letter concerning your
8 November 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the killing of
17 peasants at the Aguas Blancas ford in the Mexican state
of Guerrero on June 28, 1995."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media. Your
request does not appear to satisfy the criteria our published regulations
require to receive preferential fee treatment as a representative of the news
media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we
can determine the proper fee category for your request, please provide,
pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how
the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations
  or activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will
help ensure that we place your request in the most appropriate and favorable
fee category possible.

CIA
SBQCOR:113334
FOIO: Martinez, Emilene

20051629CIA217
RBCNO:32340
12/16/2005
Aguas Blancas

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

14 December 2005

Ms. Emilene Martinez
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00198 / Archive 20051655CIA223

Dear Ms. Martinez:

This is further to our 2 December 2005 letter concerning your 10 November 2005 Freedom of Information Act (FOIA) request for:

> "all documents related in whole or in part to accusations that the Mexican ruling Institutional Revolutionary Party (PRI) committed electoral fraud in November 1990 municipal elections in the state of Mexico, and responses by both civil society and government in both Mexico and the United States to these charges."

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).  Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

20051655CIA223              CIA
RECNO:32370            SEQCOR:118397
1/4/2006            FOISG: Martinez, Emilene
1990 Electoral Fraud

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00199 / Archive 20051658CIA224

Dear Ms. Doyle:

This is further to our 2 December 2005 letter concerning your
10 November 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to reforms to
Mexico's electoral system made by Mexican President
Carlos Salinas de Gortari in August 1990."**

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media. Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or
  activities of the US Government; and
- how you plan to disseminate the information to a
  significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will
help ensure that we place your request in the most appropriate and favorable
fee category possible.

| 20051658CIA224 | CIA |
|---|---|
| RECNO:32373 | SEQCOR:118342 |
| 12/16/2005 | FOISG: Doyle, Kate |
| Salinas 1990 Electoral Reforms | |

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

13 December 2005

Ms. Kate Doyle
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00202 / Archive 20051652CIA222

Dear Ms. Doyle:

This is further to our letter of 2 December 2005 concerning your 9 November 2005 Freedom of Information Act (FOIA) request for:

**"all documents related in whole or in part to the crackdown on the Zapatista National Liberation Army (EZLN) ordered by Mexican president Ernesto Zedillo Ponce de León on 9 February 1995."**

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the US Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure that we place your request in the most appropriate and favorable fee category possible.

CIA
SEQCOR:118343
FOIS#: Doyle, Kate

20051652CIA222
RBCNO:32366
12/16/2005
1995 Zapatista Crackdown

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above.  If we do not hear from you within that time, we will assume that you are no longer interested in receiving the information you seek and we will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

20 December 2005

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference:  F-2006-00286 / Archive # 20051686CIA225

Dear Mr. Simpson:

The office of the Information and Privacy Coordinator received your 1 December 2005 Freedom of Information Act (FOIA) request for copies of:

> "All documents issued between June 1, 1974, and May 31, 1976, relating in whole or in part to Pertamina, Indonesia's state-owned oil company, and/or Ibnu Sutowo, Pertamina's president-director from 1967 to 1976." You write that you want us to include, but not limit our search to, the following:
> —Pertamina's failure in February 1975 to repay a short-term loan from a group of U.S. banks led by Republic National Bank of Dallas.
> —Pertamina's failure in March 1975 to repay a short-term loan from a group of Canadian banks led by Toronto Dominion Bank.
> —The March 1975 decision by the Indonesian government that Bank Indonesia would guarantee future payment of Pertamina's foreign debts.
> —The May 1975 meetings of Philip Habib, the then U.S. Assistant Secretary of State for East Asian and Pacific Affairs, in Indonesia with Ibnu Sutowo and other Indonesian officials regarding the Pertamina crisis.
> -The June 1975 agreement by international bankers to extend new loans to Bank Indonesia to help deal with the Pertamina crisis.
> —Suharto's decision in March 1976 to replace Ibnu Sutowo as Pertamina's president-director with Piet Jarjono.

We assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

| | |
|---|---|
| 20051686CIA225 | CIA |
| RECNO:32417 | SEQCOR:118586 |
| 1/5/2006 | FOISG: Simpson, Brad |
| Pertamina Crisis in Indonesia - 1974-76 | |

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3). Before we can determine the proper fee category for your request, please provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why and how the documents you seek:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

22 December 2005

Mr. Hikaru Tajima
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00293 / Archive # 20051693CIA226

Dear Mr. Tajima:

The office of the Information and Privacy Coordinator received your
1 December 2005 Freedom of Information Act (FOIA) request for:

> **"All documents issued between February 1 and May 31,
> 1986, relating in part or in whole to the visit of U.S.
> President Ronald Reagan and Secretary of State Shultz
> to Indonesia in April and May 1986 and any official
> meetings or appearances made by them and other
> American officials accompanying them during the visit,
> including but not limited to Reagan's meeting with
> Indonesian President Suharto (also spelled Soeharto)."**

We assigned your request the number referenced above. Please use the
number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media. Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

20051693CIA226          CIA
RECNO:32424          SEQCOR:118400
FOISG: Tajima, Hikaru
Reagan's Visit to Indonesia - 1986

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

20 December 2006

Mr. Brad Simpson
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00296 / Archive # 20051700CIA227

Dear Mr. Simpson:

     The office of the Information and Privacy Coordinator received your
5 December 2005 Freedom of Information Act (FOIA) request for copies of:

> **"All documents issued between November 1, 1987, and March
> 31, 1988, relating in part or in whole to the riot in Ujung
> Pandang, Sulawesi, Indonesia in November 1987."**  You write
> that you want us to include, but not limit our search to, the following:
> **—The November outbreak of a riot in Ujung Pandang in
> protest against a new law making safety helmets for
> motorcycle riders mandatory.**
> **—The November protests by Indonesian students in Jakarta
> and elsewhere in Indonesia over the Indonesian military's
> handling of the riot.**

We assigned your request the number referenced above.  Please use the
number when corresponding with us so that we can easily identify the request.

     Your letter states that the National Security Archive qualifies for a
waiver of search and review fees as a representative of the news media.  Your
request, however, does not appear to satisfy the criteria our published
regulations require to receive preferential fee treatment as a representative of
the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3).
Before we can determine the proper fee category for your request, please
provide, pursuant to 32 C.F.R. § 1900.02 (h), additional information on why
and how the documents you seek:

20051700CIA227                CIA
RECNO:32431          SEQCOR:118587
1/5/2006               FOISG: Simpson, Brad
The Ujung Pandang Riot in Indonesia - 1987

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- how you plan to disseminate the information to a significant element of the public at minimal cost.

Please specifically address each of these points. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the points above. If we do not hear from you within that time, we will assume you are no longer interested in receiving the information you seek and will close the case.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

5 April 2006

Mr. Michael Evans
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Reference: F-2006-00622 / Archive # 20060134CIA012

Dear Mr. Evans:

The office of the Information and Privacy Coordinator received your 3 February 2006 Freedom of Information Act (FOIA) request for records pertaining to:

**The December 2005 peace negotiations between the government of Colombia and the Ejercito de Liberacion Nacional (National Liberation Army, or ELN). The talks were held in Cuba and were mediated by facilitators from Spain, Norway and Switzerland.**

We assigned your request the number referenced above. Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media. Your request, however, does not appear to satisfy all the criteria our published regulations require to receive preferential fee treatment as a representative of the news media. You may find these criteria at 32 C.F.R. § 1900.02 (h)(3), which specifies that "news" must:

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- be disseminated to a significant element of the public at minimal cost.

CIA
SEQCOR:120232
FOISO: Evans, Michael
Demobilization Peace Talks in Cuba

20060134CIA012
RECNO:32636
4/12/2006

Please specifically address the third point, how the documents you request will enhance the public understanding of the operations or activities of the U.S. Government. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the third point, above. If we do not hear from you within that time, we will close your request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Central Intelligence Agency



Washington, DC 20505

5 April 2006

Mr. Michael Evans
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC  20037

Reference:  F-2006-00623 / Archive # 20060132CIA011

Dear Mr. Evans:

The office of the Information and Privacy Coordinator received your 3 February 2006 Freedom of Information Act (FOIA) request for records pertaining to:

1. The agreement between President Alvaro Uribe of Colombia and President Hugo Chavez of Venezuela authorizing the construction of a 215-kilometer gas pipeline between the Paraguana Refinery Complex in Venezuela and Punta Ballenas in Colombia, signed on or about November 24, 2005;
2. Further discussions concerning a possible extension of the pipeline to other Andean countries; and
3. The agreement to create a Binational Border Development Fund to improve living conditions along the Colombian-Venezuelan border.

We assigned your request the number referenced above.  Please use the number when corresponding with us so that we can easily identify the request.

Your letter states that the National Security Archive qualifies for a waiver of search and review fees as a representative of the news media.  Your request, however, does not appear to satisfy all the criteria our published regulations require to receive preferential fee treatment as a representative of the news media.  You may find these criteria at 32 C.F.R. § 1900.02 (h)(3), which specifies that "news" must:

20060132CIA011          CIA
RECNO:32634          SEQCOR:120230
4/12/2006          FOISG: Evans, Michael
Colombia-Venezuela pipeline construction

- concern current events;
- interest the general public;
- enhance the public understanding of the operations or activities of the U.S. Government; and
- be disseminated to a significant element of the public at minimal cost.

Please specifically address the third point, how the documents you request will enhance the public understanding of the operations or activities of the U.S. Government. Your thorough response will help ensure we place your request in the most appropriate and favorable fee category possible.

We will hold your request in abeyance for 45 days from the date of this letter, pending your clarification of the third point, above. If we do not hear from you within that time, we will close your request.

Sincerely,

Scott Koch

Scott Koch
Information and Privacy Coordinator