UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
NATIONAL SECURITY ARCHIVE,     )
                               )
        Plaintiff,             )
                               )
   v.                          )   Civil Action No. 06-1080 (GK)
                               )
CENTRAL INTELLIGENCE AGENCY,   )
   et al.,                     )
                               )
        Defendants.            )
_____)
```

## O R D E R

On September 8, 2006, Defendants filed their responsive pleading in this Freedom of Information Act ("FOIA") action. Accordingly, it is hereby

**ORDERED** that, **no later than October 1, 2006,** the parties shall file a joint praecipe informing the Court of the current status of the case, how the parties wish to proceed, and whether they believe that an in-court Status Conference is necessary.

September 14, 2006                    /s/
                                      Gladys Kessler
                                      U.S. District Judge

**Copies to:** **attorneys on record via ECF**