IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>*et al.*,<br><br>Defendants. | No. 06-CV-1080 (GK) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendants Central Intelligence Agency ("CIA"), Director of the CIA General Michael V. Hayden, and CIA Information and Privacy Coordinator Scott A. Koch's Motion to Dismiss, it is hereby

**ORDERED** that Defendants' motion is **DENIED**.

SO ORDERED this _____ day of _____, 2006.

_____
Hon. Gladys Kessler
United States District Judge

Copy to:

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7222
Washington, D.C. 20001
(202) 616-0679
heather.phillips@usdoj.gov

Patrick Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Patrick.Carome@wilmerhale.com

David S. Mendel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
David.Mendel@wilmerhale.com

Meredith Fuchs (D.C. Bar No. 450325)
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
mfuchs@gwu.edu