IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, ) ) Plaintiff, ) ) v. ) ) CENTRAL INTELLIGENCE AGENCY, ) *et al.*, ) ) Defendants. ) | No. 06-CV-1080 (GK) |

## PLAINTIFF AND DEFENDANTS' JOINT PRAECIPE

On September 14, 2006, the Court entered an order requiring the parties to "file [by October 1, 2006] a joint *praecipe* informing the Court of the current status of the case, how the parties wish to proceed, and whether they believe that an in-court Status Conference is necessary." The parties respond to the Court's order as follows:

1. On September 8, 2006, Plaintiff filed its Motion for Summary Judgment. Also on that date, Defendants filed their Motion to Dismiss. Both parties wish to proceed on their respective motions, and note that briefing is substantially complete and should be concluded by October 4, 2006.

2. Plaintiff further notes that it has been almost a year since defendants initiated the conduct that precipitated this lawsuit, and that the Archive seeks an expeditious judicial resolution of its rights under the FOIA and the APA. Accordingly, the Archive requests that oral argument on pending motions be scheduled at the Court's earliest convenience.

3.  Given the parties' pending dispositive motions, the parties do not believe that an in-court Status Conference is necessary at this time.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>DAVID S. MENDEL | PETER D. KEISLER<br>Assistant Attorney General |
| | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |
| PATRICK CAROME<br>DAVID S. MENDEL<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., NW<br>Washington, D.C. 20006<br>202-663-6000 (t)<br>202-663-6363 (f) | _____/s/_____<br>HEATHER R. PHILLIPS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division/Federal Programs<br>Mail:  P.O. Box 883<br>        Washington, D.C. 20044<br>Street: 20 Massachusetts Ave., NW<br>        Room 7330<br>        Washington, D.C. 20001<br>202-616-0679 (t)<br>202-318-7589 (f)<br>Email: heather.phillips@usdoj.gov |
| MEREDITH FUCHS<br>General Counsel<br>The National Security Archive<br>Gelman Library, Suite 701<br>2130 H Street, NW<br>Washington, D.C. 20037<br>202-994-7000 (t)<br>202-994-7005 (f) | |
| *Counsel for Plaintiff National Security Archive* | *Counsel for Defendants* |

September 29, 2006