IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CENTRAL INTELLIGENCE AGENCY, <u>et al.</u>,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 06cv01080 (GK)<br>)<br>)<br>)<br>) |

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

PLEASE TAKE NOTICE THAT effective July 18, 2007, the CIA issued a final rule amending 32 CFR part 1900 and adopting the definition of "news media" contained in the March 27, 1987, Office of Management and Budget FOIA Guidelines.  <u>See</u> F.R. Vol. 72, No. 137, July 18, 2007 (revised 32 CFR § 1900.2(h)), attached hereto as Exhibit A.  This revised regulation provides supplemental authority in support of defendant's motion to dismiss and forecloses plaintiffs' claim that it has no assurance that defendant will not resume application of the prior version of the regulation.  <u>See</u> Pl. Opp. at 9-13, Rec. Doc. No. 18; <u>see also</u> Def. Reply at 12, Rec. Doc. No. 21.

Dated: July 31, 2007                    Respectfully submitted,

                                                       PETER D. KEISLER
                                                       Assistant Attorney General
                                                       ELIZABETH J. SHAPIRO
                                                       Assistant Branch Director

                                                       _____/s/_____
                                                       HEATHER R. PHILLIPS

Trial Attorney  
U.S. Department of Justice  
Civil Division/Federal Programs  
20 Massachusetts Ave., N.W.  
Washington, D.C. 20044, Room 7222  
Ph:   (202) 616-0679  
Fax:  (202) 318-7589  
Email: heather.phillips@usdoj.gov