IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

THE NATIONAL SECURITY ARCHIVE, )
)
    Plaintiff, )
)
v. )   No. 06-CV-1080 (GK)
)
CENTRAL INTELLIGENCE AGENCY, )
    *et al.*, )
)
    Defendants. )

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY AND IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff National Security Archive ("Archive") hereby moves for leave to file a supplemental memorandum of law responding to the Notice of Supplemental Authority (Dkt. No. 22) ("Notice") recently filed by Defendants Central Intelligence Agency *et al.* ("CIA") and further opposing Defendants' motion to dismiss. Defendants' Notice advises the Court of a recent revision to the CIA's regulations implementing the processing fee provisions of the Freedom of Information Act ("FOIA") and argues without support that the revised regulation provides additional authority for their motion to dismiss on grounds of mootness and "forecloses [the Archive's] claim that it has no assurance that defendant will not resume application of the prior version of the regulation." Notice at 1.

In order to respond fully to Defendants' assertion that the revised regulation "forecloses" the Archive's previously briefed arguments in opposition to Defendants' motion to dismiss, the Archive proposes to file the supplemental memorandum lodged herewith, which addresses the

1

significance of the CIA's revised regulation with respect to Defendants' motion and demonstrates that the issuance of the revised rule does not render the Archive's claims moot.

A proposed order is filed herewith. Counsel for the Defendants has indicated that Defendants oppose this motion.

Respectfully submitted,

Dated: August 24, 2007

/s/ David S. Mendel
Patrick J. Carome (D.C. Bar No. 385676)
David S. Mendel (D.C. Bar No. 470796)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Meredith Fuchs (D.C. Bar No. 450325)
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000

*Counsel for Plaintiff National Security Archive*