IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>　Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>　*et al.*,<br><br>　Defendants. | No. 06-CV-1080 (GK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for leave to file a supplemental memorandum of law in response to Defendants' Notice of Supplemental Authority and in further opposition to Defendants' motion to dismiss, it is hereby

**ORDERED** that the motion is granted. The Clerk shall file the proposed supplemental memorandum that Plaintiff has lodged.

SO ORDERED this _____ day of _____, 2007.

                                                                                  _____
                                                                                  Hon. Gladys Kessler
                                                                                  United States District Judge

Copy to:

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7222
Washington, D.C. 20001
(202) 616-0679
heather.phillips@usdoj.gov

Patrick J. Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Patrick.Carome@wilmerhale.com

David S. Mendel
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
David.Mendel@wilmerhale.com

Meredith Fuchs
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
mfuchs@gwu.edu