A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The National Security Archive

       Plaintiff(s)

       vs.

Central Intelligence Agency, et al.

       Defendant(s)

**APPEARANCE**

CASE NUMBER   06-CV-1080 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Patrick J. Carome   as counsel in this
(Attorney's Name)

case for:   The National Security Archive
(Name of party or parties)

Nov. 7, 2007
Date

D.C. Bar No. 385676
BAR IDENTIFICATION

*(signature)*
Signature

Patrick J. Carome
Print Name

1875 Pennsylvania Avenue, N.W.
Address

Washington, DC  20006
City          State          Zip Code

(202) 663-6000
Phone Number