IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | No. 06-CV-1080 (GK) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6, David S. Mendel hereby respectfully withdraws his appearance as counsel for Plaintiff National Security Archive in the above captioned matter. All further notices, pleadings and correspondence should be directed to Patrick J. Carome.

Respectfully submitted,

| s/Meredith Fuchs | s/David S. Mendel |
|---|---|
| Meredith Fuchs (D.C. Bar No. 450325) | Patrick J. Carome (D.C. Bar No. 385676) |
| General Counsel | David S. Mendel (D.C. Bar No. 470796) |
| The National Security Archive | WILMER CUTLER PICKERING |
| Gelman Library, Suite 701 | HALE AND DORR LLP |
| 2130 H Street, N.W. | 1875 Pennsylvania Avenue N.W. |
| Washington, D.C. 20037 | Washington, D.C. 20006 |
| (202) 994-7000 | (202) 663-6000 |
|  | (202) 663-6363 (facsimile) |

*Counsel for Plaintiff National Security Archive*

November 8, 2007