```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
NATIONAL SECURITY ARCHIVE,     )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 06-1080(GK)
                               )
THE CENTRAL INTELLIGENCE       )
AGENCY, et al.,                )
                               )
        Defendants.            )
_____)
```

### ORDER

Plaintiff National Security Archive(the "Archive") brings this action against the Central Intelligence Agency (the "CIA"), General Michael V. Hayden, in his official capacity as Director of the CIA, and Scott A. Koch, in his official capacity as Information and Privacy Coordinator of the CIA (collectively "Defendants"). This matter is before the Court on the Archive's Motion for Summary Judgment [Dkt. No. 12] and Defendants' Motion to Dismiss [Dkt. No. 15]. Upon consideration of both Motions, their Oppositions, Replies, and the entire record herein, and for the reasons stated below, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. No. 15] is **granted**; and it is further

**ORDERED** that Plaintiff National Security Archive's Motion for Summary Judgment [Dkt. No. 12] is **denied**; and it is further

1

**ORDERED** that the above-captioned case is **dismissed.**

July 14, 2008                                /s/
                                             Gladys Kessler
                                             United States District Judge

**Copies to: Attorneys of record via ECF**