IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> *et al.*, ) <br> ) <br> Defendants. ) | No. 06-CV-1080 (GK) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME FOR FILING A MOTION FOR ATTORNEYS' FEES**

Plaintiff the National Security Archive, pursuant to Federal Rule of Civil Procedure 6, respectfully requests an extension of time to file a motion for attorneys' fees in this case. Specifically, Plaintiff seeks an extension until 30 days after the Court renders a decision on a motion for reconsideration that Plaintiff expects to file on or before July 28, 2008. Defendants have indicated that they do not oppose this request for an extension of time.

In further support of this request for an extension of time, Plaintiff states the following:

(1) Pursuant to Federal Rule of Civil Procedure 54(d), an application for attorneys' fees must be filed within 14 days of entry of judgment. A final order dismissing this case was entered on July 14, 2008, making any motion for attorneys' fees due on July 28, 2008.

(2) On or before July 28, 2008, Plaintiff intends to file a Motion for Reconsideration of the Court's July 14, 2008 Order under Federal Rule of Civil Procedure 59(e).

(3) Even if the Court were to deny Plaintiff's forthcoming Motion for Reconsideration, Plaintiff is likely entitled to attorneys' fees in this case because its Complaint and Motion for

- 2 -

Summary Judgment prompted remedial changes in conduct by the Defendant CIA intended to address the allegations of the Complaint. *See* OPEN Government Act of 2007, Pub. L. No. 110-175 § 4, 121 Stat. 2525 (2008) (amending 5 U.S.C. § 552 to permit attorneys fees when a party substantially prevails by causing "a voluntary or unilateral change in position by the agency").

(4) The Court has broad discretion to extend the time for filing a motion for attorneys' fees for good cause. Fed. R. Civ. P. 6(b).

(5) Extending the time for a filing a motion for attorneys' fees will conserve judicial resources and prevent piecemeal and potentially unnecessary litigation over attorneys' fee issues. The following additional factors support granting of the requested extension:

(a) Some cases have found that a Rule 59(e) motion suspends the finality of judgment not only with respect to appeal, but also in the district court, thereby tolling the time for filing a motion for attorneys' fees. *See Weyant v. Okst*, 198 F.3d 311, 315 (2d Cir. 1999); *Miltimore Sales v. Int'l Rectifier*, 412 F.3d 685, 687-689 (6th Cir. 2005); *see also Int'l Center for Technology Assessment v. Leavitt*, 468 F. Supp. 2d 200, 205-206 (D.D.C. 2007).

(b) If the Court grants the Plaintiff's Motion for Reconsideration and thereafter grants relief on the merits, the legal and factual bases for any attorneys' fee motion will be significantly different from a motion that would be filed now.

(c) Local Rule 54.2 expresses a preference for an extended attorneys' fee briefing schedule which affords time for the parties to try to reach a settlement with respect to fees before filing of any motions.

(6) Counsel for Defendants has advised Plaintiff's counsel that Defendants do not oppose the extension sought by this motion.

- 3 -

For all of these reasons, Plaintiff respectfully request that the time for Plaintiff to file any motion for attorneys' fees be extended until 30 days after the Court renders a decision on Plaintiff's forthcoming motion for reconsideration. A proposed order is attached.

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
Gregory B. Reece (D.C. Bar No. 493974)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Meredith Fuchs (D.C. Bar No. 450325)
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000

*Counsel for Plaintiff National Security Archive*

Dated: July 24, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of July, 2008, a copy of the foregoing Plaintiff's Unopposed Motion for An Extension of Time for Filing a Motion for Attorneys' Fees was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Gregory B. Reece
Gregory B. Reece