IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    *et al.*,<br><br>    Defendants. | No. 06-CV-1080 (GK) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for an Extension of Time for Filing a Motion for Attorneys' Fees and the entire record in this matter, it is hereby

**ORDERED** that the Plaintiff's motion is **GRANTED**; it is further

**ORDERED** that Plaintiff's time for filing an attorneys' fee motion is extended until 30 days after the Court renders a decision on Plaintiff's Motion for Reconsideration.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge

Copy to:

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7222
Washington, D.C. 20001
(202) 616-0679
heather.phillips@usdoj.gov

Patrick J. Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Patrick.Carome@wilmerhale.com

Meredith Fuchs
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
mfuchs@gwu.edu