IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>*et al.*,<br><br>Defendants. | No. 06-CV-1080 (GK) |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF
THE COURT'S JULY 14, 2008 ORDER DISMISSING THE CASE, OR, IN THE
ALTERNATIVE, FOR RELIEF FROM OR TO ALTER OR AMEND JUDGMENT**

Pursuant to Fed. R. Civ. P. 59(e) and (60)(b)(3), Plaintiff National Security Archive ("Archive") hereby moves the Court to reconsider its holding that the Archive's challenge to Defendants Central Intelligence Agency's *et al.* ("CIA") illegal policy and practice of denying the Archive's status as a "representative of the news media" under the Freedom of Information Act ("FOIA") is not ripe for judicial review, and to vacate its judgment of dismissal insofar as it pertained to the Archive's challenge to that policy and practice.

Reconsideration is warranted under Rule 59(e) based on new evidence and to avoid manifest injustice and under Rule 60(b)(3) due to misrepresentation and "other misconduct" by the CIA because, in recent weeks and months, the CIA's repeated representations that it would end its illegal treatment of the Archive's FOIA requests—representations on which this Court's decision heavily relied—have proven unreliable and, in retrospect, completely false. Contrary to its assurances to the Archive and to this Court, the CIA has denied the Archive's news media status in connection with 100 recent FOIA requests, refused to consider the Archive's administrative appeals of those determinations and, in correspondence received seven days

before the Court's decision, informed the Archive that it must pay any fees resulting from the CIA's denial of its news media status.

The Court's July 14, 2008 Order dismissing the case should therefore be vacated, and those portions of the Court's Memorandum Opinion concerning the ripeness of the Archive's challenge to the CIA's ongoing policy and practice with respect to the Archive's FOIA claims should be withdrawn. Further, with respect to that policy and practice claim, the CIA's motion to dismiss should be denied. Finally, based on the undisputed facts presented with this motion, the Court should treat the Archive's brief and declaration that accompany this motion as a supplement to the Archive's summary judgment motion and order the CIA to show cause why summary judgment should not be granted in favor of the Archive with respect to the CIA's ongoing policy and practice, giving the Archive an opportunity to reply to the CIA's response.

A proposed order is filed herewith. Counsel for the Defendants has indicated that Defendants oppose this motion.

Dated: July 28, 2008

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
Catherine M.A. Carroll (D.C. Bar No. 497890)
Gregory B. Reece (D.C. Bar No. 493974)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

Meredith Fuchs (D.C. Bar No. 450325)
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
*Counsel for Plaintiff National Security Archive*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2008, a copy of the foregoing Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order Dismissing the Case, or, in the Alternative, for Relief from or to Alter or Amend Judgment was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Gregory B. Reece
Gregory B. Reece