IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE NATIONAL SECURITY ARCHIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-CV-01080 (GK) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF CATHERINE NIELSEN

I, Catherine Nielsen, declare as follows:

1.      I am the Freedom of Information Coordinator at the National Security Archive

("Archive").  In that capacity, I am responsible for overseeing all Freedom of Information Act

("FOIA") requests filed by the Archive.  In particular, I monitor outgoing and incoming

correspondence between the Archive and federal agencies regarding FOIA requests and serve as

a liaison between the Archive and agency personnel.  As part of these responsibilities, I maintain

the Archive's FOIA request database, which tracks every FOIA request submitted by the Archive

from the organization's founding in 1985 through today.  This Microsoft Access database

includes, among other fields, the date, agency, subject, correspondence history, exemptions

invoked and status of each FOIA request.  The statistics and FOIA request information reported

in this Declaration are gleaned from the database.  In compiling this information, I reviewed each

individual request and related correspondence to determine whether there were any discrepancies

that would affect the statistics.

2.      In June 2006, the Archive filed a lawsuit challenging the CIA's denials of news media

status in connection with 43 FOIA requests and its policy and practice of refusing to treat the

Archive as a "representative of the news media." In the course of that litigation, on September 8,

2006, the Archive received a letter by fax from Adolfo Tarasiuk, Jr., CIA Chief Information

Officer, reversing the CIA's position and recognizing the Archive's status as a representative of

the news media for the requests subject to the lawsuit, as well as for all future requests submitted

for a non-commercial purpose. Based on this letter, the CIA repeatedly represented to the court

that it would continue to treat the Archive as a "representative of the news media" for all its

future non-commercial requests. A true and accurate copy of this letter is attached hereto as

Exhibit A.

3.      The Archive regularly files a significant number of FOIA requests with the Central

Intelligence Agency ("CIA"), covering a range of different topics and seeking both historical and

current records. Since September 8, 2006, the Archive has filed 425 FOIA requests with the

CIA. Each of those FOIA requests asked that the CIA treat the Archive as a "representative of

the media" for purposes of assessment of administrative fees. Between September 8, 2006 and

February 8, 2008, the CIA granted news media status for all Archive requests for which it made

a determination on fee status during that time period.

4.      Since on or about February 28, 2008, the Archive has been receiving many letters from

the CIA stating that Archive FOIA requests—including many that had previously been

acknowledged as received by the Agency—do not qualify for placement in the "representative of

the news media" fee category and have been placed instead in the "all other" fee category. In all,

from February 2008 to the date of this declaration, the CIA has sent 101 such letters denying the

Archive news media status for a total of 99 requests that the Archive had filed since September

8, 2006. All of these denial letters contain the following identical language regarding the CIA's

fee status determination: "Based on the information you provided in your letter, we determined

that your request falls into the 'all other' fee category, which means that you will be required to

pay charges that cover the cost of searching for and reproducing responsive records (if any)

beyond the first 100 pages of reproduction and the first two hours of search time[.]" None of the

letters gives any further explanation or justification for the CIA's decision. A true and accurate

copy of such a letter denying the Archive's request for treatment as a "representative of the news

media," dated February 26, 2008, is attached hereto as Exhibit B.

5.      In each of these CIA denial letters dated before June 30, 2008, the CIA stated that "as an

act of administrative discretion, there will be no charge for processing" the requests at issue in

those letters. *E.g.*, Ex. B. As described in more detail in Paragraph 12 below, the most recent of

these letters, dated June 30, 2008, contained no such statement.

6.      During the same period of February 2008 through the present, the CIA has granted news

media status for 17 of the Archive's FOIA requests. Its letters granting news media status for

those requests provide no explanation for the different treatment of these requests compared to

the 99 requests for which news media status has been denied. A true and accurate copy of one of

the letters granting new media status, dated June 20, 2008, is attached hereto as Exhibit C.

7.      Since May 2008, the CIA has sent the Archive letters purporting to invoke its

"administrative discretion" to waive processing fees for an additional 13 Archive FOIA requests

without announcing any fee category determination at all for those requests. A true and accurate

copy of one such letter, dated July 3, 2008, is attached hereto as Exhibit D.

8.      The 99 recent Archive FOIA requests as to which the CIA has denied news media status

and which it has assigned to the "all other" fee category cover a broad range of subject matters

and include both requests for historical materials and requests related to current issues, such as the ongoing war in Iraq.

9.      On March 20 and 28, 2008, the Archive filed administrative appeal letters with the CIA's Agency Release Panel, challenging the CIA's fee determinations for the 57 individual FOIA requests it had assigned to the "all other" fee category as of that date. The letters demonstrated the Archive's legal qualification as a "representative of the news media" and reminded the CIA of the assurances it previously had given the Court in the pending litigation that it would treat the Archive as a "representative of the news media" for all of its non-commercial FOIA requests.

10.     On May 23, 2008, the Archive submitted a substantively identical letter appealing the CIA's denial of the Archive's news media status for an additional 41 requests. A true and accurate copy of the Archive's May 23 appeal letter is attached hereto as Exhibit E.

11.     By letters dated June 3, 2008, the CIA denied the Archive's March 20, March 28, and May 23 2008 administrative appeals. The CIA explained that "[b]ecause the Agency has waived the fees in each of these cases, there has been no adverse determination for which you have the right to appeal and there is no issue for the Agency Release Panel to adjudicate." The June 3 letters stated that the CIA would "continue to work diligently to process these requests" and would respond to the Archive's requests as soon as possible. A true and accurate copy of the CIA's letter responding to the Archive's March 20 and March 28, 2008 appeals, which attaches the Archive's March 28, 2006 appeal letter, is attached hereto as Exhibit F.

12.     By letter dated June 30, 2008, the CIA denied the Archive's request for a news media fee waiver with respect to an Archive FOIA request submitted on October 16, 2006. This FOIA request sought disclosure of records concerning the "killing of seven members of the Grupos de Accion Unificada por la Libertad Personal (GUALA), a unit of the Colombian security forces,

that took place in Guaitarilla, Colombia on March 19, 2004." The CIA's letter states this FOIA

request had been placed in the "all other" fee category and that the Archive will be "required to

pay charges that recover the cost of searching for and reproducing responsive records (if any)

beyond the first 100 pages of reproduction and the first two hours of search time, which are

free." The June 30 letters makes no reference to any potential for the CIA to waive such fees,

whether in the CIA's "administrative discretion" or otherwise. True and accurate copies of the

Archive's October 16, 2006 FOIA request and the CIA's June 30 fee waiver denial letters are

attached hereto as Exhibits G and H, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008.

Catherine Nielsen

# EXHIBIT A

Central Intelligence Agency



Washington, D.C. 20505

8 September 2006

Meredith Fuchs
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037

Re:  National Security Archive Freedom of Information Act Requests:
F-1999-00850; F-2005-01773; F-2005-01811; F-2006-00039; F-2006-00051;
F-2006-00052; F-2006-00057; F-2006-00058; F-2006-00081; F-2006-00083;
F-2006-00084; F-2006-00087; F-2006-00088; F-2006-00098; F-2006-00099;
F-2006-00100; F-2006-00104; F-2006-00105; F-2006-00106; F-2006-00107;
F-2006-00114; F-2006-00116; F-2006-00118; F-2006-00121; F-2006-00122;
F-2006-00126; F-2006-00127; F-2006-00129; F-2006-00173; F-2006-00186;
F-2006-00187; F-2006-00190; F-2006-00191; F-2006-00194; F-2006-00195;
F-2006-00198; F-2006-00199; F-2006-00202; F-2006-00286; F-2006-00293;
F-2006-00296; F-2006-00622; F-2006-00623.

Dear Ms. Fuchs:

We have received your letters and supporting documentation explaining why you believe
that in the Freedom of Information Act ("FOIA") requests listed above you meet the criteria for
"representative of the news media" status warranting preferential fee treatment.

Upon reconsideration of your requests, we withdraw our previous determination to place
your requests in the "all other" fee category. We have made the following determinations:

(1) We recognize the Archive's status as a "representative of the news media" under 5
U.S.C. § 552(a)(4)(A)(ii)(II), for the 43 FOIA requests listed above, and accordingly, the CIA
will not assess search or review fees in connection with these requests.  In addition, the 43
requests will retain their original positions in the processing queue.

(2) We recognize the Archive as a "representative of the news media" for purposes of
assessing FOIA processing fees for all future requests the Archive submits for a
non-commercial purpose in compliance with 5 U.S.C. §.552(a)(4)(A)(ii)(II), and in accordance
with the Court's decision in *National Security Archive v. United States Department of Defense*,
*880 F.2d 1381 (D.C. Cir. 1989), cert. denied*, 494 U.S. 1029 (1990). Our decision will remain in
effect so long as Congress does not amend the Freedom of Information Act to revise the

Ms. Meredith Fuchs

language now contained in 5 U.S.C. § 552(a)(4)(A)(ii)(II), and so long as there is no change in the nature of the Archive's information-gathering, publishing, and dissemination activities, compared to the present, as to effect a change in these activities.

(3) We will initiate a change to our regulations respecting the definition of "representative of the news media," 36 C.F.R. § 1900.02(h)(3). The CIA will promptly publish in the Federal Register a notice of proposed rulemaking and a proposed rule defining "representative of the news media" to comport with OMB regulations. *See* 52 Fed. Reg. 10,012, 10,016 (Mar. 27, 1987).

(4) We will reimburse the Archive for any previous search and review fees the Archive paid for requests we placed in "all other" category. After a review of the Archive's 43 requests, however, we found that that we have not charged the Archive any search and review fees to date. The Archive has only paid duplication fees consistent with requests we process in the "representative of the news media" category.

If you have any questions regarding our decision, please feel free to contact us.

Sincerely,

Adolfo Tarasiuk, Jr.
Chief Information Officer

2

# EXHIBIT B

Central Intelligence Agency



Washington, D.C. 20505

FEB 6 2008

Ms. Anna Melyakova
National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference: F-2007-01140 (Archive #20070754CIA059)

Dear Ms. Melyakova:

This concerns your 11 April 2007 Freedom of Information Act (FOIA) request for
**"all documents relating in whole or in part to the declaration by Putin on 6 February
2000, that Grozny had been liberated by the Russian army from the Chechen rebels."**

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552,
as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended. Unless you
object, we will limit our search to CIA-originated records existing through the date of this
acceptance letter.

Based on the information provided in your letter, we determined that your request
falls into the "all other" fee category, which means that you will be required to pay charges
that recover the cost of searching for and reproducing responsive records (if any) beyond
the first 100 pages of reproduction and the first two hours of search time, which are free.
Copies are ten cents per page. However, as an act of administrative discretion, there will
be no charge for processing this request.

The large number of FOIA requests CIA receives has created unavoidable
processing delays making it unlikely that we can respond within the 20 working days the
FOIA requires. You have the right to consider our honest appraisal as a denial of your
request and you may appeal to the Agency Release Panel. A more practical approach
would permit us to continue processing your request and respond to you as soon as we can.
You will retain your appeal rights and, once you receive the results of our search, can
appeal at that time if you wish. We will proceed on that basis unless you object.

Sincerely,

Scott Koch

Scott Koch
Information and Privacy Coordinator

20070754CIA059          CIA
RECNO:36240          SEQCOR:139301
3/4/2008          FOISG: Melyakova, Anna
Putin Announced Liberation of Grozny

# EXHIBIT C

Central Intelligence Agency



Washington, D.C. 20505

June 20, 2008

Mr. Jesse Franzblau
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference:  F-2008-00909/Archive #20080238CIA045

Dear Mr. Franzblau:

On 29 February 2008, the office of the Information and Privacy Coordinator received your 28 February 2008 Freedom of Information Act (FOIA) request **for information on "Mexican Federal investigators' search of Atoyac de Alvarez, a former military base, for the remains of individuals who disappeared during Mexico's so called Dirty War" covering the period of 2 February 2008 to the date of this acceptance letter.**

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended.  Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

Based on the information provided in your letter, we determined that your request falls into the "news media" fee category.  You must pay only for the cost of reproducing released records, which is ten cents per page after the first 100 copies, which you receive free.

The large number of FOIA requests CIA receives has created unavoidable delays making it unlikely that we can respond within the 20 working days the FOIA requires.  You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel.  A more practical approach would permit us to continue processing your request and respond to you as soon as we can.  You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish.  We will proceed on that basis unless you object.

Sincerely,

*Delores M. Nelson*

Delores M. Nelson
Information and Privacy Coordinator

| | |
|---|---|
| 20080238CIA045 | CIA |
| RECNO:38411 | SEQCOR:141619 |
| 6/26/2008 | FOISG: Franzblau, Jesse |
| Dirty War Investigations - search for remains in | |

# EXHIBIT D

Central Intelligence Agency



Washington, D.C. 20505

July 3, 2008

Mr. Thomas Blanton
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference:  F-2007-00626 // Archive #20070029CIA012

Dear Mr. Blanton:

This concerns your 10 January 2007 Freedom of Information Act (FOIA) request for **"All National Intelligence Dailies (NID) for October-December 1992."**

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended.  Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

As a matter of administrative discretion, and in accordance with our regulations, the Agency has waived the fees for this request.

Despite our best efforts, the large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires.  You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel.  A more practical approach would permit us to continue processing your request and respond to you as soon as we can.  You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish.  We will proceed on that basis unless you object.

Sincerely,

*Delores M. Nelson*

Delores M. Nelson
Information and Privacy Coordinator

| | |
|---|---|
| 20070029CIA012 | CIA |
| RECNO:35323 | SEQCOR:141921 |
| 7/10/2008 | FOISG: Blanton. Thomas |
| NID-October-December 1992 | |

# EXHIBIT E

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

**Phone: 202/994-7000**
**Fax: 202/994-7005**
**nsarchiv@gwu.edu**
**www.nsarchive.org**

May 23, 2008

**By Facsimile and First Class Mail**

To the Agency Release Panel c/o Delores M. Nelson
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505
Fax: (703) 613-3007

RE:    Appeal of Adverse Fee Categorization Determination for FOIA Requests:

| | | | |
|---|---|---|---|
| **F-2007-01522** | 20071226CIA150 | **F-2007-00117** | 20061891CIA295 |
| **F-2007-01609** | 20071284CIA161 | **F-2007-00157** | 20062001CIA325 |
| **F-2007-01962** | 20071762CIA253 | **F-2007-00159** | 20062004CIA327 |
| **F-2007-00174** | 20062006CIA329 | **F-2007-00188** | 20062027CIA343 |
| **F-2007-00344** | 20062121CIA356 | **F-2007-00395** | 20062158CIA357 |
| **F-2007-00214** | 20062013CIA336 | **F-2007-00399** | 20062159CIA358 |
| **F-2007-01213** | 20070884CIA080 | **F-2007-00456** | 20062222CIA363 |
| **F-2007-01296** | 20070953CIA100 | **F-2007-00446** | 20062227CIA364 |
| **F-2007-01516** | 20071215CIA149 | **F-2007-00449** | 20062229CIA366 |
| **F-2008-00386** | 20072137CIA306 | **F-2007-00455** | 20062234CIA368 |
| **F-2007-01095** | 20070700CIA057 | **F-2007-00443** | 20062235CIA369 |
| **F-2007-01141** | 20070752CIA058 | **F-2007-00540** | 20070008CIA001 |
| **F-2007-01170** | 20070820CIA069 | **F-2007-00538** | 20070017CIA008 |
| **F-2007-01210** | 20070870CIA077 | **F-2007-00550** | 20070018CIA009 |
| **F-2007-01485** | 20071184CIA142 | **F-2007-00571** | 20070027CIA010 |
| **F-2007-01706** | 20071394CIA180 | **F-2007-00574** | 20070031CIA014 |
| **F-2007-01813** | 20071536CIA207 | **F-2007-00097** | 20061876CIA291 |
| **F-2008-00630** | 20080006CIA001 | **F-2008-01164** | 20080400CIA062 |
| **F-2008-00727** | 20080055CIA014 | **F-2007-00334** | 20062121CIA356 |
| **F-2007-01149** | 20070786CIA063 | **F-2007-00539** | 20070016CIA007 |
| **F-2007-01233** | 20070891CIA082 | **F-2008-01128** | 20071773CIA255 |
| **F-2006-01670** | 20061648CIA231 | | |

To the Agency Release Panel:

I am writing to appeal the denial of "representative of the news media" fee status with respect to each of the above referenced Freedom of Information Act (FOIA) requests. As you undoubtedly know, the National Security Archive (the "Archive") has been engaged in fee status litigation with federal agencies, including the Central Intelligence Agency (CIA), on at least two prior occasions. In both cases, the Archive prevailed and obtained court orders requiring the defendant agencies—including the CIA—to treat the Archive as a representative of the news media. In accordance with those decisions

An Independent non-governmental research institute and library located at the and publishes declassified documents obtained through the Freedom of Inform contributions through The National Security Archive Fund, In

20071226CIA150           CIA
RECNO:36808      SEQCOR:141020
FOISG: Kornbluh, Peter
Manuel Contreras visits to Washington 1974-76

Letter to Agency Release Panel
May 23, 2008

and the statutory language and intent of the FOIA, the Archive has now been considered a representative of the news media by the CIA and other agencies for 18 years.

In addition, the Archive has recently pursued another lawsuit against the CIA regarding its policy and practice of denying the Archive's news media status. In the course of that litigation, which remains pending, the CIA has repeatedly purported to assure both the Archive and the federal court that it would treat the Archive as a representative of the news media for all of its future non-commercial FOIA requests. The CIA's actions in regard to the above-referenced requests are thus unlawful and directly contrary to the CIA's representations to the court. These continuing efforts to interfere with the Archive's publishing activities discredit the Agency.

## The Archive is Entitled to News Media Status under Governing Law

The CIA has erroneously placed the Archive into the "all other" fee category for the 43 requests that are the subject of this appeal. Under the FOIA statute as recently amended, as well as under controlling case law and the CIA's own FOIA regulations, the Archive is a "representative of the news media" for all of its non-commercial requests. The Archive actively distributes document sets, books, articles, electronic newsletters, online publications, and other publications. Each of the FOIA requests referenced above is for documents that will directly further the publication activities of the National Security Archive.

Congress recently amended the FOIA statute with regard to the definition of "representative of the news media." OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2525 (to be codified at 5 U.S.C. § 552) (enacted Dec. 31, 2007). The new language defines a news media requester as "any person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." *Id.* § 3. Congress intended the definition to include groups such as the Archive that are engaged in widespread, ongoing publication activities. According to Senator Patrick Leahy, one of the principal sponsors of the amendments, "the OPEN Government Act will protect the public's right to know, by ensuring that anyone who gathers information to inform the public . . . may seek a fee waiver when they request information under FOIA." 153 Cong. Rec. S10987 (Aug. 3, 2007) (statement of Sen. Leahy).

Moreover, the newly-enacted definition was drawn directly from the governing federal court decision in which the U.S. Court of Appeals for the D.C. Circuit held that the National Security Archive is entitled to a waiver of search and review fees under the FOIA as a "representative of the news media." *National Security Archive v. U.S. Dep't of Defense*, 880 F. 2d 1381, 1387 (D.C. Cir 1989), *cert. denied* (Mar. 19, 1990) ("*Archive v. DOD*"). The legislative history of the recent amendment evinces a clear legislative intent to adopt both the language and the reasoning of the D.C. Circuit: "[W]e have incorporated into the amendment the definition of media requester that was announced by the D.C. Circuit in *National Security Archive v. U.S. Department of Defense*. . . . That definition focuses on public interest in the collected information, the use of editorial skill to process that information into news, and the distribution of that news to an audience. It would appear in my view to protect publishers of newsletters and other smaller news sources, as well as, obviously, *the types of organizations described in that opinion*." 153 Cong. Rec. S10988 (Aug. 3, 2007) (statement of Sen. Kyl) (emphasis added). It is clear, therefore, that the new legislation does not alter the controlling definition of "representative of the news media," but rather strengthens that definition by imposing an unequivocal statutory mandate on all agencies to apply the D.C. Circuit's definition, under which the Archive unequivocally qualifies as a representative of the news media.

Letter to Agency Release Panel
May 23, 2008

The D.C. Circuit's decision in *Archive v. DOD* was based on the fact the Archive had published one book and intended to publish document sets in the future. In particular, the Court held that the Archive "gathers information from a variety of sources; exercises a significant degree of editorial discretion in deciding what documents to use and how to organize them; devises indices and finding aids; and distributes the resulting work to the public. Without suggesting that any one of these activities is either necessary or sufficient for a person or organization to be a 'representative of the news media,' we think it clear that an organization that engages in all of them 'publishes or otherwise disseminates information to the public' and is thus well within that concept." 880 F.2d at 1387. The D.C. Circuit also held that FOIA requests submitted by the Archive in furtherance of its publication activities are not for a "commercial use." *Id.* at 1388.

In 1990, the U.S. District Court for the District of Columbia applied the holding of *Archive v. DOD* in a separate lawsuit by the Archive against the CIA. *National Security Archive v. CIA*, Civ. No. 88-0501 (D.D.C. Jan. 30, 1990). As in *Archive v. DOD*, the district court held that the Archive is a "representative of the news media" and is therefore entitled to news media fee status. The Court accordingly "ordered" that the CIA "must treat [the Archive] as a 'representative of the news media.'" *Id.*

These decisions rested on what the D.C. Circuit found to be the unambiguous interpretation of the statutory language in force at that time: "Congress intended that an organization like the Archive qualify as a representative of the news media." *Archive v. DOD*, 880 F.2d at 1383. Significantly, the definition of news media representative contained in DOD's FOIA regulations when the case was decided is identical to the one now contained in the CIA's recently-amended regulations. Both of these regulations, as well as portions of the newly-amended statutory language, are taken directly from FOIA fee guidelines promulgated by the Office of Management and Budget (OMB) at the direction of Congress in 1986. Most notably, the definition of "news" contained in both the CIA's current regulations and the FOIA statute has been applied consistently by federal agencies to recognize the Archive as a representative of the news media for more than 18 years. In enacting language directly from both the *Archive v. DOD* case and the OMB fee guidelines, Congress evinced no intent to give a new meaning to the longstanding interpretations of that language, but instead acted to codify the existing interpretation of that language.

Since it began placing the Archive into the "all other" fee category for the above-referenced requests, paradoxically, the CIA has not questioned the Archive's news media status for at least 15 other requests. It thus appears that the CIA has denied news media fee status for the requests subject to this appeal on a case-by-case basis according to the nature of each *request*, ignoring clear dictates in the law that require such a determination to be made generally, according to the nature of the *requesting party*, not each particular request. Because the CIA has provided no explanation of the basis on which it has made the determination that certain of the Archive's requests are entitled to news media status while others are not, the Archive cannot respond to any specific claims about those requests—although such response is unnecessary, because news media fee status is properly determined based on a requester's activities and not the subject matter of each individual request.

Neither the D.C. Circuit's interpretation in the *Archive v. DOD* case nor the plain language of the newly-amended FOIA statute permits a determination of news media fee status to be made based on the subject of a particular request. The D.C. Circuit held that "[a]bsent [] a change in circumstances . . . the Archive is entitled to preferred [news media] status." 880 F.2d at 1388. That decision made no reference to the subject matter of the Archive's requests, nor did it take into account whether records responsive to a given request would be of interest to the public. The statutory language similarly defines a news media requester, but requires no specific showing regarding the nature of a given request (as is

3

Letter to Agency Release Panel
May 23, 2008

required for a public interest fee waiver under 5 U.S.C. § 552(a)(4)(A)(iii)). Likewise, the CIA's own regulations, revised in July 2007, establish a broad standard for "representative of the news media" that puts a requester into the news media category based on their activities overall, without regard to specific requests. *See* 32 C.F.R. § 1900.02(h)(3). The Archive clearly satisfies the definition of news media, as discussed above, and therefore it is entitled to news media fee status for *all* FOIA requests it files, so long as its publication activities continue and the requests are made for a non-commercial purpose.

### CIA's Previous Assurances to the Archive and the Court

As you know, the National Security Archive filed a lawsuit against the CIA in June 2006, alleging that the CIA has "systematically and unlawfully denied the Archive's rights, as a representative of the news media, not to be charged processing fees (other than copying fees), in connection with the Archive's FOIA requests to the CIA." Compl. ¶ 2, *National Security Archive v. CIA*, No 06-1080 (D.D.C. June 14, 2006). That case is still pending in the U.S. District Court for the District of Columbia. In the course of that lawsuit, on September 8, 2006, the CIA informed the Archive and the court that it had reconsidered its original decision to place the Archive in the "all other" fee category for the 43 requests at issue in the case, and further asserted that: "We recognize the Archive as a 'representative of the news media' for purposes of assessing FOIA processing fees for all future requests the Archive submits for a non-commercial purpose in compliance with 5 U.S.C. § 552(a)(4)(A)(ii)(II), and in accordance with the Court's decision in *National Security Archive v. United States Department of Defense.* . . ."

Based on that letter, the CIA has purported to assure the district court in at least four filed memoranda that it would treat the Archive as a representative of the news media for all future non-commercial FOIA requests, and that there was no reasonable likelihood that its unlawful denials of the Archive's news media status would recur. *See* Defs.' Mot. to Dismiss (Doc. No. 15) at 2-3, 7, 9; Defs.' Opp. to Pls.' Mot. for Summ. J. (Doc. No. 17) at 2-3, 4; Defs.' Reply in Supp. of Mot. to Dismiss (Doc. No. 21) at 1-2, 4-5, 10; Defs.' Opp. to Pls.' Mot. to File Supplemental Mem. of Law (Doc. No. 24) at 2, 3-4, 5.

The CIA also changed its regulations governing news media fee status during the course of the litigation. After adopting the definition of "representative of the news media" contained in OMB guidelines on FOIA fees, the CIA then argued in papers filed with the court in the Archive's pending lawsuit that: "This revised regulation provides supplemental authority in support of defendant's motion to dismiss and forecloses plaintiffs' claim that it has no assurance that defendant will not resume application of the prior version of the regulation." CIA Notice of Supp. Authority (July 31, 2007) (Doc. No. 22).

The CIA's change in policy—in clear contravention of controlling law, its own FOIA regulations, and its prior representations to the Archive and to the court—is arbitrary and capricious. An agency acts arbitrarily and capriciously when it abruptly departs from a position it previously held without satisfactorily explaining its reason for doing so. "Indeed, where an agency departs from established precedent without a reasoned explanation, its decision will be vacated as arbitrary and capricious." *ANR Pipeline Co. v. FERC*, 71 F.3d 897, 901 (D.C. Cir. 1995); *see also Wisconsin Valley Improvement Company v. FERC*, 236 F.3d 738 (D.C. Cir. 2001) (finding sudden imposition of fees on a licensee that was not previously subject to fees arbitrary and capricious and vacating the fees); *AT & T v. FCC*, 974 F.2d 1351, 1355 (D.C. Cir. 1992) (faulting the FCC for failing to explain why it "changed the original price cap rules" and concluding that the Commission's "Reconsideration Order is arbitrary and capricious for want of an adequate explanation"). As the Supreme Court has put it, "an agency

Letter to Agency Release Panel
May 23, 2008

changing its course must supply a reasoned analysis. . . ." *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 57 (1983) (citation omitted). It is hard to imagine, under the circumstances presented here, that the CIA will be able to come anywhere close to meeting this standard.

As discussed above, Congress's recent amendments to the FOIA confirm that the Archive is entitled to news media fee status. Thus, although the CIA asserted in its September 8, 2006, letter that its decision would "remain in effect so long as Congress does not amend the Freedom of Information Act to revise the language now contained in 5 U.S.C. § 552(a)(4)(A)(ii)(II)," the recent amendment to the FOIA does not justify the CIA's change in policy. On the contrary, that amendment makes no functional change to governing law because Congress expressly intended to codify both the language and the interpretation of the D.C. Circuit's decision, which the CIA explicitly committed to apply in its 2006 letter, and which requires the Archive to be treated as a representative of the news media.

For the benefit of the Agency release panel, I wish to note that since February 8, 2008, the CIA has questioned news media status with respect to a total of 101 Archive requests originally filed between September 2006 and the present. (An appeal covering 58 of these requests was filed on March 28, 2008, and is currently pending.) As a matter of policy, it appears to the Archive that the CIA's recent reversal, after contrary assurances to the Archive and repeated statements on the record to a federal court in the Archive's ongoing lawsuit, demonstrates both a purpose of harassing the Archive and a blatant effort to flout the law and the clear intent of Congress. Congress specifically forbade agencies to use the cover of fee determinations to deter or impinge the rights of requesters. S. Rep. No. 93-1200 (1974) ("The conferees intend that fees should not be used for the purpose of discouraging requests for information or as obstacles to disclosure of requested information").

### The Archive's News Media Activities

Even if the Archive's status as a representative of the news media were not firmly established by the controlling case law, the Archive's news media activities confirm its entitlement to that status. Since the time of the D.C. Circuit's decision in *Archive v. DOD* and the district court's 1990 judgment ordering the CIA to treat the Archive as a representative of the news media, the Archive's publication activity has expanded dramatically and the Archive's journalistic work had received numerous awards, including most recently the 2005 Emmy Award for Outstanding Achievement in News and Documentary Research, presented by the National Television Academy at the 26th Annual News & Documentary Emmy Awards. Under both the language of the *Archive v. DOD* case and the statutory language of the FOIA and its amendments, the National Security Archive unquestionably qualifies for "news media" status.

The National Security Archive has an extensive publication history, including the production of over 50 books by its staff and fellows. These include: *The U.S. Intelligence Community*, 5th ed., by Jeffrey T. Richelson (Boulder, CO: Westview Press, 2007); *Safe for Democracy: The Secret Wars of the CIA*, by John Prados (Chicago: Ivan R. Dee, 2006); *The Pinochet File: A Declassified Dossier on Atrocity and Accountability*, by Peter Kornbluh (New York: The New Press, 2003); *The Kissinger Transcripts: The Top Secret Talks with Beijing and Moscow* by William Burr (New York: The New Press, 2000); *Atomic Audit: The Costs and Consequences of U.S. Nuclear Weapons since 1940* by Stephen I. Schwartz with Thomas S. Blanton, William Burr et al. (Washington, D.C.: Brookings Institution Press, 1998). A more complete list of books by Archive analysts is attached. (**Enclosure A**) As you can imagine, the books are available to the public in bookstores, libraries, and for purchase over the Internet.

5

Letter to Agency Release Panel
May 23, 2008

The decision to recognize the Archive as a representative of the news media in the *National Security Archive* case was based on the Archive's intention to publish document sets, along with indexes and finding aids. To date the Archive has published 29 document sets, which publish documents obtained through the FOIA along with commentary, indexes, and finding aids. Our most recent document sets include *The Cuban Missile Crisis Revisited: An International Collection of Documents from the Bay of Pigs to the Brink of Nuclear War* (2006); *U.S. Intelligence on Weapons of Mass Destruction: From World War II to Iraq* (2006); *The Kissinger Transcripts: A Verbatim Record of U.S. Diplomacy 1969-1977* (2006); *U.S. Policy in the Vietnam War, Part I, 1954-1968* (2004); *U.S. Policy in the Vietnam War, Part II: 1969-1975* (2004); *and Terrorism and U.S. Policy: 1968-2002* (2002). A list of all of the Archive's published document sets is attached. **(Enclosure B)** These sets are available digitally and on microfiche, and are distributed to a broad range of libraries, universities, research institutes, and the like. In addition, any member of the public is able to access these for free in our own public reading room.

Articles written by National Security Archive analysts have appeared in *The Washington Post, The New York Times, The Wall Street Journal, Congressional Quarterly, The LA Times, Harpers Magazine, The Miami Herald, The Nation, The Guardian, Vanity Fair, The Bulletin of the Atomic Scientists, World Policy Journal, Foreign Affairs, Foreign Policy, Newsweek, The International Journal of Intelligence and Counterintelligence, International Security, Intelligence and National Security* and other publications.

Additionally, the National Security Archive actively distributes electronic newsletters, at no cost, on an almost weekly basis to nearly 8,000 subscribers. These newsletters directly link to documents recently released through the National Security Archive's FOIA activities or update the public on issues pertaining to the operations and activities of the U.S. government. On its Web site, the Archive has published more than 240 "electronic briefing books," which contain documents recently released through the Archive's FOIA requests and analysis on significant issues pertaining to the operations and activities of the U.S. Government. A complete list of our electronic briefing books is available at http://www.gwu.edu/~nsarchiv/NSAEBB/index.html.

The Archive's publication activities described herein clearly fulfill the standards set out both in the CIA's own FOIA regulations (and the OMB guidance on which those regulations) and in the newly-revised FOIA statute. Under the CIA's regulations, 32 CFR § 1900.02 (h)(3), the Archive's research and publication activities place the Archive squarely within the category of "representative of the news media" because the Archive collects information that constitutes "news": some of the Archive's research activities focus on "current events" (for example, U.S. policy related to the current wars in Iraq and Afghanistan and treatment of detainees); other projects gather information related to historical events in U.S. policy but which are unquestionably "of current interest to the public" (such as the Archive's recent publication of the "Family Jewels," which the CIA released in response to a FOIA request in June 2007). As described above, the Archive takes materials it gathers using the FOIA, in all the subject areas described above and many others, and incorporates them into document sets, articles, online briefing books, and print books, which it distributes to the public.

Likewise, the Archive's ongoing publication activities continue to satisfy the standard set forth by the D.C. Circuit in 1989, which is now also codified as part of the FOIA itself. Indeed, for the reasons the court in *Archive v. DOD* found the Archive to fit squarely within the statutory meaning of "representative of the news media," an exponential growth in the Archive's publication activities during the intervening 19 years makes the case even better that the Archive satisfies that standard today. Under the new statutory test, the Archive "gathers information of potential interest to a segment of the public," Pub. L. No. 110-175, sec. 3—including government records released under FOIA covering a wide range

Letter to Agency Release Panel
May 23, 2008

of topics pertaining to the national security, foreign, intelligence, and economic policies of the United States. The Archive then "uses its editorial skills to turn the raw materials into a distinct work," *id.*, by compiling and indexing government records and analyzing and writing about their implications for history and current events, and "distributes that work to an audience," *id.*, in the form of thousands of individuals who read the Archive's books and use its document sets at libraries around the world as well as nearly 8,000 e-mail newsletter subscribers and more than 1 million visitors to the Archive's Web site each month. The reach of these activities is vast, and the fact of current public interest in the Archive's work is indisputable.

### Failure to Grant Appeal Rights

In addition to the CIA's erroneous denial of the Archive's news-media status, the letters received from the CIA in each of the above-listed cases (dated between March 26, 2008 and May 12, 2008) do not grant the right to an administrative appeal of the CIA's determinations that the Archive be placed in the "all other" fee category. Under the unambiguous terms of the FOIA and CIA's own FOIA regulations, the Archive has a right to an administrative appeal before the CIA Agency Release Panel. *See, e.g.*, 32 C.F.R. § 1900.42 ("A right of administrative appeal exists whenever . . . a request for a fee waiver is denied."). If the CIA is denying the Archive's appeal rights, *please inform me immediately* so that the Archive may pursue its judicial remedies.

\*       \*       \*

I hope to receive your favorable response to this appeal granting news media fee status for the FOIA requests listed above within the 20 business days provided in the FOIA for a determination on an administrative appeal. Furthermore, for the above-listed requests and any subsequent requests for which you decide to deny news media status, please specifically indicate the basis on which such denial has been made so that the Archive may fully respond to your determination. Your failure to specify the basis for the CIA's adverse determination as to the Archive's fee status for the requests at issue here, coupled with an attempt to obfuscate this unlawful conduct by acting administratively to waive fees that might otherwise be charged for individual requests, betrays the CIA's ongoing tactics to interfere with legitimate news media use of the FOIA.

Please feel free to contact me by telephone if you wish to discuss this matter further. I can be reached on my direct line at 202-994-7059.

Sincerely,

Meredith Fuchs
General Counsel

# Enclosure A

**National Security Archive - Books by Staff and Fellows**


*The US Intelligence Community*, Fifth Edition
By Jeffrey T. Richelson
(Boulder, CO: Westview Press, 2007, 592pp.)


*A Failed Empire: The Soviet Union in the Cold War from Stalin to Gorbachev*
By Vladislav M. Zubok
(Chapel Hill: University of North Carolina Press, 2007, 467pp.)


*From Solidarity to Martial Law: The Polish Crisis of 1980-1981*
By Andrzej Paczkowski and Malcolm Byrne
(Budapest: Central European University Press, 2006, 548 pp.)


*Spying on the Bomb: American Nuclear Intelligence from Nazi Germany to Iran and North Korea*
By Jeffrey T. Richelson
(New York: W.W. Norton & Co., 2006, 702 pp.)


*Safe For Democracy: The Secret Wars of the CIA*
By John Prados
(Chicago: Ivan R. Dee, 2006, 696 pp.)


*War Plans and Alliances in the Cold War: Threat Perceptions in the East and West*
By Vojtech Mastny, Sven G. Holtsmark and Andreas Wenger
(London and New York: Routledge, 2006, 310 pp.)


*Ku zwycięstwu "Solidarności": Korespondencja Ambasady USA w Warszawie z Departamentem Stanu. styczeń – wrzesień 1989*
Edited by Gregory F. Domber, Andrzej Paczkowski, et al.
(Warszawa: Instytut Studiów Politycznych, 2006, 419.pp.)


*Vlast i dissidenty iz dokumentov KGB i TsK KPSS*
(Moscow Helsinki Group, 2006, 280 pp.)


*A Cardboard Castle?: An Inside History of the Warsaw Pact, 1955-1991*
By Vojtech Mastny and Malcolm Byrne
(Budapest: Central European University Press, 2005, 726 pp.)


*Prague_Washington_Prague: Reports from the United States Embassy in Czechoslovakia, November-December 1989*
Edited by Vilem Precan
(Prague: Vaclav Havel Library, 2004, 723 pp.)


*Inside the Pentagon Papers*
Edited by John Prados and Margaret Pratt Porter
(Lawrence: University Press of Kansas, 2004, 248 pp.)


*Mohammad Mosaddeq and the 1953 Coup in Iran*
Edited by Mark J. Gasiorowski and Malcolm Byrne (Syracuse: Syracuse University Press, 2004, 360 pp.)


*The End of the Cold War: New Facts and Aspects*
Edited by Vladislav Zubok (Saratov: Saratov State University, 2004, 152 pp.)


*Operación Cóndor*
By John Dinges (Santiago, Chile: Quebecor World, 2004, 432 pp.)


*Hoodwinked: The Documents That Reveal How Bush Sold Us a War*
By John Prados (New York: The New Press, 2004, 375 pp.)


*The Condor Years: How Pinochet and His Allies Brought Terrorism to Three Continents*
By John Dinges (New York: The New Press, 2004, 322 pp.)


*The White House Tapes: Eavesdropping on the President*
Edited by John Prados (New York: The New Press, 2003, 331 pp.)


*The Pinochet File: A Declassified Dossier on Atrocity and Accountability*
By Peter Kornbluh (New York: The New Press, 2003, 551 pp.)



*Konfrontationsmuster des Kalten Kreiges, 1946-1956*
By Vojtech Mastny and Gustav Schmidt (Munich: Oldenbourg, 2003, 580 pp.)



*Lost Crusader: The Secret Wars of CIA Director William Colby*
By John Prados (Oxford: Oxford University Press, 2003, 380 pp.)



*Polska 1986-1989: Koniec Systemu*
(Warsaw: Instytut Studiow Politycznych Polskej Akademii Nauk, 2002, 348 pp.)



*Stalin in History and in the Assessment of Historians*
Edited by Vladislav Zubok, Kety Rostiashvili and George Mamulia (Tbilisi: Dedaena, 2002, 334 pp.)



*The 1956 Hungarian Revolution: A History in Documents*
Edited by Csaba Békés, János Rainer and Malcolm Byrne (Budapest: Central University Press, 2002, 600 pp.)



*America Confronts Terrorism: Understanding the Danger and How to Think About It*
By John Prados (Chicago: Ivan R. Dee, 2002, 436 pp.)



*The Wizards of Langley: Inside the CIA's Directorate of Science and Technology*
By Jeffrey T. Richelson (Boulder: Westview Press, 2002, 386 pp.)



*Uprising in East Germany, 1953: The Cold War, the German Question, and the First Major Upheaval Behind the Iron Curtain*
By Christian F. Ostermann (Budapest: Central European University Press, 2001, 492 pp.)



*Partnership: The United States and Japan: 1951-2001*
By Akira Iriye and Robert A. Wampler (Tokyo: Kodansha International, 2001, 333 pp.)



*Anti-Americanism in Russia: From Stalin to Putin*
By Eric Shiraev and Vladislav M. Zubok (New York: St. Martin's Press, 2000, 182 pp.)



*The U.S. Intelligence Community*, Fourth Edition
By Jeffrey T. Richelson (Boulder, Co.: Westview, 1999, 526 pp.)



*Wejda Nie Wejda: Polska 1980-1982*
By Andrzej Paczkowski and Nina Smolar (London and Warsaw: ANEKS Publishers, 1999, 342 pp.)



*America's Space Sentinels: DSP Satellites and National Security*
By Jeffrey T. Richelson (Lawrence: University Press of Kansas, 1999, 329 pp.)



*The Kissinger Transcripts: The Top Secret Talks with Beijing and Moscow*
By William Burr (New York: The New Press, 1999, 515 pp.)



*In Search of Hidden Truths: An Interim Report on Declassification by the National Commissioner for Human Rights in Honduras*
By Leo Valladares Lanza and Susan C. Peacock (Tegucigalpa: Prografic, 1998, 219 pp.)



*Atomic Audit: The Costs and Consequences of U.S. Nuclear Weapons since 1940*
By Stephen I. Schwartz with Thomas S. Blanton, William Burr et al. (Washington, D.C.: Brookings Institution Press, 1998, 680 pp.)



*The Prague Spring '68*
By Jaromir Navrátil et al. (Budapest: Central European University Press, 1998, 596 pp.)



*Israel and the Bomb*
By Avner Cohen (New York: Columbia University Press, 1998, 470 pp.)



*The U.S. Military Online: A Directory for Internet Access to the Department of Defense*, Second Edition
By Willam M. Arkin (Washington and London: Brassey's, 1998, 243 pp.)



*Bay of Pigs Declassified: The Secret CIA Report*
By Peter Kornbluh (New York: The New Press, 1998, 340 pp.)



*Politics of Illusion: The Bay of Pigs Invasion Reexamined*
By James G. Blight and Peter Kornbluh (Boulder, Co.: Lynne Reinner Publishers, 1998, 284 pp.)



*Ce Stla Presedintele Despre Romania: Un raport al serviciilor secrete americane 1949* By Thomas S. Blanton (Bucharest: Fundatia Academia Civica, 1997, 146 pp.)



*Inside the Kremlin's Cold War: From Stalin to Khrushchev* By Vladislav M. Zubok and Constantine Pleshakov (Cambridge: Harvard University Press, 1996, 346 pp.) Winner of the Lionel Gelber Prize (1996)



*The Haunted Land: Facing Europe's Ghosts after Communism* By Tina Rosenberg (New York: Random House, 1996, 438 pp.) Winner of the Pulitzer Prize for non-fiction (1996) Winner of the National Book Award (1996)



*White House E-Mail: The Top-Secret Computer Messages the Reagan/Bush White House Tried to Destroy* By Tom Blanton (New York: The New Press, 1995, 254 pp. and 1.4 MB computer disk) Winner of the American Library Association James Madison Award Citation (1996)



*A Century of Spies: Intelligence in the Twentieth Century* By Jeffrey T. Richelson (Oxford: Oxford University Press, 1995, 534 pp.) In Romanian as *Un Secol De Spionaj* (Bucharest: Humanitas, 2000, 623 pp.)



*South Africa and the United States: The Declassified History* By Kenneth Mokoena (New York: The New Press, 1994, 314 pp.)



*The Iran-Contra Scandal: The Declassified History* By Malcolm Byrne and Peter Kornbluh (New York: The New Press, 1993, 412 pp.)



*The Cuban Missile Crisis, 1962* By Laurence Chang and Peter Kornbluh (New York: The New Press, 1992, 416 pp.)



*Our Man in Panama* By John Dinges (New York: Times Books/Random House, 1990, 412 pp.)



*America's Secret Eyes in Space: The U.S. Keyhole Satellite Program* By Jeffrey T. Richelson (New York: Harper & Row, 1990, 375 pp.)



*The Chronology: The Documented Day-by-Day Account of Secret Military Assistance to Iran and the Contras* By Scott Armstrong, Malcolm Byrne, Tom Blanton, and the National Security Archive (New York: Warner Books, 1987, 678 pp.)

# Enclosure B



# COLLECTIONS GUIDE

http://nsarchive.chadwyck.com/collections/collections_index.jsp

## Afghanistan: The Making of U.S. Policy, 1973–1990

Containing over 2,000 documents that total more than 14,000 pages, Afghanistan offers a comprehensive record of the bloodiest and costliest superpower proxy war of the 1980s. Documents include State Department cables from Kabul, Washington, D.C., and Islamabad.

## The Berlin Crisis, 1958–1962

Beginning with documents from late 1953 when the Eisenhower administration began to formulate its Berlin contingency plans and closing with a series of newly declassified State Department histories from the late 1960s, The Berlin Crisis contains more than 11,500 pages from almost 3,000 documents.

## China and the United States: From Hostility to Engagement, 1960–1998

This collection pulls together more than 2,000 documents concerning the relationship between the United States and China, with an emphasis on the 1969–1998 time period. The documents include memos, cables, and studies concerning U.S. diplomatic relations with China, records concerning the U.S.-PRC security relationship, documents related to the economic and scientific association with the PRC, and intelligence estimates and studies concerning the PRC's foreign policy objectives, military capabilities, and internal situation.

## CIA Family Jewels Indexed

Among the most controversial documents ever compiled by the Central Intelligence Agency, the "Family Jewels" represents the CIA's own view, in 1973, of those domestic activities it had engaged in up to that time that were outside its charter, hence illegal. Totaling 703 pages and consisting of summary reports and supporting documents sent from CIA directorates and divisions to the agency's chief, the "Family Jewels" contains chilling references to CIA contacts with the Mafia, denials of involvement in assassinations, materials on CIA interrogations, surveillance of journalists and the antiwar movement in the U.S., penetrations of other federal agencies, a break-in at the Chilean embassy, cooperation with local law enforcement authorities, support for White House political activities, responses to the leak of the Pentagon Papers, and much more.

## The Cuban Missile Crisis, 1962

Perhaps the most critical and dangerous confrontation of the Cold War, the Cuban Missile Crisis is chronicled in this collection of more than 15,000 pages of rarely seen documentation from the highest levels of government. Topics include the aftermath of the Bay of Pigs, the U.S. secret war against Castro, the first intelligence reports pointing to the development of Soviet missiles in Cuba, and the highly classified correspondence between Kennedy and Khrushchev.

## The Cuban Missile Crisis Revisited: An International Collection of Documents, From the Bay of Pigs to the Brink of Nuclear War

The Cuban missile crisis has been called a time when the world stared down "the gun barrel of nuclear war. " More than forty-five years after the events that brought the United States, Cuba, and the Soviet Union into near-catastrophic conflict, the crisis remains the most important episode in the complex and contentious history of the Cold War. In an age when weapons of mass destruction

continue to generate fear and warfare, the history of the missile crisis, when such weapons were armed and aimed, remains among the most compelling international events for study by scholars and students.

This collection is a unique contribution to that history. Published here for the first time is a multinational set of records—declassified documentation from the United States, the Soviet Union, Cuba and other key countries—covering events leading up to and through the missile crisis in 1962. Consisting of 1,463 documents providing details that have reshaped our understanding of history, the collection covers the CIA-led invasion at the Bay of Pigs, covert operations leading up to the Soviet installation of intermediate range weapons in Cuba, the crisis itself as it played out in Washington, Moscow and Havana, the negotiations to end the crisis—between the U.S. and the Soviets, *and* between the Soviets and Fidel Castro—and international relations between these key actors in the aftermath of the Soviet withdrawal of its nuclear weapons. Beyond formerly top-secret records from the three main participants, the collection includes illuminating documents culled from the secret archives of other countries such as Canada, Great Britain, Brazil, Hungary and other nations that played a role in this unparalleled history.

## Death Squads, Guerrilla War, Covert Operations, and Genocide: Guatemala and the United States, 1954-1999

Death Squads, Guerrilla War, Covert Operations, and Genocide: Guatemala and the United States, 1954-1999 contains 2,071 declassified documents describing U.S. relations with Guatemala during the decades of violent conflict sparked by the CIA-controlled coup in 1954. The documents include CIA operational records produced during the coup, National Security Council deliberations on consolidating a post-coup regime friendly to the United States, and extensive intelligence and embassy reporting on Guatemala's U.S.-trained security apparatus. The material includes detailed information on the human rights catastrophe that gripped Guatemala during its 30-year civil conflict. Finally and most uniquely, the set contains an extraordinary and chilling record smuggled out of the archives of Guatemalan military intelligence—the grim, 54-page diario militar, or "death squad diary," obtained by National Security Archive staff, which ties the Guatemalan army directly to the disappearance of dozens of Guatemalan citizens (DNSA Item No. GU01030).

## El Salvador: The Making of U.S. Policy, 1977–1984

El Salvador contains more than 27,000 pages of documents covering one of the most hotly debated subjects of the last decade: the U.S. role in the civil war in El Salvador, including intelligence-gathering, policy-making, and extensive reporting on human rights abuses.

## El Salvador: War, Peace, and Human Rights, 1980–1994

The second set of declassified U.S. records concerning El Salvador, this collection incorporates several thousand U.S. government documents relevant to the human rights cases that were studied by the United Nations Truth Commission. Following the March 15, 1993 release of the commission's ground-breaking investigation, *From Madness to Hope: The 12-Year War in El Salvador*, members of the United States Congress wrote to President Clinton asking that the government documents be declassified for public inspection.

## Iran: The Making of U.S. Policy, 1977–1980

More than 14,000 pages of documents are offered on the fall of Shah and the rise of the Ayatollah Khomeini, including some that the government would not have made available until the middle of the twenty-first century had the Archive not forced their release through the Freedom of Information Act.

## The Iran-Contra Affair: The Making of a Scandal, 1983–1988

The documents in this collection include every exhibit released by the official investigations of the Iran-Contra Affair, including the Senate Intelligence Committee, the Tower Commission, the joint select Congressional committees, and the Independent Counsel. Iran-Contra focuses on the period

from Fall 1983, when Congress first put limits on official U.S. assistance to the Contras, to the criminal indictments of Oliver North, Richard Secord, and Albert Hakim in Spring 1988.

## Iraqgate: Saddam Hussein, U.S. Policy and the Prelude to the Persian Gulf War, 1980–1994

The collection brings together a wealth of materials which trace U.S. policy toward Iraq prior to the Persian Gulf War, as well as U.S. government reactions to revelations about the Banca Nazionale del Lavoro (BNL) scandal and the secret arming of Saddam Hussein's regime. The set also focuses on the economic issues at play in the U.S. relationship with Iraq. Documents are derived from virtually every federal agency involved in U.S.-Iraq policy and the BNL affair.

The collection contains 1,900 documents representing nearly 10,000 pages of rarely-seen documentation from the highest levels of government.

## Japan and the United States: Diplomatic, Security, and Economic Relations, 1960–1976

This collection pulls together more than 2,000 primary source documents detailing the relationship between the United States and Japan during the formative years of their modern alliance. The documents, most of which appear here for the first time, include records of historic U.S.-Japanese summit meetings; communications between heads of state; top-level internal deliberations, including Nixon and Kissinger memoranda of conversation; memos, cables and studies concerning U.S. diplomatic relations with Japan; records concerning the U.S.-Japan security relationship; documents related to trade and international monetary relations with Japan; and intelligence estimates and studies concerning Japan's foreign policy objectives, military capabilities, economic policies and internal situation.

## Japan and the United States: Diplomatic, Security, and Economic Relations, 1977–1992

Japan and the United States: Diplomatic, Security, and Economic Relations, Part II: 1977–1992 is the most important compilation of documents publicly available on relations between the United States and Japan during the Carter, Reagan and Bush I presidencies. This was the period when the Cold War drew to a close and U.S. policy-makers strove to develop a new global strategy. Incorporating the latest U.S. government releases, obtained largely through the Freedom of Information Act, this collection significantly enriches the historical record. White House, State Department, Pentagon, Commerce Department, CIA and other documents, virtually all of them previously classified, cover all the major issues from this critical period, including high-level diplomatic, military and economic relations. Topics covered in detail include summit meetings during all three presidential administrations, U.S. objectives in major trade negotiations on such items as automobiles and semiconductors, the Structural Dialogue talks on trade, U.S. efforts to guide Japanese defense policy, and the impact of the first Persian Gulf conflict on U.S.-Japan relations. The collection also incorporates new material from 1960-1976 released since the publication of Japan and the United States: Diplomatic, Security, and Economic Relations, 1960-1976.

## The Kissinger Transcripts: A Verbatim Record of U.S. Diplomacy, 1969-1977

As national security adviser (1969-1975) and secretary of state (1973-1977), Henry A. Kissinger played a central, and sometimes dominating role in shaping U.S. foreign and military policy during the presidential administrations of Richard Nixon and Gerald Ford. In this role Kissinger helped prosecute as well as negotiate an end to the Vietnam War; he carried out secret diplomacy to advance detente with the Soviet Union and rapprochement with China. He pressed for covert operations to destroy the Allende regime in Chile, and implemented the tilt to Pakistan during the 1971 South Asia Crisis. In later years he presided over U.S. policy during the October 1973 Middle East war soon after which he employed a "Shuttle Diplomacy" to contain the Middle East crisis. These are only a few of the prominent political events in which he played a major role.

Some three quarters of the 2,163 declassified documents in this collection were produced by Kissinger and his assistants on the National Security Council Staff. Even after Kissinger became Secretary of State, he relied on the NSC system for keeping meeting records, especially of the most sensitive matters such as relations with Beijing and Moscow, Middle East diplomacy, or meetings with the

president. For those events when he did not rely on the NSC staff to record a meeting, he depended on a State Department country desk director or more senior officials, such as deputy or assistant secretaries of state, to prepare the memcons. A noteworthy feature of the records of Kissinger's memcons is that they are literally verbatim records of the meetings.

## Nicaragua: The Making of U.S. Policy, 1978–1990

Nicaragua contains more than 3,000 documents, many of which are recently declassified State Department cables obtained through a Freedom of Information Act lawsuit. Key events covered by the collection range from the outbreak of widespread opposition to the Somoza family dynasty through the Contra war of the 1980s, until the election of 1990 which brought an end to the Sandinista government.

## The Philippines: U.S. Policy During the Marcos Years, 1965–1986

Presenting a case study of U.S. policy towards a third world ally, this collection documents the often conflicting interests which arose between the U.S. and President Marcos. Events covered include the assassination of opposition leader Benigno Aquino, Jr.; the rise of Communist and Muslims insurgencies during the 1970s and 1980s; the emergence of a small, but vocal, opposition movement in the United States; and Marcos' fall in 1986.

## Presidential Directives on National Security, Part I: From Truman to Clinton

Presidential Directives on National Security From Truman to Clinton provides a unique collection of documents pertaining to all aspects of U.S. national security policy — foreign, defense, intelligence, and international economic policy — and structure. The collection consists of over 2,100 documents totaling 30,855 pages, and covers all administrations from Truman to Clinton.

## Presidential Directives on National Security, Part II: From Truman to George W. Bush

Contains more than 1,836 highest-level documents issued by presidents from Harry S. Truman to George W. Bush concerning foreign affairs, defense and arms control policy, intelligence and counterterrorist activities, and international economic policy. Thanks to a long-standing Freedom of Information Act campaign by the National Security Archive, the two parts of this collection contain every single presidential directive released to date. (All of the documents in Part II became available after the publication of Part I.) Furthermore, unlike the daily stream of White House proclamations and press releases that are designed to frame official policy for public consumption, these directives and requests for studies reflect each president's actual, behind-the-scenes priorities, goals and decisions. In addition, the numerous substantive responses to study requests that are included here, particularly from the Nixon and Ford administrations, offer an insider's view of many of the most important policy documents that crossed the president's desk throughout the post-World War II period.

## South Africa: The Making of U.S. Policy, 1962–1989

This collection provides more than 2,500 primary source documents describing U.S. relationships to apartheid including implementation, enforcement, and violations of the U.N.-sponsored sanctions against South Africa. The collection spans the period from the arrest of Nelson Mandela to his release.

## The Soviet Estimate: U.S. Analysis of the Soviet Union, 1947–1991

This collection contains more than 600 intelligence estimates and reports, representing nearly 14,000 pages of documentation from the office of the Director of Central Intelligence; the National Intelligence Council, the Central Intelligence Agency, the Defense Intelligence Agency, and other organizations. The set includes several hundred pages of debriefing transcripts and other documentation related to Colonel Oleg Penkovskii, the most important human source operated by the CIA during the Cold War, who later was charged with treason and executed by the Soviet Union. Also published here for the first time is the Pentagon's Top Secret 1,000-page internal history of the United States-Soviet Union arms race.

## Terrorism and U.S. Policy, 1968–2002

Within hours of the horrific attacks of September 11, 2001, National Security Archive staff began compiling this in-depth and unparalleled documentary history of international terrorism and U.S. policy. The resulting collection of 1,509 formerly secret documents provides coverage beginning with the first politically-motivated hostage-taking episode of its the July 1968 hijacking of an El Al jet to and devoting special attention to the Middle East and Southwest Asia. The set features records from the White House, National Security Council, State Department, Defense Department, Justice Department, and other federal agencies as well as detailed FBI field reporting, CIA analyses, and military studies.

Among the most valuable materials are sensitive intelligence reporting won through a lawsuit by former AP reporter and hostage Terry A. Anderson, memos from Henry Kissinger to President Richard Nixon detailing terrorist incidents as they unfold, and a complete set of declassified meeting records of the important Cabinet Committee to Combat Terrorism. Specific highlights include the circa 1996 CIA biographic sketch of Osama bin Laden, and the May 2002 "Bombshell Memo" by FBI whistle-blower Coleen Rowley, featured on the cover of Time Magazine (June 3, 2002 edition).

## U.S. Espionage and Intelligence, 1947–1996

This collection provides a detailed description of the varied civilian and military organizations that constitute the U.S. intelligence community, their past and present operations, and the mechanisms by which the community's activities are managed. The collection consists of 1,180 documents, totaling 36,023 pages.

## The U.S. Intelligence Community: Organization, Operations and Management, 1947–1989

Previously inaccessible documents — functional manuals, unit histories, and internal directives — provide research with the most comprehensive structural portrait of the U.S. espionage establishment ever published.

## U.S. Intelligence on Weapons of Mass Destruction: From World War II to Iraq

This collection includes primary sources used by Jeffrey Richelson, one of the world's leading experts on intelligence, as the basis for the widely acclaimed book, *Spying on the Bomb: American Nuclear Intelligence from Nazi Germany to Iran and North Korea* (W.W. Norton, 2006). In addition to the once largely inaccessible primary source material Richelson used to write his ground-breaking account, the set also includes many of the U.S. Intelligence Community's products on the world's nuclear, biological, chemical, ballistic missile, and military space programs from World War II to the present. Consisting of over 600 documents and 8,300 pages, this collection is the product of an extensive series of Freedom of Information Act requests and in-depth archival research.

## U.S. Military Uses of Space, 1945–1991

This collection of previously classified histories, program management directives, requirements studies, and other documents show the evolution of a variety of U.S. space programs — historically among the most highly classified documents of the U.S. government. Topics range from a 1951 report on using satellites for reconnaissance to a 1990 briefing paper on air support to Operation Desert Shield.

## U.S. Nuclear History: Nuclear Arms and Politics in the Missile Age, 1955–1968

This collection comprehensively documents major developments in U.S. nuclear weapons policies and programs from the mid-1950s through 1968, the period that set the nuclear stage for the decades of the Cold War that followed. Given the importance of the nuclear competition to superpower tensions during the post-World War II era, not only as a source of friction in itself but as an element that made the tensions inconceivably dangerous, the documents in this collection introduce the reader to one of the critical inner mechanisms of the Cold War.

## U.S. Nuclear Non-Proliferation Policy, 1945–1991

Spanning the bombings of Hiroshima and Nagasaki through the recent IAEA inspections of Iraq's nuclear program, Nuclear Non-Proliferation offers researchers the most complete set of primary source materials to U.S. non-proliferation policy available.

## U.S. Policy in the Vietnam War, Part I: 1954-1968

This collection documents the deadliest conflict in modern U.S. history prior to the current war against terrorism. The goal was to assemble both classic and relatively well-known documentary sources as well as the most recent declassified materials, making a single comprehensive resource for primary substantive research on the Vietnam conflict.

The set consists primarily of documents from the White House, National Security Council, State Department, Defense Department, and other federal agencies involved in policy-making on the war in Southeast Asia. It also features detailed reporting from the field as well as analysis from the Central Intelligence Agency, the Defense Intelligence Agency, American embassies overseas, U.S. regional military commands, especially the Military Assistance Command Vietnam (MACV), and the uniformed military services. There are also certain documents from foreign sources, including the governments of South Vietnam, North Vietnam, the Soviet Union, China, the United Kingdom, and others. Additional documentation, including diplomatic documents from the governments of Sweden, Hungary, and Poland, and other material, is available for research on the premises of the National Security Archive.

## U.S. Policy in the Vietnam War, Part II: 1969-1975

U.S. Policy in the Vietnam War, Part II is the most important compilation of documents available on the final phase of the Vietnam War. Incorporating the very latest U.S. government releases, which significantly enrich the historical record, these documents, virtually all previously classified, cover all the major issues from the period, including diplomatic, military, and intelligence aspects of the Vietnam war during the period of the Nixon and Ford administrations. Also included is material that bridges topics in Part I, such as a subset on pacification issues, the most comprehensive assemblage to date of the Pentagon Papers, and a detailed retrospective by the State Department's Bureau of Intelligence and Research on the earlier period. Topics covered in detail in this collection include the Paris Peace negotiations, the Vietnamization program, the war in Cambodia, the Christmas Bombing of 1972, and the fall of South Vietnam.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                2728
DESTINATION TEL #       917036133007
DESTINATION ID          CIA
ST. TIME                05/23 09:55
TIME USE                03'32
PAGES SENT              18
RESULT                  OK
```

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

**Phone: 202/994-7000**
**Fax: 202/994-7005**
**nsarchiv@gwu.edu**
**www.nsarchive.org**

May 23, 2008

**By Facsimile and First Class Mail**

To the Agency Release Panel c/o Delores M. Nelson
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505
Fax: (703) 613-3007

RE:    Appeal of Adverse Fee Categorization Determination for FOIA Requests:

| | | | |
|---|---|---|---|
| **F-2007-01522** | 20071226CIA150 | **F-2007-00117** | 20061891CIA295 |
| **F-2007-01609** | 20071284CIA161 | **F-2007-00157** | 20062001CIA325 |
| **F-2007-01962** | 20071762CIA253 | **F-2007-00159** | 20062004CIA327 |
| **F-2007-00174** | 20062006CIA329 | **F-2007-00188** | 20062027CIA343 |
| **F-2007-00344** | 20062121CIA356 | **F-2007-00395** | 20062158CIA357 |
| **F-2007-00214** | 20062013CIA336 | **F-2007-00399** | 20062159CIA358 |
| **F-2007-01213** | 20070884CIA080 | **F-2007-00456** | 20062222CIA363 |
| **F-2007-01296** | 20070953CIA100 | **F-2007-00446** | 20062227CIA364 |
| **F-2007-01516** | 20071215CIA149 | **F-2007-00449** | 20062229CIA366 |
| **F-2008-00386** | 20072137CIA306 | **F-2007-00455** | 20062234CIA368 |
| **F-2007-01095** | 20070700CIA057 | **F-2007-00443** | 20062235CIA369 |
| **F-2007-01141** | 20070752CIA058 | **F-2007-00540** | 20070008CIA001 |
| **F-2007-01170** | 20070820CIA069 | **F-2007-00538** | 20070014CIA008 |
| **F-2007-01210** | 20070870CIA077 | **F-2007-00550** | 20070018CIA009 |
| **F-2007-01485** | 20071184CIA142 | **F-2007-00571** | 20070027CIA010 |
| **F-2007-01706** | 20071394CIA180 | **F-2007-00574** | 20070031CIA014 |
| **F-2007-01813** | 20071536CIA207 | **F-2007-00097** | 20061876CIA291 |
| **F-2008-00630** | 20080006CIA001 | **F-2008-01164** | 20080400CIA062 |
| **F-2008-00727** | 20080055CIA014 | **F-2007-00334** | 20062121CIA356 |
| **F-2007-01149** | 20070786CIA063 | **F-2007-00539** | 20070016CIA007 |

# EXHIBIT F

Central Intelligence Agency



Washington, D.C. 20505

June 3, 2008

Ms. Meredith Fuchs
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, DC  20037

Dear Ms. Fuchs:

The Agency has received your letters of 20 and 28 March 2008, in which you purported to "appeal" your fee category for each of the 59 Freedom of Information Act (FOIA) requests referenced in the letters. As the Chief of the Agency's FOIA Requester Services Center explained during your telephone conversation on 21 May 2008, our records indicate a discrepancy with one of the requests referenced in these letters in that the National Security Archive did not submit the request assigned CIA case reference number, F-2008-00731. You then confirmed that the letters should have referenced case number F-2008-00791 rather than F-2008-00731. As such, this correspondence addresses F-2008-00791 and all of the cases identified in your letters of 20 and 28 March 2008 except F-2008-00731.

Our records indicate that, in each of these 59 cases, the Agency had informed you that, as a matter of administrative discretion, the Agency had waived all fees associated with the processing of the request. Because the Agency has waived the fees in each of these cases, there has been no adverse determination for which you have the right to appeal and there is no issue for the Agency Release Panel to adjudicate. Therefore, we will take no further action in response to your letters of 20 and 28 March 2008.

Please be assured that we will continue to work diligently to process these requests and respond to you as soon as possible.

Sincerely,

Delores M. Nelson

Delores M. Nelson
Information and Privacy Coordinator

Enclosure

20070441CIA041              CIA
RECNO:35846          SEQCOR:141063
6/6/2008              FOISG: Kovalovich, Marie
Putin becomes Prime Minister

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

**Phone: 202/994-7000**
**Fax: 202/994-7005**
**nsarchiv@gwu.edu**
**www.nsarchive.org**

March 28, 2008

**By Facsimile and First Class Mail**

To the Agency Release Panel c/o Scott Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505
Fax: (703) 613-3007

RE:    Appeal of Adverse Fee Categorization Determination for FOIA Requests:

| | | | |
|---|---|---|---|
| F-2007-00882 | 20070441CIA041 | F-2008-00007 | 20071962CIA280 |
| F-2008-00403 | 20072152CIA309 | F-2008-00545 | 20072204CIA319 |
| F-2008-00404 | 20072156CIA310 | F-2007-01882 | 20071661CIA227 |
| F-2008-00427 | 20072166CIA312 | F-2008-00222 | 20072049CIA288 |
| F-2008-00426 | 20072170CIA313 | F-2008-00377 | 20072130CIA304 |
| F-2008-00631 | 20080010CIA002 | F-2008-00689 | 20080031CIA006 |
| F-2007-01086 | 20070664CIA054 | F-2008-00393 | 20072141CIA307 |
| F-2007-01255 | 20070931CIA089 | F-2007-01140 | 20070754CIA059 |
| F-2008-00316 | 20072097CIA298 | F-2007-01209 | 20070868CIA076 |
| F-2008-00606 | 20072238CIA328 | F-2008-00580 | 20072229CIA326 |
| F-2007-01096 | 20070695CIA055 | F-2008-00711 | 20080053CIA013 |
| F-2008-00528 | 20072178CIA314 | F-2008-00731 | 20080136CIA030 |
| F-2008-00744 | 20080053CIA013 | F-2007-01297 | 20070958CIA102 |
| F-2008-00777 | 20080111CIA027 | F-2008-00790 | 20080133CIA029 |
| F-2008-00612 | 20072242CIA329 | F-2008-00801 | 20080152CIA032 |
| F-2007-01166 | 20070810CIA065 | F-2008-00809 | 20080170CIA034 |
| F-2007-02046 | 20071875CIA271 | F-2008-00831 | 20080185CIA035 |
| F-2008-00408 | 20072163CIA311 | F-2007-01708 | 20071415CIA181 |
| F-2008-00544 | 20072193CIA317 | F-2008-00197 | 20072032CIA283 |
| F-2008-00883 | 20070442CIA040 | F-2008-00300 | 20072075CIA294 |
| F-2007-01094 | 20070698CIA056 | F-2008-00317 | 20072104CIA299 |
| F-2007-01150 | 20070784CIA062 | F-2007-01730 | 20071444CIA188 |
| F-2007-01151 | 20070787CIA064 | F-2007-01758 | 20071491CIA197 |
| F-2007-01211 | 20070866CIA075 | F-2007-01899 | 20071705CIA234 |
| F-2007-01232 | 20070892CIA083 | F-2008-00563 | 20072210CIA321 |
| F-2007-01250 | 20070923CIA087 | F-2008-00942 | 20080250CIA046 |
| F-2007-01257 | 20070924CIA088 | F-2007-01649 | 20071318CIA165 |
| F-2007-01294 | 20070956CIA101 | F-2008-00578 | 20072220CIA324 |
| F-2007-01669 | 20071339CIA170 | F-2007-01965 | 20071773CIA255 |

*type - Archives said F-2008-00791*

An Independent non-governmental research institute and library located at the George Washington University, the Archive collects
and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax deductible
contributions through The National Security Archive Fund, Inc. underwrite the Archive's Budget.

Letter to Agency Release Panel
March 28, 2008

To the Agency Release Panel:

I am writing to appeal the denial of "representative of the news media" fee status with respect to each of the above referenced Freedom of Information Act (FOIA) requests. As you undoubtedly know, the National Security Archive (the "Archive") has been engaged in fee status litigation with federal agencies, including the Central Intelligence Agency (CIA), on at least two prior occasions. In both cases, the Archive prevailed and obtained court orders requiring the defendant agencies—including the CIA—to treat the Archive as a representative of the news media. In accordance with those decisions and the statutory language and intent of the FOIA, the Archive has now been considered a representative of the news media by the CIA and other agencies for 18 years.

In addition, the Archive has recently pursued another lawsuit against the CIA regarding its policy and practice of denying the Archive's news media status. In the course of that litigation, which remains pending, the CIA has repeatedly purported to assure both the Archive and the federal court that it would treat the Archive as a representative of the news media for all of its future non-commercial FOIA requests. The CIA's actions in regard to the above-referenced requests are thus unlawful and directly contrary to the CIA's representations to the court. These continuing efforts to interfere with the Archive's publishing activities discredit the Agency.

### The Archive is Entitled to News Media Status under Governing Law

The CIA has erroneously placed the Archive into the "all other" fee category for the 58 requests that are the subject of this appeal. Under the FOIA statute as recently amended, as well as under controlling case law and the CIA's own FOIA regulations, the Archive is a "representative of the news media" for all of its non-commercial requests. The Archive actively distributes document sets, books, articles, electronic newsletters, online publications, and other publications. Each of the FOIA requests referenced above is for documents that will directly further the publication activities of the National Security Archive.

Congress recently amended the FOIA statute with regard to the definition of "representative of the news media." OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2525 (to be codified at 5 U.S.C. § 552) (enacted Dec. 31, 2007). The new language defines a news media requester as "any person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." *Id.* § 3. Congress intended the definition to include groups such as the Archive that are engaged in widespread, ongoing publication activities. According to Senator Patrick Leahy, one of the principal sponsors of the amendments, "the OPEN Government Act will protect the public's right to know, by ensuring that anyone who gathers information to inform the public . . . may seek a fee waiver when they request information under FOIA." 153 Cong. Rec. S10987 (Aug. 3, 2007) (statement of Sen. Leahy).

Moreover, the newly-enacted definition was drawn directly from the governing federal court decision in which the U.S. Court of Appeals for the D.C. Circuit held that the National Security Archive is entitled to a waiver of search and review fees under the FOIA as a "representative of the news media." *National Security Archive v. U.S. Dep't of Defense*, 880 F. 2d 1381, 1387 (D.C. Cir 1989), *cert. denied* (Mar. 19, 1990) ("*Archive v. DOD*"). The legislative history of the recent amendment evinces a clear legislative intent to adopt both the language and the reasoning of the D.C. Circuit: "[W]e have incorporated into the amendment the definition of media requester that was announced by the D.C. Circuit in *National Security Archive v. U.S. Department of Defense*. . . . That definition focuses on public interest in the collected information, the use of editorial skill to process that information into

2

news, and the distribution of that news to an audience. It would appear in my view to protect publishers of newsletters and other smaller news sources, as well as, obviously, *the types of organizations described in that opinion.*" 153 Cong. Rec. S10988 (Aug. 3, 2007) (statement of Sen. Kyl) (emphasis added). It is clear, therefore, that the new legislation does not alter the controlling definition of "representative of the news media," but rather strengthens that definition by imposing an unequivocal statutory mandate on all agencies to apply the D.C. Circuit's definition, under which the Archive unequivocally qualifies as a representative of the news media.

The D.C. Circuit's decision in *Archive v. DOD* was based on the fact the Archive had published one book and intended to publish document sets in the future. In particular, the Court held that the Archive "gathers information from a variety of sources; exercises a significant degree of editorial discretion in deciding what documents to use and how to organize them; devises indices and finding aids; and distributes the resulting work to the public. Without suggesting that any one of these activities is either necessary or sufficient for a person or organization to be a 'representative of the news media,' we think it clear that an organization that engages in all of them 'publishes or otherwise disseminates information to the public' and is thus well within that concept." 880 F.2d at 1387. The D.C. Circuit also held that FOIA requests submitted by the Archive in furtherance of its publication activities are not for a "commercial use." *Id.* at 1388.

In 1990, the U.S. District Court for the District of Columbia applied the holding of *Archive v. DOD* in a separate lawsuit by the Archive against the CIA. *National Security Archive v. CIA*, Civ. No. 88-0501 (D.D.C. Jan. 30, 1990). As in *Archive v. DOD*, the district court held that the Archive is a "representative of the news media" and is therefore entitled to news media fee status. The Court accordingly "ordered" that the CIA "must treat [the Archive] as a 'representative of the news media.'" *Id.*

These decisions rested on what the D.C. Circuit found to be the unambiguous interpretation of the statutory language in force at that time: "Congress intended that an organization like the Archive qualify as a representative of the news media." *Archive v. DOD*, 880 F.2d at 1383. Significantly, the definition of news media representative contained in DOD's FOIA regulations when the case was decided is identical to the one now contained in the CIA's recently-amended regulations. Both of these regulations, as well as portions of the newly-amended statutory language, are taken directly from FOIA fee guidelines promulgated by the Office of Management and Budget (OMB) at the direction of Congress in 1986. Most notably, the definition of "news" contained in both the CIA's current regulations and the FOIA statute has been applied consistently by federal agencies to recognize the Archive as a representative of the news media for more than 18 years. In enacting language directly from both the *Archive v. DOD* case and the OMB fee guidelines, Congress evinced no intent to give a new meaning to the longstanding interpretations of that language, but instead acted to codify the existing interpretation of that language.

Since it began placing the Archive into the "all other" fee category for the above-referenced requests, paradoxically, the CIA has not questioned the Archive's news media status for at least 12 other requests. It thus appears that the CIA has denied news media fee status for the requests subject to this appeal on a case-by-case basis according to the nature of each *request*, ignoring clear dictates in the law that require such a determination to be made generally, according to the nature of the *requesting party*, not each particular request. Because the CIA has provided no explanation of the basis on which it has made the determination that certain of the Archive's requests are entitled to news media status while others are not, the Archive cannot respond to any specific claims about those requests—although such response is unnecessary, because news media fee status is properly determined based on a requester's activities and not the subject matter of each individual request.

3

Letter to Agency Release Panel
March 28, 2008

Neither the D.C. Circuit's interpretation in the *Archive v. DOD* case nor the plain language of the newly-amended FOIA statute permits a determination of news media fee status to be made based on the subject of a particular request. The D.C. Circuit held that "[a]bsent [] a change in circumstances . . . the Archive is entitled to preferred [news media] status." 880 F.2d at 1388. That decision made no reference to the subject matter of the Archive's requests, nor did it take into account whether records responsive to a given request would be of interest to the public. The statutory language similarly defines a news media requester, but requires no specific showing regarding the nature of a given request (as is required for a public interest fee waiver under 5 U.S.C. § 552(a)(4)(A)(iii)). Likewise, the CIA's own regulations, revised in July 2007, establish a broad standard for "representative of the news media" that puts a requester into the news media category based on their activities overall, without regard to specific requests. *See* 32 C.F.R. § 1900.02(h)(3). The Archive clearly satisfies the definition of news media, as discussed above, and therefore it is entitled to news media fee status for *all* FOIA requests it files, so long as its publication activities continue and the requests are made for a non-commercial purpose.

### CIA's Previous Assurances to the Archive and the Court

As you know, the National Security Archive filed a lawsuit against the CIA in June 2006, alleging that the CIA has "systematically and unlawfully denied the Archive's rights, as a representative of the news media, not to be charged processing fees (other than copying fees), in connection with the Archive's FOIA requests to the CIA." Compl. ¶ 2, *National Security Archive v. CIA*, No 06-1080 (D.D.C. June 14, 2006). That case is still pending in the U.S. District Court for the District of Columbia. In the course of that lawsuit, on September 8, 2006, the CIA informed the Archive and the court that it had reconsidered its original decision to place the Archive in the "all other" fee category for the 43 requests at issue in the case, and further asserted that: "We recognize the Archive as a 'representative of the news media' for purposes of assessing FOIA processing fees for all future requests the Archive submits for a non-commercial purpose in compliance with 5 U.S.C. § 552(a)(4)(A)(ii)(II), and in accordance with the Court's decision in *National Security Archive v. United States Department of Defense.* . . ."

Based on that letter, the CIA has purported to assure the district court in at least four filed memoranda that it would treat the Archive as a representative of the news media for all future non-commercial FOIA requests, and that there was no reasonable likelihood that its unlawful denials of the Archive's news media status would recur. *See* Defs.' Mot. to Dismiss (Doc. No. 15) at 2-3, 7, 9; Defs.' Opp. to Pls.' Mot. for Summ. J. (Doc. No. 17) at 2-3, 4; Defs.' Reply in Supp. of Mot. to Dismiss (Doc. No. 21) at 1-2, 4-5, 10; Defs.' Opp. to Pls.' Mot. to File Supplemental Mem. of Law (Doc. No. 24) at 2, 3-4, 5.

The CIA also changed its regulations governing news media fee status during the course of the litigation. After adopting the definition of "representative of the news media" contained in OMB guidelines on FOIA fees, the CIA then argued in papers filed with the court in the Archive's pending lawsuit that: "This revised regulation provides supplemental authority in support of defendant's motion to dismiss and forecloses plaintiffs' claim that it has no assurance that defendant will not resume application of the prior version of the regulation." CIA Notice of Supp. Authority (July 31, 2007) (Doc. No. 22).

The CIA's change in policy—in clear contravention of controlling law, its own FOIA regulations, and its prior representations to the Archive and to the court—is arbitrary and capricious. An agency acts arbitrarily and capriciously when it abruptly departs from a position it previously held without satisfactorily explaining its reason for doing so. "Indeed, where an agency departs from

4

Case 1:06-cv-01080-GK    Document 32-3    Filed 07/28/2008    Page 41 of 65

established precedent without a reasoned explanation, its decision will be vacated as arbitrary and capricious." *ANR Pipeline Co. v. FERC*, 71 F.3d 897, 901 (D.C. Cir. 1995); *see also Wisconsin Valley Improvement Company v. FERC*, 236 F.3d 738 (D.C. Cir. 2001) (finding sudden imposition of fees on a licensee that was not previously subject to fees arbitrary and capricious and vacating the fees); *AT & T v. FCC*, 974 F.2d 1351, 1355 (D.C. Cir. 1992) (faulting the FCC for failing to explain why it "changed the original price cap rules" and concluding that the Commission's "Reconsideration Order is arbitrary and capricious for want of an adequate explanation"). As the Supreme Court has put it, "an agency changing its course must supply a reasoned analysis. . . ." *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 57 (1983) (citation omitted). It is hard to imagine, under the circumstances presented here, that the CIA will be able to come anywhere close to meeting this standard.

As discussed above, Congress's recent amendments to the FOIA confirm that the Archive is entitled to news media fee status. Thus, although the CIA asserted in its September 8, 2006, letter that its decision would "remain in effect so long as Congress does not amend the Freedom of Information Act to revise the language now contained in 5 U.S.C. § 552(a)(4)(A)(ii)(II)," the recent amendment to the FOIA does not justify the CIA's change in policy. On the contrary, that amendment makes no functional change to governing law because Congress expressly intended to codify both the language and the interpretation of the D.C. Circuit's decision, which the CIA explicitly committed to apply in its 2006 letter, and which requires the Archive to be treated as a representative of the news media.

For the benefit of the Agency release panel, I wish to note that since February 8, 2008, the CIA has questioned news media status with respect to 58 FOIA requests originally filed between January 2007 and the present. As a matter of policy, it appears to the Archive that the CIA's recent reversal, after contrary assurances to the Archive and repeated statements on the record to a federal court in the Archive's ongoing lawsuit, demonstrates both a purpose of harassing the Archive and a blatant effort to flout the law and the clear intent of Congress. Congress specifically forbade agencies to use the cover of fee determinations to deter or impinge the rights of requesters. S. Rep. No. 93-1200 (1974) ("The conferees intend that fees should not be used for the purpose of discouraging requests for information or as obstacles to disclosure of requested information").

### The Archive's News Media Activities

Even if the Archive's status as a representative of the news media were not firmly established by the controlling case law, the Archive's news media activities confirm its entitlement to that status. Since the time of the D.C. Circuit's decision in *Archive v. DOD* and the district court's 1990 judgment ordering the CIA to treat the Archive as a representative of the news media, the Archive's publication activity has expanded dramatically and the Archive's journalistic work had received numerous awards, including most recently the 2005 Emmy Award for Outstanding Achievement in News and Documentary Research, presented by the National Television Academy at the 26th Annual News & Documentary Emmy Awards. Under both the language of the *Archive v. DOD* case and the statutory language of the FOIA and its amendments, the National Security Archive unquestionably qualifies for "news media" status.

The National Security Archive has an extensive publication history, including the production of over 50 books by its staff and fellows. These include: *The U.S. Intelligence Community*, 5th ed., by Jeffrey T. Richelson (Boulder, CO: Westview Press, 2007); *Safe for Democracy: The Secret Wars of the CIA*, by John Prados (Chicago: Ivan R. Dee, 2006); *The Pinochet File: A Declassified Dossier on Atrocity and Accountability*, by Peter Kornbluh (New York: The New Press, 2003); *The Kissinger Transcripts: The Top Secret Talks with Beijing and Moscow* by William Burr (New York: The New

5

Letter to Agency Release Panel
March 28, 2008

Press, 2000); *Atomic Audit: The Costs and Consequences of U.S. Nuclear Weapons since 1940* by Stephen I. Schwartz with Thomas S. Blanton, William Burr et al. (Washington, D.C.: Brookings Institution Press, 1998). A more complete list of books by Archive analysts is attached. **(Enclosure A)** As you can imagine, the books are available to the public in bookstores, libraries, and for purchase over the Internet.

The decision to recognize the Archive as a representative of the news media in the *National Security Archive* case was based on the Archive's intention to publish document sets, along with indexes and finding aids. To date the Archive has published 29 document sets, which publish documents obtained through the FOIA along with commentary, indexes, and finding aids. Our most recent document sets include *The Cuban Missile Crisis Revisited: An International Collection of Documents from the Bay of Pigs to the Brink of Nuclear War* (2006); *U.S. Intelligence on Weapons of Mass Destruction: From World War II to Iraq* (2006); *The Kissinger Transcripts: A Verbatim Record of U.S. Diplomacy 1969-1977* (2006); *U.S. Policy in the Vietnam War, Part I, 1954-1968* (2004); *U.S. Policy in the Vietnam War, Part II: 1969-1975* (2004); *and Terrorism and U.S. Policy: 1968-2002* (2002). A list of all of the Archive's published document sets is attached. **(Enclosure B)** These sets are available digitally and on microfiche, and are distributed to a broad range of libraries, universities, research institutes, and the like. In addition, any member of the public is able to access these for free in our own public reading room.

Articles written by National Security Archive analysts have appeared in *The Washington Post, The New York Times, The Wall Street Journal, Congressional Quarterly, The LA Times, Harpers Magazine, The Miami Herald, The Nation, The Guardian, Vanity Fair, The Bulletin of the Atomic Scientists, World Policy Journal, Foreign Affairs, Foreign Policy, Newsweek, The International Journal of Intelligence and Counterintelligence, International Security, Intelligence and National Security* and other publications.

Additionally, the National Security Archive actively distributes electronic newsletters, at no cost, on an almost weekly basis to nearly 8,000 subscribers. These newsletters directly link to documents recently released through the National Security Archive's FOIA activities or update the public on issues pertaining to the operations and activities of the U.S. government. On its Web site, the Archive has published more than 240 "electronic briefing books," which contain documents recently released through the Archive's FOIA requests and analysis on significant issues pertaining to the operations and activities of the U.S. Government. A complete list of our electronic briefing books is available at http://www.gwu.edu/~nsarchiv/NSAEBB/index.html.

The Archive's publication activities described herein clearly fulfill the standards set out both in the CIA's own FOIA regulations (and the OMB guidance on which those regulations) and in the newly-revised FOIA statute. Under the CIA's regulations, 32 CFR § 1900.02 (h)(3), the Archive's research and publication activities place the Archive squarely within the category of "representative of the news media" because the Archive collects information that constitutes "news": some of the Archive's research activities focus on "current events" (for example, U.S. policy related to the current wars in Iraq and Afghanistan and treatment of detainees); other projects gather information related to historical events in U.S. policy but which are unquestionably "of current interest to the public" (such as the Archive's recent publication of the "Family Jewels," which the CIA released in response to a FOIA request in June 2007). As described above, the Archive takes materials it gathers using the FOIA, in all the subject areas described above and many others, and incorporates them into document sets, articles, online briefing books, and print books, which it distributes to the public.

6

Letter to Agency Release Panel
March 28, 2008

Likewise, the Archive's ongoing publication activities continue to satisfy the standard set forth by the D.C. Circuit in 1989, which is now also codified as part of the FOIA itself. Indeed, for the reasons the court in *Archive v. DOD* found the Archive to fit squarely within the statutory meaning of "representative of the news media," an exponential growth in the Archive's publication activities during the intervening 19 years makes the case even better that the Archive satisfies that standard today. Under the new statutory test, the Archive "gathers information of potential interest to a segment of the public," Pub. L. No. 110-175, sec. 3—including government records released under FOIA covering a wide range of topics pertaining to the national security, foreign, intelligence, and economic policies of the United States. The Archive then "uses its editorial skills to turn the raw materials into a distinct work," *id.*, by compiling and indexing government records and analyzing and writing about their implications for history and current events, and "distributes that work to an audience," *id.*, in the form of thousands of individuals who read the Archive's books and use its document sets at libraries around the world as well as nearly 8,000 e-mail newsletter subscribers and more than 1 million visitors to the Archive's Web site each month. The reach of these activities is vast, and the fact of current public interest in the Archive's work is indisputable.

### Failure to Grant Appeal Rights

In addition to the CIA's erroneous denial of the Archive's news-media status, the letters received from the CIA in each of the above-listed cases (dated between February 8, 2008 and March 19, 2008) do not grant the right to an administrative appeal of the CIA's determinations that the Archive be placed in the "all other" fee category. Under the unambiguous terms of the FOIA and CIA's own FOIA regulations, the Archive has a right to an administrative appeal before the CIA Agency Release Panel. *See, e.g.*, 32 C.F.R. § 1900.42 ("A right of administrative appeal exists whenever . . . a request for a fee waiver is denied."). If the CIA is denying the Archive's appeal rights, *please inform me immediately* so that the Archive may pursue its judicial remedies.

*     *     *

I hope to receive your favorable response to this appeal granting news media fee status for the FOIA requests listed above within the 20 business days provided in the FOIA for a determination on an administrative appeal. Furthermore, for the above-listed requests and any subsequent requests for which you decide to deny news media status, please specifically indicate the basis on which such denial has been made so that the Archive may fully respond to your determination. Your failure to specify the basis for the CIA's adverse determination as to the Archive's fee status for the requests at issue here, coupled with an attempt to obfuscate this unlawful conduct by acting administratively to waive fees that might otherwise be charged for individual requests, betrays the CIA's ongoing tactics to interfere with legitimate news media use of the FOIA.

Please feel free to contact me by telephone if you wish to discuss this matter further. I can be reached on my direct line at 202-994-7059.

Sincerely,

Meredith Fuchs
General Counsel

7

# Enclosure A

# National Security Archive - Books by Staff and Fellows



*The US Intelligence Community*, Fifth Edition
By Jeffrey T. Richelson
(Boulder, CO: Westview Press, 2007, 592pp.)



*A Failed Empire: The Soviet Union in the Cold War from Stalin to Gorbachev*
By Vladislav M. Zubok
(Chapel Hill: University of North Carolina Press, 2007, 467pp.)



*From Solidarity to Martial Law: The Polish Crisis of 1980-1981*
By Andrzej Paczkowski and Malcolm Byrne
(Budapest: Central European University Press, 2006, 548 pp.)



*Spying on the Bomb: American Nuclear Intelligence from Nazi Germany to Iran and North Korea*
By Jeffrey T. Richelson
(New York: W.W. Norton & Co., 2005, 702 pp.)



*Safe For Democracy: The Secret Wars of the CIA*
By John Prados
(Chicago: Ivan R. Dee, 2006, 696 pp.)



*War Plans and Alliances in the Cold War: Threat Perceptions in the East and West*
By Vojtech Mastny, Sven G. Holtsmark and Andreas Wenger
(London and New York: Routledge, 2006, 310 pp.)



*Ku zwycięstwu "Solidarności". Korespondencja Ambasady USA w Warszawie z Departamentem Stanu, styczeń – wrzesień 1989*
Edited by Gregory F. Domber, Andrzej Paczkowski, et al.
(Warszawa: Instytut Studiów Politycznych, 2006, 419 pp.)



*Vlast i dissidenty iz dokumentov KGB i TsK KPSS*
(Moscow Helsinki Group, 2006, 280 pp.)



*A Cardboard Castle?: An Inside History of the Warsaw Pact, 1955-1991*
By Vojtech Mastny and Malcolm Byrne
(Budapest: Central European University Press, 2005, 726 pp.)



*Prague_Washington_Prague: Reports from the United States Embassy in Czechoslovakia, November-December 1989*
Edited by Vilem Precan
(Prague: Vaclav Havel Library, 2004, 723 pp.)



*Inside the Pentagon Papers*
Edited by John Prados and Margaret Pratt Porter
(Lawrence: University Press of Kansas, 2004, 248 pp.)



*Mohammad Mosaddeq and the 1953 Coup in Iran*
Edited by Mark J. Gasiorowski and Malcolm Byrne (Syracuse: Syracuse University Press, 2004, 360 pp.)



*The End of the Cold War: New Facts and Aspects*
Edited by Vladislav Zubok (Saratov: Saratov State University, 2004, 152 pp.)



*Operación Cóndor*
By John Dinges (Santiago, Chile: Quebecor World, 2004, 432 pp.)



*Hoodwinked: The Documents That Reveal How Bush Sold Us a War*
By John Prados (New York: The New Press, 2004, 375 pp.)



*The Condor Years: How Pinochet and His Allies Brought Terrorism to Three Continents*
By John Dinges (New York: The New Press, 2004, 322 pp.)



*The White House Tapes: Eavesdropping on the President*
Edited by John Prados (New York: The New Press, 2003, 331 pp.)



*The Pinochet File: A Declassified Dossier on Atrocity and Accountability*
By Peter Kornbluh (New York: The New Press, 2003, 551 pp.)

 *Konfrontationsmuster des Kalten Krieges, 1946-1956* By Vojtech Masmy and Gustav Schmidt (Munich: Oldenbourg, 2003, 580 pp.)

 *Lost Crusader: The Secret Wars of CIA Director William Colby* By John Prados (Oxford: Oxford University Press, 2003, 380 pp.)

 *Polska 1986-1989: Koniec Systemu* (Warsaw: Instytut Studiow Politycznych Polskej Akademii Nauk, 2002, 348 pp.)

 *Stalin in History and in the Assessment of Historians* Edited by Vladislav Zubok, Kety Rostiashvili and George Mamulia (Tbilisi: Dedaena, 2002, 334 pp.)

 *The 1956 Hungarian Revolution: A History in Documents* Edited by Csaba Békés, János Rainer and Malcolm Byrne (Budapest: Central University Press, 2002, 600 pp.)

 *America Confronts Terrorism: Understanding the Danger and How to Think About It* By John Prados (Chicago: Ivan R. Dee, 2002, 436 pp.)

 *The Wizards of Langley: Inside the CIA's Directorate of Science and Technology* By Jeffrey T. Richelson (Boulder: Westview Press, 2002, 386 pp.)

 *Uprising in East Germany, 1953: The Cold War, the German Question, and the First Major Upheaval Behind the Iron Curtain* By Christian F. Ostermann (Budapest: Central European University Press, 2001, 492 pp.)

 *Partnership: The United States and Japan: 1951-2001* By Akira Iriye and Robert A. Wampler (Tokyo: Kodansha International, 2001, 353 pp.)

 *Anti-Americanism in Russia: From Stalin to Putin* By Eric Shiraev and Vladislav M. Zubok (New York: St. Martin's Press, 2000, 182 pp.)

 *The U.S. Intelligence Community, Fourth Edition* By Jeffrey T. Richelson (Boulder, Co.: Westview, 1999, 526 pp.)

 *Wejda Nie Wejda: Polska 1980-1982* By Andrzej Paczkowski and Nina Smolar (London and Warsaw: ANEKS Publishers, 1999, 342 pp.)

 *America's Space Sentinels: DSP Satellites and National Security* By Jeffrey T. Richelson (Lawrence: University Press of Kansas, 1999, 339 pp.)

 *The Kissinger Transcripts: The Top Secret Talks with Beijing and Moscow* By William Burr (New York: The New Press, 1999, 515 pp.)

 *In Search of Hidden Truths: An Interim Report on Declassification by the National Commissioner for Human Rights in Honduras* By Leo Valladares Lanza and Susan C. Peacock (Tegucigalpa: Prografic, 1998, 219 pp.)

 *Atomic Audit: The Costs and Consequences of U.S. Nuclear Weapons since 1940* By Stephen I. Schwartz with Thomas S. Blanton, William Burr et al. (Washington, D.C.: Brookings Institution Press, 1998, 680 pp.)

 *The Prague Spring '68* By Jaromir Navrátil et al. (Budapest: Central European University Press, 1998, 596 pp.)

 *Israel and the Bomb* By Avner Cohen (New York: Columbia University Press, 1998, 470 pp.)

 *The U.S. Military Online: A Directory for Internet Access to the Department of Defense, Second Edition* By William M. Arkin (Washington and London: Brassey's, 1998, 243 pp.)

 *Bay of Pigs Declassified: The Secret CIA Report* By Peter Kornbluh (New York: The New Press, 1998, 340 pp.)

 *Politics of Illusion: The Bay of Pigs Invasion Reexamined* By James G. Blight and Peter Kornbluh (Boulder, Co.: Lynne Rienner Publishers, 1998, 284 pp.)



*Ce Sila Presedintele Despre Romania: Un raport al serviciilor secrete americane 1949*
By Thomas S. Blanton (Bucharest: Fundatia Academia Civica, 1997, 146 pp.)



*Inside the Kremlin's Cold War: From Stalin to Khrushchev*
By Vladislav M. Zubok and Constantine Pleshakov (Cambridge: Harvard University Press, 1996, 346 pp.)
Winner of the Lionel Gelber Prize (1996)



*The Haunted Land: Facing Europe's Ghosts after Communism*
By Tina Rosenberg (New York: Random House, 1996, 438 pp.)
Winner of the Pulitzer Prize for non-fiction (1996)
Winner of the National Book Award (1996)



*White House E-Mail: The Top-Secret Computer Messages the Reagan/Bush White House Tried to Destroy*
By Tom Blanton (New York: The New Press, 1995, 254 pp. and 1.4 MB computer disk)
Winner of the American Library Association James Madison Award Citation (1996)



*A Century of Spies: Intelligence in the Twentieth Century*
By Jeffrey T. Richelson (Oxford: Oxford University Press, 1995, 534 pp.)
In Romanian as *Un Secol De Spionaj* (Bucharest: Rumanitas, 2000, 623 pp.)



*South Africa and the United States: The Declassified History*
By Kenneth Mokoena (New York: The New Press, 1994, 314 pp.)



*The Iran-Contra Scandal: The Declassified History*
By Malcolm Byrne and Peter Kornbluh (New York: The New Press, 1993, 412 pp.)



*The Cuban Missile Crisis, 1962*
By Laurence Chang and Peter Kornbluh (New York: The New Press, 1992, 416 pp.)



*Our Man in Panama*
By John Dinges (New York: Times Books/Random House, 1990, 412 pp.)



*America's Secret Eyes in Space: The U.S. Keyhole Satellite Program*
By Jeffrey T. Richelson (New York: Harper & Row, 1990, 375 pp.)



*The Chronology: The Documented Day-by-Day Account of Secret Military Assistance to Iran and the Contras*
By Scott Armstrong, Malcolm Byrne, Tom Blanton, and the National Security Archive (New York: Warner Books, 1987, 678 pp.)

# Enclosure B



# COLLECTIONS GUIDE

http://nsarchive.chadwyck.com/collections/collections_index.jsp

## Afghanistan: The Making of U.S. Policy, 1973–1990

Containing over 2,000 documents that total more than 14,000 pages, Afghanistan offers a comprehensive record of the bloodiest and costliest superpower proxy war of the 1980s. Documents include State Department cables from Kabul, Washington, D.C., and Islamabad.

## The Berlin Crisis, 1958–1962

Beginning with documents from late 1953 when the Eisenhower administration began to formulate its Berlin contingency plans and closing with a series of newly declassified State Department histories from the late 1960s, The Berlin Crisis contains more than 11,500 pages from almost 3,000 documents.

## China and the United States: From Hostility to Engagement, 1960–1998

This collection pulls together more than 2,000 documents concerning the relationship between the United States and China, with an emphasis on the 1969–1998 time period. The documents include memos, cables, and studies concerning U.S. diplomatic relations with China, records concerning the U.S.-PRC security relationship, documents related to the economic and scientific association with the PRC, and intelligence estimates and studies concerning the PRC's foreign policy objectives, military capabilities, and internal situation.

## CIA Family Jewels Indexed

Among the most controversial documents ever compiled by the Central Intelligence Agency, the "Family Jewels" represents the CIA's own view, in 1973, of those domestic activities it had engaged in up to that time that were outside its charter, hence illegal. Totaling 703 pages and consisting of summary reports and supporting documents sent from CIA directorates and divisions to the agency's chief, the "Family Jewels" contains chilling references to CIA contacts with the Mafia, denials of involvement in assassinations, materials on CIA interrogations, surveillance of journalists and the antiwar movement in the U.S., penetrations of other federal agencies, a break-in at the Chilean embassy, cooperation with local law enforcement authorities, support for White House political activities, responses to the leak of the Pentagon Papers, and much more.

## The Cuban Missile Crisis, 1962

Perhaps the most critical and dangerous confrontation of the Cold War, the Cuban Missile Crisis is chronicled in this collection of more than 15,000 pages of rarely seen documentation from the highest levels of government. Topics include the aftermath of the Bay of Pigs, the U.S. secret war against Castro, the first intelligence reports pointing to the development of Soviet missiles in Cuba, and the highly classified correspondence between Kennedy and Khrushchev.

## The Cuban Missile Crisis Revisited: An International Collection of Documents, From the Bay of Pigs to the Brink of Nuclear War

The Cuban missile crisis has been called a time when the world stared down "the gun barrel of nuclear war. " More than forty-five years after the events that brought the United States, Cuba, and the Soviet Union into near-catastrophic conflict, the crisis remains the most important episode in the complex and contentious history of the Cold War. In an age when weapons of mass destruction

continue to generate fear and warfare, the history of the missile crisis, when such weapons were armed and aimed, remains among the most compelling international events for study by scholars and students.

This collection is a unique contribution to that history. Published here for the first time is a multinational set of records—declassified documentation from the United States, the Soviet Union, Cuba and other key countries—covering events leading up to and through the missile crisis in 1962. Consisting of 1,463 documents providing details that have reshaped our understanding of history, the collection covers the CIA-led invasion at the Bay of Pigs, covert operations leading up to the Soviet installation of intermediate range weapons in Cuba, the crisis itself as it played out in Washington, Moscow and Havana, the negotiations to end the crisis—between the U.S. and the Soviets, *and* between the Soviets and Fidel Castro—and international relations between these key actors in the aftermath of the Soviet withdrawal of its nuclear weapons. Beyond formerly top-secret records from the three main participants, the collection includes illuminating documents culled from the secret archives of other countries such as Canada, Great Britain, Brazil, Hungary and other nations that played a role in this unparalleled history.

## Death Squads, Guerrilla War, Covert Operations, and Genocide: Guatemala and the United States, 1954-1999

Death Squads, Guerrilla War, Covert Operations, and Genocide: Guatemala and the United States, 1954-1999 contains 2,071 declassified documents describing U.S. relations with Guatemala during the decades of violent conflict sparked by the CIA-controlled coup in 1954. The documents include CIA operational records produced during the coup, National Security Council deliberations on consolidating a post-coup regime friendly to the United States, and extensive intelligence and embassy reporting on Guatemala's U.S.-trained security apparatus. The material includes detailed information on the human rights catastrophe that gripped Guatemala during its 30-year civil conflict. Finally and most uniquely, the set contains an extraordinary and chilling record smuggled out of the archives of Guatemalan military intelligence—the grim, 54-page diario militar, or "death squad diary," obtained by National Security archive staff, which ties the Guatemalan army directly to the disappearance of dozens of Guatemalan citizens (DNSA Item No. GU01030).

## El Salvador: The Making of U.S. Policy, 1977-1984

El Salvador contains more than 27,000 pages of documents covering one of the most hotly debated subjects of the last decade: the U.S. role in the civil war in El Salvador, including intelligence-gathering, policy-making, and extensive reporting on human rights abuses.

## El Salvador: War, Peace, and Human Rights, 1980-1994

The second set of declassified U.S. records concerning El Salvador, this collection incorporates several thousand U.S. government documents relevant to the human rights cases that were studied by the United Nations Truth Commission. Following the March 15, 1993 release of the commission's ground-breaking investigation, *From Madness to Hope: The 12-Year War in El Salvador*, members of the United States Congress wrote to President Clinton asking that the government documents be declassified for public inspection.

## Iran: The Making of U.S. Policy, 1977-1980

More than 14,000 pages of documents are offered on the fall of Shah and the rise of the Ayatollah Khomeini, including some that the government would not have made available until the middle of the twenty-first century had the Archive not forced their release through the Freedom of Information Act.

## The Iran-Contra Affair: The Making of a Scandal, 1983-1988

The documents in this collection include every exhibit released by the official investigations of the Iran-Contra Affair, including the Senate Intelligence Committee, the Tower Commission, the joint select Congressional committees, and the Independent Counsel. Iran-Contra focuses on the period

from Fall 1983, when Congress first put limits on official U.S. assistance to the Contras, to the criminal indictments of Oliver North, Richard Secord, and Albert Hakim in Spring 1988.

## Iraqgate: Saddam Hussein, U.S. Policy and the Prelude to the Persian Gulf War, 1980-1994

The collection brings together a wealth of materials which trace U.S. policy toward Iraq prior to the Persian Gulf War, as well as U.S. government reactions to revelations about the Banca Nazionale del Lavoro (BNL) scandal and the secret arming of Saddam Hussein's regime. The set also focuses on the economic issues at play in the U.S. relationship with Iraq. Documents are derived from virtually every federal agency involved in U.S.-Iraq policy and the BNL affair.

The collection contains 1,900 documents representing nearly 10,000 pages of rarely-seen documentation from the highest levels of government.

## Japan and the United States: Diplomatic, Security, and Economic Relations, 1960-1976

This collection pulls together more than 2,000 primary source documents detailing the relationship between the United States and Japan during the formative years of their modern alliance. The documents, most of which appear here for the first time, include records of historic U.S.-Japanese summit meetings; communications between heads of state; top-level internal deliberations, including Nixon and Kissinger memoranda of conversation; memos, cables and studies concerning U.S. diplomatic relations with Japan; records concerning the U.S.-Japan security relationship; documents related to trade and international monetary relations with Japan; and intelligence estimates and studies concerning Japan's foreign policy objectives, military capabilities, economic policies and internal situation.

## Japan and the United States: Diplomatic, Security, and Economic Relations, 1977-1992

Japan and the United States: Diplomatic, Security, and Economic Relations, Part II: 1977-1992 is the most important compilation of documents publicly available on relations between the United States and Japan during the Carter, Reagan and Bush I presidencies. This was the period when the Cold War drew to a close and U.S. policy-makers strove to develop a new global strategy. Incorporating the latest U.S. government releases, obtained largely through the Freedom of Information Act, this collection significantly enriches the historical record. White House, State Department, Pentagon, Commerce Department, CIA and other documents, virtually all of them previously classified, cover all the major issues from this critical period, including high-level diplomatic, military and economic relations. Topics covered in detail include summit meetings during all three presidential administrations, U.S. objectives in major trade negotiations on such items as automobiles and semiconductors, the Structural Dialogue talks on trade, U.S. efforts to guide Japanese defense policy, and the impact of the first Persian Gulf conflict on U.S.-Japan relations. The collection also incorporates new material from 1960-1976 released since the publication of Japan and the United States: Diplomatic, Security, and Economic Relations, 1960-1976.

## The Kissinger Transcripts: A Verbatim Record of U.S. Diplomacy, 1969-1977

As national security adviser (1969-1975) and secretary of state (1973-1977), Henry A. Kissinger played a central, and sometimes dominating, role in shaping U.S. foreign and military policy during the presidential administrations of Richard Nixon and Gerald Ford. In this role Kissinger helped prosecute as well as negotiate an end to the Vietnam War; he carried out secret diplomacy to advance detente with the Soviet Union and rapprochement with China. He pressed for covert operations to destroy the Allende regime in Chile, and implemented the tilt to Pakistan during the 1971 South Asia Crisis. In later years he presided over U.S. policy during the October 1973 Middle East war soon after which he employed a "Shuttle Diplomacy" to contain the Middle East crisis. These are only a few of the prominent political events in which he played a major role.

Some three quarters of the 2,163 declassified documents in this collection were produced by Kissinger and his assistants on the National Security Council Staff. Even after Kissinger became Secretary of State, he relied on the NSC system for keeping meeting records, especially of the most sensitive matters such as relations with Beijing and Moscow, Middle East diplomacy, or meetings with the

president. For those events when he did not rely on the NSC staff to record a meeting, he depended on a State Department country desk director or more senior officials, such as deputy or assistant secretaries of state, to prepare the memcons. A noteworthy feature of the records of Kissinger's memcons is that they are literally verbatim records of the meetings.

## Nicaragua: The Making of U.S. Policy, 1978–1990

Nicaragua contains more than 3,000 documents, many of which are recently declassified State Department cables obtained through a Freedom of Information Act lawsuit. Key events covered by the collection range from the outbreak of widespread opposition to the Somoza family dynasty through the Contra war of the 1980s, until the election of 1990 which brought an end to the Sandinista government.

## The Philippines: U.S. Policy During the Marcos Years, 1965–1986

Presenting a case study of U.S. policy towards a third world ally, this collection documents the often conflicting interests which arose between the U.S. and President Marcos. Events covered include the assassination of opposition leader Benigno Aquino, Jr.; the rise of Communist and Muslims insurgencies during the 1970s and 1980s; the emergence of a small, but vocal, opposition movement in the United States; and Marcos' fall in 1986.

## Presidential Directives on National Security, Part I: From Truman to Clinton

Presidential Directives on National Security From Truman to Clinton provides a unique collection of documents pertaining to all aspects of U.S. national security policy — foreign, defense, intelligence, and international economic policy — and structure. The collection consists of over 2,100 documents totaling 30,855 pages, and covers all administrations from Truman to Clinton.

## Presidential Directives on National Security, Part II: From Truman to George W. Bush

Contains more than 1,836 highest-level documents issued by presidents from Harry S. Truman to George W. Bush concerning foreign affairs, defense and arms control policy, intelligence and counterterrorist activities, and international economic policy. Thanks to a long-standing Freedom of Information Act campaign by the National Security Archive, the two parts of this collection contain every single presidential directive released to date. (All of the documents in Part II became available after the publication of Part I.) Furthermore, unlike the daily stream of White House proclamations and press releases that are designed to frame official policy for public consumption, these directives and requests for studies reflect each president's actual, behind-the-scenes priorities, goals and decisions. In addition, the numerous substantive responses to study requests that are included here, particularly from the Nixon and Ford administrations, offer an insider's view of many of the most important policy documents that crossed the president's desk throughout the post-World War II period.

## South Africa: The Making of U.S. Policy, 1962–1989

This collection provides more than 2,500 primary source documents describing U.S. relationships to apartheid including implementation, enforcement, and violations of the U.N.-sponsored sanctions against South Africa. The collection spans the period from the arrest of Nelson Mandela to his release.

## The Soviet Estimate: U.S. Analysis of the Soviet Union, 1947–1991

This collection contains more than 600 intelligence estimates and reports, representing nearly 14,000 pages of documentation from the office of the Director of Central Intelligence, the National Intelligence Council, the Central Intelligence Agency, the Defense Intelligence Agency, and other organizations. The set includes several hundred pages of debriefing transcripts and other documentation related to Colonel Oleg Penkovskii, the most important human source operated by the CIA during the Cold War, who later was charged with treason and executed by the Soviet Union. Also published here for the first time is the Pentagon's Top Secret 1,000-page internal history of the United States-Soviet Union arms race.

## Terrorism and U.S. Policy, 1968-2002

Within hours of the horrific attacks of September 11, 2001, National Security Archive staff began compiling this in-depth and unparalleled documentary history of international terrorism and U.S. policy. The resulting collection of 1,509 formerly secret documents provides coverage beginning with the first politically-motivated hostage-taking episode of its July 1968 hijacking of an El Al jet to and devoting special attention to the Middle East and Southwest Asia. The set features records from the White House, National Security Council, State Department, Defense Department, Justice Department, and other federal agencies as well as detailed FBI field reporting, CIA analyses, and military studies.

Among the most valuable materials are sensitive intelligence reporting won through a lawsuit by former AP reporter and hostage Terry A. Anderson, memos from Henry Kissinger to President Richard Nixon detailing terrorist incidents as they unfold, and a complete set of declassified meeting records of the important Cabinet Committee to Combat Terrorism. Specific highlights include the circa 1996 CIA biographic sketch of Osama bin Laden, and the May 2002 "Bombshell Memo" by FBI whistle-blower Coleen Rowley, featured on the cover of Time Magazine (June 3, 2002 edition).

## U.S. Espionage and Intelligence, 1947-1996

This collection provides a detailed description of the varied civilian and military organizations that constitute the U.S. intelligence community, their past and present operations, and the mechanisms by which the community's activities are managed. The collection consists of 1,180 documents, totaling 36,023 pages.

## The U.S. Intelligence Community: Organization, Operations and Management, 1947-1989

Previously inaccessible documents — functional manuals, unit histories, and internal directives — provide research with the most comprehensive structural portrait of the U.S. espionage establishment ever published.

## U.S. Intelligence on Weapons of Mass Destruction: From World War II to Iraq

This collection includes primary sources used by Jeffrey Richelson, one of the world's leading experts on intelligence, as the basis for the widely acclaimed book, Spying on the Bomb: American Nuclear Intelligence from Nazi Germany to Iran and North Korea (W.W. Norton, 2006). In addition to the once largely inaccessible primary source material Richelson used to write his ground-breaking account, the set also includes many of the U.S. Intelligence Community's products on the world's nuclear, biological, chemical, ballistic missile, and military space programs from World War II to the present. Consisting of over 600 documents and 8,300 pages, this collection is the product of an extensive series of Freedom of Information Act requests and in-depth archival research.

## U.S. Military Uses of Space, 1945-1991

This collection of previously classified histories, program management directives, requirements studies, and other documents show the evolution of a variety of U.S. space programs — historically among the most highly classified documents of the U.S. government. Topics range from a 1951 report on using satellites for reconnaissance to a 1990 briefing paper on air support to Operation Desert Shield.

## U.S. Nuclear History: Nuclear Arms and Politics in the Missile Age, 1955-1968

This collection comprehensively documents major developments in U.S. nuclear weapons policies and programs from the mid-1950s through 1968, the period that set the nuclear stage for the decades of the Cold War that followed. Given the importance of the nuclear competition to superpower tensions during the post-World War II era, not only as a source of friction in itself but as an element that made the tensions inconceivably dangerous, the documents in this collection introduce the reader to one of the critical inner mechanisms of the Cold War.

## U.S. Nuclear Non-Proliferation Policy, 1945-1991

Spanning the bombings of Hiroshima and Nagasaki through the recent IAEA inspections of Iraq's nuclear program, Nuclear Non-Proliferation offers researchers the most complete set of primary source materials to U.S. non-proliferation policy available.

## U.S. Policy in the Vietnam War, Part I: 1954-1968

This collection documents the deadliest conflict in modern U.S. history prior to the current war against terrorism. The goal was to assemble both classic and relatively well-known documentary sources as well as the most recent declassified materials, making a single comprehensive resource for primary substantive research on the Vietnam conflict.

The set consists primarily of documents from the White House, National Security Council, State Department, Defense Department, and other federal agencies involved in policy-making on the war in Southeast Asia. It also features detailed reporting from the field as well as analysis from the Central Intelligence Agency, the Defense Intelligence Agency, American embassies overseas, U.S. regional military commands, especially the Military Assistance Command Vietnam (MACV), and the uniformed military services. There are also certain documents from foreign sources, including the governments of South Vietnam, North Vietnam, the Soviet Union, China, the United Kingdom, and others. Additional documentation, including diplomatic documents from the governments of Sweden, Hungary, and Poland, and other material, is available for research on the premises of the National Security Archive.

## U.S. Policy in the Vietnam War, Part II: 1969-1975

U.S. Policy in the Vietnam War, Part II is the most important compilation of documents available on the final phase of the Vietnam War. Incorporating the very latest U.S. government releases, which significantly enrich the historical record, these documents, virtually all previously classified, cover all the major issues from the period, including diplomatic, military, and intelligence aspects of the Vietnam war during the period of the Nixon and Ford administrations. Also included is material that bridges topics in Part I, such as a subset on pacification issues, the most comprehensive assemblage to date of the Pentagon Papers, and a detailed retrospective by the State Department's Bureau of Intelligence and Research on the earlier period. Topics covered in detail in this collection include the Paris Peace negotiations, the Vietnamization program, the war in Cambodia, the Christmas Bombing of 1972, and the fall of South Vietnam.



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## FAX COVER SHEET

**Date:**           March 28, 2008

**To:**             Scott Koch – Information and Privacy Coordinator

**Organization:**   Central Intelligence Agency

**From:**           The National Security Archive

Number of pages (including cover sheet)  19

If there is a problem with this transmission, please call us at 202-994-7000 as soon as
possible.

**Message:**    Appeal of Adverse Fee Categorization Determination for 58 FOIA
Requests (see attached letter for Agency request numbers included in this appeal).

An independent non-governmental research institute and library located at the George Washington University,
the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.
Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.

# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC

Phone:  202/994-7000
Fax:  202/994-7005
nsarchiv@gwu.edu
http://www.gwu.edu/~nsarchiv

## FREEDOM OF INFORMATION ACT APPEAL

Thursday, March 20, 2008

Information and Privacy Coordinator
Central Intelligence Agency
Agency Release Panel
Washington, DC  20505

APR 1 2008

RE:     CIA ref no.:          ✓ F-2008-00790
        Archive Ref. no:      20080133CIA029

Dear Sir or Madam:

This is an administrative appeal under the provisions of the Freedom of Information Act of your March 4, 2008 response to our request regarding: **"all records regarding Luis Posada Carriles' pardon in Panama by Panamanian President Mireya Moscoso on August 27, 2004"** which your office labeled F-2008-00790. Attached for your convenience, please find a copy of that letter.

Specifically, we appeal the CIA's decision to place this request into the "all other" fee category, given that the National Archives enjoys "news media" status.

Our "news media" status is further evidenced by another FOIA response from your office that was dated March 3, 2008 – the day before you dated the letter in question.  Please note that in your response to F-2008-00803 you correctly granted us our due "news media" status. Attached for your convenience, please find a copy of that letter

I look forward to receiving your decision on this appeal. If you have any questions regarding this appeal, feel free to contact me at the telephone number listed above.

Sincerely,

Peter Kornbluh

Attachments:    - Yours of March 3, 2008 labeled F-2008-00803
                - Yours of March 4, 2008 labeled F-2008-00790.

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.



Washington, D.C. 20505

March 3, 2008

Mr. Peter Kornbluh
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference:  F-2008-00803/Archive # 20080162CIA033

Dear Mr. Kornbluh:

        The office of the Information and Privacy Coordinator received your 4 February
2008 Freedom of Information Act (FOIA) request for information from November 1, 2007
to the present regarding **Peru: ex-president Fujimori on trial in Lima.**  We have
assigned your request the reference number above.  Please use this number when
corresponding so that we can identify it easily.

        We accept your request and will process it according to the FOIA, 5 U.S.C. § 552,
as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended.  Unless you
object, we will limit our search to CIA-originated records existing through the date of this
acceptance letter.

        Based on the information provided in your letter, we determined that your request
falls into the "news media" fee category.  You must pay only for the cost of reproducing
released records, which is ten cents per page after the first 100 copies, which you receive
free.

        The large number of FOIA requests CIA receives has created unavoidable
processing delays making it unlikely that we can respond within the 20 working days the
FOIA requires.  You have the right to consider our honest appraisal as a denial of your
request and you may appeal to the Agency Release Panel.  A more practical approach
would permit us to continue processing your request and respond to you as soon as we can.
You will retain your appeal rights and, once you receive the results of our search, can
appeal at that time if you wish.  We will proceed on that basis unless you tell us you object.

                            Sincerely,

                            Scott Koch
                            Information and Privacy Coordinator



Washington, D.C. 20505

March 4, 2008

Mr. Peter Kornbluh
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference: F-2008-00790 / Archive # 20080133CIA029

Dear Mr. Kornbluh:

On 30 January 2008 the office of the Information and Privacy Coordinator received your 30 January 2008 Freedom of Information Act (FOIA) request for **"all records regarding Luis Posada Carriles' pardon in Panama by Panamanian President Mireya Moscoso on August 27, 2004."** We have assigned your request the reference number above. Please use this number when corresponding so that we can identify it easily.

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended. Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

Based on the information provided in your letter, we determined that your request falls into the "all other" fee category, which means that you will be required to pay charges that recover the cost of searching for and reproducing responsive records (if any) beyond the first 100 pages of reproduction and the first two hours of search time, which are free. Copies are ten cents per page. However, as an act of administrative discretion, there will be no charge for processing your request.

Despite our best efforts, the large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you object.

Sincerely,

Scott Koch
Information and Privacy Coordinator



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## FAX COVER SHEET

Date: APRIL 1st, 2008

To: SCOTT KOCH

Organization: CIA

From: PETER KORNBLUH

Number of pages (including cover sheet) 4

If there is a problem with this transmission, please call us at
202-994-7000 as soon as possible.

Message:

An independent non-governmental research institute and library located at the George Washington University,
the Archive collects and publishes declassified documents obtained through the Freedom of Information Act.
Publication royalties and tax-deductible contributions through The National Security Archive Fund, Inc. underwrite the Archive's budget.

# EXHIBIT G



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone:  202/994-7000
Fax:  202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## *FAX COVER SHEET*

Date:  October 16, 2006

To: Mr. Scott A. Koch

Organization: Central Intelligence Agency

From:  The National Security Archive

Number of pages (including cover sheet) 2

If there is a problem with this transmission, please call us at
202-994-7000 as soon as possible.

**Message: Freedom of Information Act (FOIA) Request Archive File 20061937CIA308**

An independent non-governmental research institute and library loc
the Archive collects and publishes declassified documents obtaine
Publication royalties and tax-deductible contributions through The Nation Sec

20061937CIA308                CIA
RECNO:34839          SEQCOR:126704
FOISG: Cowden, Robert
Guatiarilla killings of GAULA members

# The National Security Archive

**The George Washington University**
**Gelman Library, Suite 701**
**2130 H Street, N.W.**
**Washington, D.C. 20037**

Phone: 202/994-7029
Fax: 202/994-7005
Email: mevans@gwu.edu
http://www.nsarchive.org

October 16, 2006

IN ALL CORRESPONDENCE PLEASE REFER
TO ARCHIVE FILE NO. **20061937CIA308**

Scott A. Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Re: Request under the Freedom of Information Act

Dear Mr. Koch:

Pursuant to the Freedom of Information Act (FOIA), I hereby request disclosure of the following documents for inspection and possible copying:

*All documents, including but not limited to cables, letters, memoranda, briefing papers, transcripts, summaries, notes, emails, reports, drafts, and intelligence documents relating in whole or in part to killing of seven members of the Grupos de Acción Unificada por la Libertad Personal (GUALA), a unit of the Colombian security forces, that took place in Guaitarilla, Colombia on March 19, 2004. The Guaitarilla members were reportedly killed by the Boyaca Battalion, assigned to the Third Brigade of the Colombian army.*

*Note: The killed GUALA officers were Mario Fernando Londono Gil, Climaco Harold Mosquera, Jose Ordonez Guerra, Hoober Enrique Caraball, Jaime Acosta Mesa, Mario Fernando Paz, and Wilson Benitez de la Hoz. In addition, two civilians, Javier Romero and Jose Alberto Polivio Alvarez, were killed. The Office of the Prosecutor General of the Republic and the Military Criminal Justice both held inquiries into the killings, and two police officials, Lieutenant Colonel Jorge Enrique Baron and Captain Livio German Castillo, were disciplined.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

As a representative of the news media, the National Security Archive qualifies for "representative of the news media" status under 5 U.S.C. Sec. 552(a)(4)(A)(ii)(II) and, therefore, may not be charged search and review fees. (See *National Security Archive v. U.S. Department of Defense*, 880 F.2d 1381 (D.C. Cir. 1989), *cert denied*, 110 S Ct. 1478 (1990)). This request is made as part of a scholarly and news research project that is intended for publication and is not for commercial use. For details on the Archive's research and extensive publication activities please see our website at www.nsarchive.org.

To expedite the release of the requested documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (202) 994-7029. I look forward to receiving your response within the twenty day statutory time period.

Sincerely,

Robert Cowden

An independent non-governmental research institute and library located at the George Washington University, the Archive collects and publishes declassified documents obtained through the Freedom of Information Act. A tax-exempt public charity, the Archive receives no U.S. government funding; its budget is supported by publication royalties and donations from foundations and individuals.

```
                          *********************
                    ***     TX REPORT     ***
                          *********************

          TRANSMISSION OK

          TX/RX NO              2732
          CONNECTION TEL           917036133007
          SUBADDRESS
          CONNECTION ID
          ST. TIME             10/16 11:42
          USAGE T              00'35
          PGS. SENT               2
          RESULT               OK
```



# The National Security Archive

The George Washington University
Gelman Library, Suite 701
2130 H Street, NW
Washington, DC 20037

Phone: 202/994-7000
Fax: 202/994-7005
nsarchiv@gwu.edu
http://www.nsarchive.org

## *FAX COVER SHEET*

Date: October 16, 2006

To: Mr. Scott A. Koch

Organization: Central Intelligence Agency

From: The National Security Archive

Number of pages (including cover sheet) 2

If there is a problem with this transmission, please call us at
202-994-7000 as soon as possible.

**Message: Freedom of Information Act (FOIA) Request Archive File 20061937CIA308**

# EXHIBIT H

Central Intelligence Agency



Washington, D.C. 20505

June 30, 2008

Mr. Robert Cowden
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference: F-2007-00116/Archive #20061937CIA308

Dear Mr. Cowden:

This concerns your 16 October 2006 Freedom of Information Act (FOIA) request for **"all documents relating in whole or in part to [the] killing of seven members of the Grupos de Accion Unificada por la Libertad Personal (GUALA), a unit of the Colombian security forces, that took place in Guaitarilla, Colombia on March 19, 2004."**

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended. Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

Based on the information provided in your letter, we determined that your request falls into the "all other" fee category, which means that you will be required to pay charges that recover the cost of searching for and reproducing responsive records (if any) beyond the first 100 pages of reproduction and the first two hours of search time, which are free. Copies are ten cents per page.

The large number of FOIA requests CIA receives has created unavoidable delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you object.

Sincerely,

*Delores M. Nelson*

Delores M. Nelson
Information and Privacy Coordinator

| | |
|---|---|
| 20061937CIA308 | CIA |
| RECNO:34839 | SEQCOR:141823 |
| 7/7/2008 | FOISG: Cowden, Robert |
| Guaitarilla killings of GAULA members | |