## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE NATIONAL SECURITY ARCHIVE, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-CV-01080 (GK) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### DECLARATION OF KRISTIN ADAIR

I, Kristin Adair, declare as follows:

1.      I am Staff Counsel at the National Security Archive ("Archive").  On July 22, 2008, before leaving for a week-long vacation, the Archive's Freedom of Information Coordinator Catherine Nielsen executed a declaration detailing the history of the CIA's recent treatment of the Archive's FOIA requests.  While Ms. Nielsen is out of the office, I have been monitoring incoming responses to FOIA requests that we receive from the CIA.

2.      On July 24, 2008, my office received written responses from the CIA to two Archive FOIA requests.  Each of these responses is dated July 17, 2008.

3.      One of the July 17, 2008 responses from the CIA indicates that, "[b]ased on the information provided in your letter, we determined that your request falls into the 'all other' fee category," meaning that the Archive would have to "pay charges that recover the cost of searching for and reproducing responsive records (if any) beyond the first 100 pages of reproduction and the first two hours of search time, which are free."  This letter further states that

"as an act of administrative discretion, there will be no charge for processing this request." A

true and accurate copy of this letter is attached as Exhibit I.

4.    The other July 17, 2008 response does not articulate any determination as to the

Archive's status as a "representative of the news media," but rather purports to waive fees for the

related FOIA request as a matter of administrative discretion.  A true and accurate copy of this

letter is attached as Exhibit J.

5.    The June 30, 2008 letter referenced in paragraph 12 of Catherine Nielsen's Declaration

and attached to that Declaration as Exhibit H was received by the Archive on July 7, 2008.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2008.


Kristin Adair

# EXHIBIT I

Central Intelligence Agency



Washington, D.C. 20505

July 17, 2008

Mr. Jeremy Bigwood
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference:  F-2008-01515/Archive #20080688CIA103

Dear Mr. Bigwood:

    This concerns your 8 July 2008 Freedom of Information Act (FOIA) request, received on 8 July 2008, for information regarding **the death of Juan Carlos Acosta while in custody of the Ecuadorian police forces on 26 August 1985.**

    We accept your request for information concerning **the death of Juan Carlos Acosta.** Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

    Based on the information provided in your letter, we determined that your request falls into the "all other" fee category, which means that you will be required to pay charges that recover the cost of searching for and reproducing responsive records (if any) beyond the first 100 pages of reproduction and the first two hours of search time, which are free. Copies are ten cents per page.  However, as an act of administrative discretion, there will be no charge for processing this request.

    The large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires.  You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release panel.  A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish.  We will proceed on that basis unless you tell us you object.

                                            Sincerely,

                                            Delores M. Nelson

                                            Delores M. Nelson
                                            Information and Privacy Coordinator

# EXHIBIT J

Central Intelligence Agency



Washington, D.C. 20505

17 July 2008

Ms. Catherine Nielsen
The National Security Archive
Gelman Library, Suite 701
2130 H Street, NW
Washington, D.C. 20037

Reference: F-2007-00345 // Archive #20062102CIA353

Dear Ms. Nielsen:

This concerns your 8 November 2006 Freedom of Information Act (FOIA) request for **all documents relating in whole or in part to "the following members of the Peoples Redemption Council (PRC):**

**[1.] - General Thomas Quiwonkpa, Commander in Chief of Armed Forces**
**[2.] - Nicholas Podier, Spokesman of PRC**
**[3.] - General Thomas Weh Syen, Vice President of PRC**

**Please omit all press briefings and media clips. Only include information about the political and/or military activities of the above people in Liberia between 1979-2003."**

We accept your request and will process it according to the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended. Unless you object, we will limit our search to CIA-originated records existing through the date of this acceptance letter.

As a matter of administrative discretion, and in accordance with our regulations, the Agency has waived the fees for this request.

Despite our best efforts, the large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you object.

Sincerely,

*Delores M. Nelson*

Delores M. Nelson
Information and Privacy Coordinator