IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | No. 06-CV-1080 (GK) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order Dismissing the Case, any opposition thereto and reply in support of, and the entire record in this matter, it is hereby

**ORDERED** that the Plaintiff's motion for reconsideration is **GRANTED** and that the Court's July 14, 2008 Order is hereby **VACATED** insofar as it pertained to Plaintiff's challenge to Defendants' policy and practice with respect to Plaintiff's requests to be treated as a "representative of the news media" under the Freedom of Information Act; and it is further

**ORDERED** that the portions of its July 14, 2008 Memorandum Opinion addressing the ripeness of Plaintiff's challenge to Defendants' policy and practice with respect to the Plaintiff's FOIA requests are hereby **WITHDRAWN**; and it is further

**ORDERED** that the Defendants' motion to dismiss with respect to Plaintiff's policy and practice claim is **DENIED**.

- 2 -

Further, Plaintiff's Motion for Reconsideration and supporting declarations shall be treated as a supplement to its September 8, 2006 Motion for Summary Judgment, and Defendants are

**ORDERED** to show cause by _____, 2008 why the Court should not grant summary judgment in favor of the Plaintiff as to Plaintiff's policy and practice claim. The Plaintiff shall have 15 days to reply to the Defendants' response to this Order.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge

- 3 -

Copy to:

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7222
Washington, D.C. 20001
(202) 616-0679
heather.phillips@usdoj.gov

Patrick J. Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Patrick.Carome@wilmerhale.com

Meredith Fuchs
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
mfuchs@gwu.edu