IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 06cv01080 (GK) |
| THE CENTRAL INTELLIGENCE AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 14, 2008 ORDER**

Defendants respectfully move this Court for an enlargement of time to file an opposition to Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order dismissing this matter. Defendants' opposition is due on August 11, 2008, and Defendants seek an enlargement of time until August 25, 2008, to file their opposition. Plaintiff's counsel has informed undersigned counsel that they do not oppose this motion for an enlargement of time on the condition that the time for Plaintiff's reply is extended to September 11, 2008. As discussed below, good cause exists for this request for an extension of time.

Plaintiff's Motion for Reconsideration raises new factual issues that Defendants are in the process of investigating. Defendants require additional time to determine the specifics of Plaintiff's recent factual allegations, and the circumstances surrounding same. Moreover, Defendants' investigation will serve to assist the Court in assessing the merits of Plaintiff's motion. Finally, this request for an extension of time will not prejudice any party, as the Court has previously granted Plaintiff's motion for an extension of time to file a motion for attorneys'

fees and costs until 30 days after the Court rules on Plaintiff's Motion for Reconsideration.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for opposing Plaintiff's Motion for Reconsideration be extended to and including August 25, 2008, and in such case Plaintiff's Reply to be due September 11, 2008.

Dated: August 5, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

Elizabeth J. Shapiro
Assistant Branch Chief


/s/ Heather R. Phillips
HEATHER R. PHILLIPS, CA Bar #191620
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7222
PO Box 883 (US Mail)
Washington, DC 20044
Tel: 202-616-0679
Fax: 202-616-8470
email: heather.phillips@usdoj.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
NATIONAL SECURITY ARCHIVE,           )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )   No. 06cv01080 (GK)
THE CENTRAL INTELLIGENCE AGENCY, et al., )
                                     )
            Defendants.              )
_____)

      THIS MATTER having come before the Court on Defendants' Motion for an enlargement of time until August 25, 2008, to file their opposition to Plaintiff's Motion for Reconsideration, and in such case Plaintiff's reply to be due on or before September 11, 2008, it is hereby

      ORDERED that Defendants' Motion is GRANTED.  Defendants' Opposition is due August 25, 2008, and Plaintiff's Reply is due September 11, 2008.

      **SO ORDERED.**

      Dated: _____              _____