# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CENTRAL INTELLIGENCE AGENCY, <u>et al.</u>, )<br>)<br>Defendants. )<br>) | No. 06cv01080 (GK) |

## DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 14, 2008 ORDER

Defendants respectfully move this Court for a second enlargement of time to file an opposition to Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order dismissing this matter. Defendants' opposition is due on August 25, 2008, and Defendants seek an additional enlargement of time until September 5, 2008, to file their opposition. Plaintiff's counsel has informed undersigned counsel that they oppose this motion for an enlargement of time. As discussed below, good cause exists for this request for an extension of time.

As noted in Defendants' First Motion for an Enlargement of Time, Plaintiff's Motion for Reconsideration raises new factual issues. Although Defendants have been working diligently to evaluate these new factual issues, Defendants are still conducting an investigation, and require additional time to determine the specifics and circumstances surrounding the new factual issues. Moreover, Defendants' investigation will serve to assist the Court in assessing the merits of Plaintiff's motion. Finally, this request for an extension of time will not prejudice any party, as the Court has previously granted Plaintiff's motion for an extension of time to file a motion for

attorneys' fees and costs until 30 days after the Court rules on Plaintiff's Motion for Reconsideration.

    WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for opposing Plaintiff's Motion for Reconsideration be extended to and including September 5, 2008.

Dated: August 25, 2008                        Respectfully submitted,

                                            GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

John R. Tyler
Senior Litigation Counsel


/s/ Heather R. Phillips
HEATHER R. PHILLIPS, CA Bar #191620
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7222
PO Box 883 (US Mail)
Washington, DC 20044
Tel: 202-616-0679
Fax: 202-616-8470
email: heather.phillips@usdoj.gov
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
NATIONAL SECURITY ARCHIVE,              )
                                        )
            Plaintiff,                  )
                                        )
     v.                                 )
                                        )   No. 06cv01080 (GK)
THE CENTRAL INTELLIGENCE AGENCY, et al.,)
                                        )
            Defendants.                 )
_____)

     THIS MATTER having come before the Court on Defendants' Motion for an enlargement of time until September 5, 2008, to file their opposition to Plaintiff's Motion for Reconsideration, it is hereby

     ORDERED that Defendants' Motion is GRANTED. Defendant's Opposition is due September 5, 2008.

     **SO ORDERED.**

     Dated: _____       _____