IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    *et al.*,<br><br>    Defendants. | No. 06-CV-1080 (GK) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 14, 2008 ORDER**

On July 28, 2008, plaintiff National Security Archive ("Archive") filed a motion for reconsideration of this Court's July 14, 2008 order dismissing the case, which had held that the Archive's challenge to Defendants' ("CIA") policy and practice of regularly failing to treat the Archive as a "representative of the news media" under the fee provision of the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(A)(ii), was not ripe for review because the CIA had assured the Court that it had abandoned the challenged practice. The Archive's motion and supporting declarations and exhibits demonstrated that, contrary to the CIA's repeated representations, the CIA had resumed its illegal policy and practice and was again refusing to treat the Archive as a "representative of the news media" for many of its recent FOIA requests.

On August 5, 2008, CIA moved to extend the time in which to file its response to the Archive's motion until August 25, 2008, stating that defendants required additional time to investigate the factual circumstances raised in the Archive's motion. *See* Defs.' Mot. for an Enlargement of Time (Dkt. No. 34) at 1. The Archive did not oppose that motion, provided that

the time for filing the Archive's reply be extended to September 11, 2008. The Court granted that motion. Defendants now seek to further extend their time to respond until September 5, 2008, again stating that although they have been "working diligently" to evaluate the factual issues raised in the Archive's motion, they still require additional time "to determine the specifics and circumstances" surrounding the CIA's latest failures to accord the Archive the news-media fee status to which it is entitled under the FOIA. Defs.' Second Mot. for an Enlargement of Time (Dkt. No. 35) at 1.

It is unclear why defendants remain unable to account for the CIA's latest actions, and defendants have offered no explanation. The factual record supporting the Archive's motion is established by the correspondence exchanged between the Archive and the CIA, much of which is described in or appended to the Archive's motion (and all of which the CIA should have on hand). In these circumstances, the CIA's continued inability even to identify the "specifics and circumstances" of its illegal treatment of the Archive's recent FOIA requests—let alone to provide any meaningful or reliable assurance that it will end its unlawful policy and practice—provides additional confirmation that this case presents a live, ripe controversy.

While the Archive declined to give its consent to defendants' motion in advance of the motion's filing, the Archive nevertheless does not object to a further extension of time for defendants to file their response, to and including September 5, 2008, provided that the time for filing the Archive's reply is similarly extended. Under the present briefing schedule, the Archive's reply is currently due on or before September 11, 2008. Granting the CIA's requested 11-day extension of the briefing schedule will accordingly push the Archive's reply deadline to September 22, 2008; however, the Archive's General Counsel will be out of the country on business-related travel from September 19 to September 26, 2008. Should the Court grant the

CIA's motion, the Archive respectfully requests that the deadline for filing the Archive's reply brief be extended to and including Monday, September 29, 2008.  A proposed order is filed herewith.

                                                Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
Catherine M.A. Carroll (D.C. Bar No. 497890)
Gregory B. Reece (D.C. Bar No. 493974)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 663-6000
(202) 663-6363 (facsimile)

Meredith Fuchs (D.C. Bar No. 450325)
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street N.W.
Washington, D.C.  20037
(202) 994-7000

*Counsel for Plaintiff National Security Archive*

Dated:  August 26, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2008, a copy of the foregoing Response to Defendants' Second Motion for an Enlargement of Time to File an Opposition to Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order was filed electronically with the Clerk of the Court.  The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

/s/ Patrick J. Carome_____
Patrick J. Carome