# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-CV-1080 (GK) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Second Motion for an Enlargement of Time To File an Opposition to Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order, the response thereto and any reply in support of, and the entire record in this matter, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**; it is further

**ORDERED** that the Defendants' Opposition to Plaintiff's Motion for Reconsideration of the Court's July 14, 2008 Order shall be due September 5, 2008, and that any reply brief shall be due September 29, 2008.

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge

Copy to:

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7222
Washington, D.C. 20001
(202) 616-0679
heather.phillips@usdoj.gov

Patrick J. Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
Patrick.Carome@wilmerhale.com

Meredith Fuchs
General Counsel
The National Security Archive
Gelman Library, Suite 701
2130 H Street, N.W.
Washington, D.C. 20037
(202) 994-7000
mfuchs@gwu.edu